# EXHIBIT "J"



## California Pacific
## Medical Center

A Sutter Health Affiliate
September 13, 2004

Department of Transplantation
Kidney and Pancreas Transplant Program
2340 Clay Street, 2nd Floor
San Francisco, California 94115
415.600.1000  FAX 415.600.1075

Rosario Kumagai
P.O. Box 2258
Saipan, MP 96950

Dear Ma'am:

As you get closer to being on the top of the list for a kidney transplant we suggest that you contact your nephrologist for a re-evaluation appointment, the following tests need to be updated or completed in order to assess your current health status and candidacy for a kidney transplant:

1.  EKG (2004) *sent*
2.  Chest x-ray (2004) 5/29/04 *sent*
3.  Pap Smear 6/7/04 *sent*
4.  Colonoscopy
5.  Mammogram *sent*
6.  Persantine Thallium test
7.  Echocardiogram *need to sch.*
8.  Blood work for HIV, HCVAb, HBVAg, HBVAb, RPR *sent*
    *10/04*

Please follow up with your primary physician regarding completing the above tests. When you have completed the test, please have the tests forwarded to me along with a referral/recommendation letter from your nephrologist or primary physician to:

Kidney Transplant Program
California Pacific Medical Center
Attn: Ronald Ong, RN, BSN
2340 Clay Street, 4th Floor
San Francisco, CA  94115
FAX: 415-600-1085     TEL:415-600-1407

Once these tests have been completed, we will review the results.  Once all of the data has been received and you have been medically and financially cleared for a kidney transplant, we will ask you to move to San Francisco to wait for and undergo the surgery. If you have any questions or if there is anything you feel may assist us in your care while preparing for transplant, please do not hesitate to call me at 415-600-1407.

# EXHIBIT "J"

Sincerely,

Ronald Ong, RN, BSN
Kidney Transplant Coordinator

Cc:    Dr. Hilmer Nigrete
       CHC Dialysis, Saipan

# EXHIBIT "K"



# Commonwealth of the Northern Mariana Islands
## MARIANAS PUBLIC LANDS AUTHORITY



May 6, 2005                                              LC 05-0568

Mr. Fermin M. Atalig
Secretary
Department of Finance
Capitol Hill, Saipan
VIA HAND DELIVERY

Dear Secretary Atalig:

Enclosed please find the original copy of Requisition No. FY 05-11 for your review and processing.

Please call us if you have any questions.

Sincerely,

EDWARD M. DELEON GUERRERO
Commissioner

Enclosure

cc:     Governor
        Attorney General
        MPLA Board of Directors
        MPLA Comptroller



RECEIVED
NOV - 2 2005

P.O. Box 500380, Saipan, MP 96950 • Ground Floor, V.S. Sablan Plaza, Chalan Piao
Website: www.mpla.gov.mp • E-mail: mpla@vzpacifica.net
Tel.: (670) 234-3751/3752/3757

**EXHIBIT "K"**



# Commonwealth of the Northern Mariana Islands
## MARIANAS PUBLIC LANDS AUTHORITY

REQUISITION NO. FY05-11

May 5, 2005

Ms. Amoretta Carlson
Bank of Guam, Trust Department
P.O. Box BW
Hagatna, Guam 96932

As Trustee under that certain Indenture, dated as of December 1, 2003, by and between the Trustee and the Commonwealth Development Authority (the "Indenture"), providing for the issuance of the Commonwealth of the Northern Mariana Islands General Obligation Bonds, Series 2003A (the "Bonds"), you are hereby requested and instructed to take actions described below with respect to the MPLA Account in the Project Fund established pursuant to the Indenture. Unless otherwise specified herein or unless the context otherwise requires, all capitalized terms used in this shall have the meanings specified in Section 1.01 of the Indenture.

Disbursement from MPLA Account. Pursuant to Section 3.02 of the Indenture, the Trustee is hereby requested to pay the itemized costs of the Project listed on, "Schedule A", attached hereto with moneys in the MPLA Account. Each such payment is for a Project consisting of the acquisition of real property through funding the retirement of land compensation claims against the Commonwealth with respect to which a claim has been approved by the MPLA Board, is based upon procedures established by the MPLA Board , and is a proper and lawful charge against said Account.

IN WITNESS WHEREOF, I have hereunto set my hand at my office on the date set forth above.

MARIANAS PUBLIC LANDS AUTHORITY

By: Edward D.L. Guerrero
Commissioner

Concurred by : Fermin Atalig
Secretary of Finance

RECEIVED
NOV - 2 2005

P.O. Box 500380, Saipan, MP 96950 • Ground Floor, V.S. Sablan Plaza, Chalan Piao
Tel.: (670) 234-3751/3752/3757 • Fax: (670) 234-3755

Marianas Public Lands Authority
Schedule of Requisition Request No. FY05-11 (Schedule A)
April 4, 2005

| ITEM NO. | PAYEE | Amount | | PURPOSE |
|---|---|---|---|---|
| 1 | Rosario DLG. Kumagai | $ | 159,408.19 | PL13-17 |
| | Less: CNMI Treasury | $ | (79,704.09) | |
| | (Ref: Rosario DLG. Kumagai, Civil Action No. 05-0149C) | | | |
| | Net to Land Claimant, Rosario DLG. Kumagai | $ | 79,704.10 | |
| | Total Request | $ | 159,408.19 | |

Note: BOG Trustee should cut two checks and payable to Rosario DLG. Kumagai for $79,704.10 and
CNMI Treasury for $79,704.09 with the following reference: Rosario DLG. Kumagai with Civil Action No. 05-0149C.

# EXHIBIT "L"



# Commonwealth of the Northern Mariana Islands
## Office of the Attorney General

2nd Floor Hon. Juan A. Sablan Memorial Bldg.
Caller Box 10007, Capitol Hill
Saipan, MP 96950

May 9, 2005

Mr. Fermin Atalig
Secretary of Finance
CNMI Department of Finance
PO Box 5234
Saipan, MP 96950

RE:    Land Compensation Drawdowns

Dear Mr. Atalig:

The Office of the Attorney General understands that you currently have before you Land Compensation Drawdowns FY 05-10, and 05-11, and that you may receive others in the immediate future for your approval.

This Office is currently reviewing several drawdowns that have been sent to your office for approval. Additionally, we are contemplating taking action against MPLA with respect to such drawdowns. As such, I ask that you do not process any land compensation payments until further notice. Please do not hesitate to contact me should you have any questions.

Sincerely,

Clyde Lemons, Jr.
Acting Attorney General

RECEIVED
MAY 17 2005

# EXHIBIT "L"

# EXHIBIT "M"

07/25/2005 09:38 FAX  670 2356522     ATTY.EDWARD MANIBUSAN     ☑001/002

JUL-25-2005 08:20 FROM:PUBLIC LAN  SAIPAN  2343755     Case 1:05-cv-00037  Document 1-3  Filed 11/08/2005  TO:61  2356522  Page 11 of 47  P.1



# Commonwealth of the Northern Mariana Islands
## MARIANAS PUBLIC LANDS AUTHORITY

RECEIVE
07-25-05

July 21, 2005                                    LG 05-0992

To: Brien Sers Nicholas
Fax: 235-7192
Date: 7/25/05

Mr. Fermin Atalig
Secretary of Finance
Caller Box 10007
Capitol Hill
Saipan, MP 96950

**VIA HAND DELIVERY**

Re:    **Agreement on Land Compensation Drawdown and Disbursement Procedures**

Dear Secretary Atalig:

Pursuant to the Agreement on Land Compensation Drawdown and Disbursement Procedures entered into on January 20, 2004, between MPLA, the Department of Finance, and the Office of the Attorney General, the Department of Finance shall review and concur with drawdown and disbursement requests within three (3) days of receipt. Without explanation in any form whatsoever, the Department of Finance has routinely withheld concurrence of land compensation drawdown and disbursement requests. As a result, property owners who have executed and recorded settlement agreements and warranty deeds with MPLA in good faith are being unreasonably deprived of their just compensation. Every day MPLA receives inquiries from these patient property owners, and we are unable to provide satisfactory answers as to why they are not being paid.

The following drawdown requisitions have been processed by MPLA and delivered to the Department of Finance on the dates indicated below. None of these requisitions have been returned to MPLA as being rejected with explanation, or otherwise.

1) FY 05-10 (Victoria Nicholas) on April 29, 2005;
2) FY 05-11 (Rosario Kumagai) on May 6, 2005;
3) FY 05-19 (Jose Castro, Estate of Gregorio Castro, Maria Salas) on July 5, 2005;

Released 7/22/05

4) FY 05-20 (Pedro Sablan, Carmen Pangelinan, Elmer Sablan, Francisca Pangelinan, Evelyn Powell, Jose Sablan, Dolores Bermudes, Andresina Sablan) on July 14, 2005.

Not only does the Department of Finance owe these property owners a reasonable explanation for the delays in releasing these requisitions, it owes MPLA a reasonable

P.O. Box 500380, Saipan, MP 96950 • Ground Floor, V.S. Sablan Plaza, Chalan Piao
Tel.: (670) 234-3751/3752/3757 • Fax: (670) 234-3755

**EXHIBIT "M"**

explanation as to why it continually fails to meet its obligations under the Agreement on Land Compensation Drawdown and Disbursement Procedures it initiated in the first place. We await your response.

Thank you for your attention to this matter.

Sincerely,

EDWARD M. DELEON GUERRERO
Commissioner

cc:     Governor
        Senate President
        House Speaker
        Attorney General
        Board Members
        Comptroller
        Legal Counsel

# EXHIBIT "N"



# Commonwealth of the Northern Mariana Islands
## MARIANAS PUBLIC LANDS AUTHORITY

August 8, 2005

AD 05-1078

Ms. Maria Lourdes Seman Ada
Executive Director
Commonwealth Development Authority
P.O. Box 501249
Saipan, MP 96950
VIA PERSONAL DELIVERY



Dear Ms. Ada:

The Marianas Public Lands Authority is hereby transmitting Requisition No. FY05-10 and FY05-11, which has been concurred by the Secretary of Finance. Please instruct the Trustee to initiate the disbursement of funds to the land claimants listed on Schedule A, which is attached to the requisition form.

Thank you for your timely response. Should you have any questions, please do not hesitate to contact our office.

Sincerely,

VINCENT T. CASTRO
Acting Commissioner

Enclosure:    *as stated above*

Cc:    Secretary, Department of Finance
       Chairperson, MPLA
       Commissioner, MPLA
       Comptroller, MPLA
       Legal Counsel, MPLA

**RECEIVED**

TIME: 2 pm

AUG 0 8 2005

C. D. A.

P.O. Box 500380, Saipan, MP 96950 ▪ Ground Floor, V.S. Sablan Plaza, Chalan Piao
Website: www.mpla.gov.mp ▪ E-mail: mpla@vzpacifica.net
Tel.: (670) 234-3751 Fax: (670) 234-3755

**EXHIBIT "N"**



# Commonwealth of the Northern Mariana Islands
## MARIANAS PUBLIC LANDS AUTHORITY

REQUISITION NO. <u>FY05-11</u>

May 5, 2005

Ms. Amoretta Carlson
Bank of Guam, Trust Department
P.O. Box BW
Hagatna, Guam  96932

As Trustee under that certain Indenture, dated as of December 1, 2003, by and between the Trustee and the Commonwealth Development Authority (the "Indenture"), providing for the issuance of the Commonwealth of the Northern Mariana Islands General Obligation Bonds, Series 2003A (the "Bonds"), you are hereby requested and instructed to take actions described below with respect to the MPLA Account in the Project Fund established pursuant to the Indenture.  Unless otherwise specified herein or unless the context otherwise requires, all capitalized terms used in this shall have the meanings specified in Section 1.01 of the Indenture.

<u>Disbursement from MPLA Account</u>.  Pursuant to Section 3.02 of the Indenture, the Trustee is hereby requested to pay the itemized costs of the Project listed on, "Schedule A", attached hereto with moneys in the MPLA Account.  Each such payment is for a Project consisting of the acquisition of real property through funding the retirement of land compensation claims against the Commonwealth with respect to which a claim has been approved by the MPLA Board, is based upon procedures established by the MPLA Board , and is a proper and lawful charge against said Account.

IN WITNESS WHEREOF, I have hereunto set my hand at my office on the date set forth above.

MARIANAS PUBLIC LANDS AUTHORITY

By: Edward DL. Guerrero
Commissioner

Concurred by: Fermin Atalig
Secretary of Finance

Marianas Public Lands Authority
Schedule of Requisition Request No. FY05-11 (Schedule A)
April 4, 2005

| ITEM NO. | PAYEE | Amount | | PURPOSE |
|---|---|---|---|---|
| | | | | PL13-17 |
| 1 Rosario DLG. Kumagai | | $ | 159,408.19 | |
| Less: CNMI Treasury | | $ | (79,704.09) | |
| (Ref: Rosario DLG. Kumagai, Civil Action No. 05-0149C) | | | | |
| Net to Land Claimant, Rosario DLG. Kumagai | | $ | 79,704.10 | |
| Total Request | | $ | 159,408.19 | |

Note: BOG Trustee should cut two checks and payable to Rosario DLG. Kumagai for $79,704.10 and
CNMI Treasury for $79,704.09 with the following reference: Rosario DLG. Kumagai with Civil Action No. 05-0149C.

**Marianas Public Lands Authority**
P.O. Box 500380
Saipan, MP, 96950
Tel Nos.: 234-3751/52/57/59 . Fax No.: 234-3755
E-mail address: opl@vzpacifica.net

# MEMORANDUM

| | | |
|---|---|---|
| **Date:** | April 19, 2005 | LGM 05-065 |
| **To:** | Comptroller | |
| **From:** | Legal Counsel | |
| **cc:** | Commissioner; Land Claims Manager | |
| **Subject:** | Rosario DLG. Kumagai – Lot EA 157-2-1 | |

The land compensation for the subject lot should be disbursed according to the Settlement Agreement between the Department of Public Health, AGO and Rosario DLG. Kumagai. (attached). This Agreement was entered into to resolve a pre-judgment writ of attachment in Civil Action No. 05-0149C. This Civil Action has now been dismissed. According to the agreement, disbursement should be made as follows:

Total compensation for Lot EA 157-2-1                            $159,408.19

DISBURSEMENT (Checks made payable to ....)

CNMI Treasury ( Ref. Rosario DLG Kumagai)            $ 79,704.09
Rosario DLG Kumagai                                                         79,704.10
Total Disbursement:                                                      $159,408.19

Thank you.

CONFIDENTIAL AND PRIVILEGED ATTORNEY-CLIENT COMMUNICATION

This document and the information it contains are intended for the person(s) named above. If you have received this document in error, please call 670.234.3751, and then return the document in its entirety to the address above.

# EXHIBIT "O"



# COMMONWEALTH DEVELOPMENT AUTHORITY

P.O. BOX 502149, SAIPAN MP 96950
Tel.: (670) 234-6245/6293/7145/7146 • Fax: (670) 234-7144 or 235-7147
Email: administration@cda.gov.mp • Website: www.cda.gov.mp



August 8, 2005

Ms. Amoretta Carlson                    VIA FACSIMILE NO. (671) 472–5527
AVP & Trust Officer
Bank of Guam Trust Department
PO Box BW
Hagatna, Guam  96932

*RE:  CNMI GO Bonds, Series 2003A – MPLA Projects Fund*

Dear Ms. Carlson:

Please process the enclosed MPLA Requisition No.  FY05-11 and initiate the
disbursement(s) of funds to the land claimant(s) listed on the attached Schedule A and
charge against the **MPLA Projects Fund Account No. 76–1000–09**.

Upon completion of the check(s), you may send it/them directly to the MPLA office in
Chalan Piao, Saipan, for distribution to the land claimant(s).

Please confirm this transaction via e-mail at acctg@cda.gov.mp as soon as possible.

Sincerely,


MARIA LOURDES SEMAN ADA
Executive Director


TOM GLENN QUITUGUA
Chairman, CDA Board of Directors


Requisition No. FY05-11


**EXHIBIT "O"**



# Commonwealth of the Northern Mariana Islands
## MARIANAS PUBLIC LANDS AUTHORITY

REQUISITION NO. FY05-11

May 5, 2005

Ms. Amoretta Carlson
Bank of Guam, Trust Department
P.O. Box BW
Hagatna, Guam  96932

As Trustee under that certain Indenture, dated as of December 1, 2003, by and between the Trustee and the Commonwealth Development Authority (the "Indenture"), providing for the issuance of the Commonwealth of the Northern Mariana Islands General Obligation Bonds, Series 2003A (the "Bonds"), you are hereby requested and instructed to take actions described below with respect to the MPLA Account in the Project Fund established pursuant to the Indenture.  Unless otherwise specified herein or unless the context otherwise requires, all capitalized terms used in this shall have the meanings specified in Section 1.01 of the Indenture.

Disbursement from MPLA Account.  Pursuant to Section 3.02 of the Indenture, the Trustee is hereby requested to pay the itemized costs of the Project listed on, "Schedule A", attached hereto with moneys in the MPLA Account.  Each such payment is for a Project consisting of the acquisition of real property through funding the retirement of land compensation claims against the Commonwealth with respect to which a claim has been approved by the MPLA Board, is based upon procedures established by the MPLA Board , and is a proper and lawful charge against said Account.

IN WITNESS WHEREOF, I have hereunto set my hand at my office on the date set forth above.

MARIANAS PUBLIC LANDS AUTHORITY

By: Edward M. Guerrero
Commissioner

Concurred by Fermin Atalig
Secretary of Finance

P.O. Box 500380, Saipan, MP 96950 ● Ground Floor, V.S. Sablan Plaza, Chalan Piao
Tel.: (670) 234-3751/3752/3757 ● Fax: (670) 234-3755

Schedule A

(*$40M Bond - Land Compensation Fund Account No. 76-1000-09*)

| Item No. | Payee | Amount | Purpose |
|----------|-------|--------|---------|
| FY05.11.1 | Rosario DLG. Kumagai | $79,704.10 | P.L. 13-17 Land Compensation |
| FY05.11.2 | CNMI Treasury (Ref. Rosario DLG. Kumagai, Civil Action No. 05-0149C) | 79,704.09 | P.L. 13-17 Land Compensation |
| T O T A L  (2) | | $159,408.19 | |

8/9/05



## COMMONWEALTH DEVELOPMENT AUTHORITY

P.O. Box 502149, Saipan, MP 96950
Tel: (670) 234-6293 • Fax: 235-7147 • email: acctg@cda.gov.mp • website: www.cda.gov.mp

# FACSIMILE TRANSMITTAL

| To: | Ms. Amoretta Carlson<br>AVP & Trust Officer<br>Bank of Guam Trust Dept. | Fax: | (671) 472-5527 |
|---|---|---|---|
| From: | Maria Lourdes S. Ada<br>Executive Director | Date: | 08/09/05 |
| Re: | MPLA Land Compensation Requisitions | Pages: | 1 of 7 |
| CC: | | Fax : | |

**CONFIDENTIALITY NOTICE:** This facsimile contains confidential information intended for a specific individual and purpose and is protected by law. If you are not the intended recipient, you should destroy this facsimile and are hereby notified that any disclosure, copying, or distribution of the information contained herein, or the taking of any action based on it, is strictly prohibited.

MESSAGE:

Please process the attached drawdown requests for land owner's compensation per MPLA **Requisition Nos. FY05-10 & FY05-11** as soon as possible.

Thank you and regards.

Transmission Report

| | |
|---|---|
| Date/Time | 8- 9-05;13:41 |
| Local ID | 670 235 7147 |
| Local Name | CDA ADMIN |
| Company Logo | CDA ADMIN |

This document was confirmed.
(reduced sample and details below)
Document Size  Letter-S



**COMMONWEALTH DEVELOPMENT AUTHORITY**

P.O. Box 502149, Saipan, MP 96950
Tel: (670) 234-6293 • Fax: 235-7147 • email: accfg@cda.gov.mp • website: www.cda.gov.mp

## FACSIMILE TRANSMITTAL

| To: | Ms. Amoretta Carlson AVP & Trust Officer Bank of Guam Trust Dept. | Fax: | (671) 472-5527 |
|---|---|---|---|
| From: | Maria Lourdes S. Ada Executive Director | Date: | 08/09/05 |
| Re: | MPLA Land Compensation Requisitions | Pages: | 1 of 7 |
| CC: | | Fax : | |

**CONFIDENTIALITY NOTICE: This facsimile contains confidential information intended for a specific individual and purpose and is protected by law. If you are not the intended recipient, you should destroy this facsimile and are hereby notified that any disclosure, copying, or distribution of the information contained herein, or the taking of any action based on it, is strictly prohibited.**

MESSAGE:

Please process the attached drawdown requests for land owner's compensation per
MPLA Requisition Nos. FY05-10 & FY05-11 as soon as possible.

Thank you and regards.

Total Pages Scanned  :  7  Total Pages Confirmed :  7

| No. | Doc | Remote Station | Start Time | Duration | Pages | Mode | Comments | Results |
|---|---|---|---|---|---|---|---|---|
| 1 | 958 | BOG - TRUST DEPT. | 8- 9-05;13:37 | 2'55" | 7/ 7 | EC | | CP 12.0 |

Notes :
EC: Error Correct        RE: Resend           PD: Polled by Remote    MB: Receive to Mailbox
BC: Broadcast Send       MP: Multi-Poll        PG: Polling a Remote    PI: Power Interruption
CP: Completed            RM: Receive to Memory DR: Document Removed    TM: Terminated by user
HS: Host Scan            HP: Host Print        FO: Forced Output       WT: Waiting Transfer
HF: Host Fax             HR: Host Receive      FM: Forward Mailbox Doc. WS: Waiting Send

# EXHIBIT "P"

Commonwealth of the Northern Mariana Islands
# Office of the Attorney General
2nd Floor Hon. Juan A. Sablan Memorial Bldg.
Caller Box 10007, Capitol Hill
Saipan, MP 96950



**Civil Division**
Tel: (670) 664-2341/42
Fax: (670) 664-2349

**Criminal Division**
Tel: (670) 664-2366/67/68
Fax: (670) 234-7016

**Investigative Unit**
Tel: (670) 664-2310/12
Fax: (670) 664-2319

**Division of
Immigration**

**Saipan**
Tel: (670) 236-0922/23
Fax: (670) 664-3190

**Rota**
Tel: (670) 532-9436
Fax: (670) 532-3190

**Tinian**
Tel: (670) 433-3712
Fax: (670) 433-3730

**Domestic Violence
Intervention Center**
Tel: (670) 664-4583/4
Fax: (670) 234-4589

August 10, 2005

Mary Lou Ada  ~234-7144
Executive Director
Commonwealth Development Authority
Saipan, MP 96950

Dear Ms. Ada:

We respectfully request that the Commonwealth Development Authority not authorize requisitions FY 05-10 and FY 05-11 prior to the end of the day August 15, 2005.

We are investigating requisitions FY 05-10 and FY 05-11 because the valuations appear too high for properties that generally have little or no market value. Both involve 100% wetland properties. We are also investigating these requisitions because MPLA is not authorized to compensate with bond money wetland properties that are not taken for right-of-ways and it does not appear that these properties were taken for that reason. We will conclude our investigation of these matters by the end of the day on Friday, August 12th. By the end of the day on Monday, August 15, 2005, we will either bring court action to void the payments (and other similar payments that have already been paid) or recommend that the payments be authorized.

We ask that the Commonwealth Development Authority provide us this short period of time to complete our investigation and either bring court action or not before authorizing these potentially illegal payments. We appreciate your consideration.

Best regards,

Pam Brown
Attorney General

# EXHIBIT "P"

# EXHIBIT "Q"



## COMMONWEALTH DEVELOPMENT AUTHORITY

P.O. Box 502149, Saipan, MP  96950
Tel: (670) 234-6293 • Fax: 235-7147 • email: acctg@cda.gov.mp • website:  www.cda.gov.mp

**URGENT**

# FACSIMILE TRANSMITTAL

| To: | Ms. Amoretta Carlson<br>AVP & Trust Officer<br>Bank of Guam Trust Dept. | Fax: | (671) 472-5527 |
|---|---|---|---|
| From: | Maria Lourdes S. Ada<br>Executive Director | Date: | 08/10/05 |
| Re: | MPLA Land Compensation Requisitions | Pages: | 1 of 2 |
| CC: | | Fax : | |

**CONFIDENTIALITY NOTICE:** This facsimile contains confidential information intended for a specific individual and purpose and is protected by law.  If you are not the intended recipient, you should destroy this facsimile and are hereby notified that any disclosure, copying, or distribution of the information contained herein, or the taking of any action based on it, is strictly prohibited.

MESSAGE:

Hello Amoretta,

Per your telecom with Marylou late yesterday, attached herewith is the letter from the Attorney General in reference to the **cancellation of MPLA Req. Nos. FY05-10 & 11.** Should you have any questions regarding this matter, please do not hesitate to call us at (670) 234-6245 or 6293.

Thank you and regards.

# EXHIBIT "Q"



Commonwealth of the Northern Mariana Islands
# Office of the Attorney General
2nd Floor Hon. Juan A. Sablan Memorial Bldg.
Caller Box 10007, Capitol Hill
Saipan, MP 96950



**Civil Division**
Tel: (670) 664-2341/42
Fax: (670) 664-2349

**Criminal Division**
Tel: (670) 664-2366/67/68
Fax: (670) 234-7016

**Investigative Unit**
Tel: (670) 664-2310/12
Fax: (670) 664-2319

**Division of Immigration**

**Saipan**
Tel: (670) 236-0922/23
Fax: (670) 664-3190

**Rota**
Tel: (670) 532-9436
Fax: (670) 532-3190

**Tinian**
Tel: (670) 433-3712
Fax: (670) 433-3730

**Domestic Violence Intervention Center**
Tel: (670) 664-4583/4
Fax: (670) 234-4589

August 10, 2005

Mary Lou Ada  -234- 7144
Executive Director
Commonwealth Development Authority
Saipan, MP 96950

Dear Ms. Ada:

We respectfully request that the Commonwealth Development Authority not authorize requisitions FY 05-10 and FY 05-11 prior to the end of the day August 15, 2005.

We are investigating requisitions FY 05-10 and FY 05-11 because the valuations appear too high for properties that generally have little or no market value. Both involve 100% wetland properties. We are also investigating these requisitions because MPLA is not authorized to compensate with bond money wetland properties that are not taken for right-of-ways and it does not appear that these properties were taken for that reason. We will conclude our investigation of these matters by the end of the day on Friday, August 12th. By the end of the day on Monday, August 15, 2005, we will either bring court action to void the payments (and other similar payments that have already been paid) or recommend that the payments be authorized.

We ask that the Commonwealth Development Authority provide us this short period of time to complete our investigation and either bring court action or not before authorizing these potentially illegal payments. We appreciate your consideration.

Best regards,

Pam Brown
Attorney General

Date/Time                8-10-05; 9:34
Local ID                 670 235 7147
Local Name                   CDA ADMIN
Company Logo                  CDA ADMIN

This document was confirmed.
   (reduced sample and details below)
   Document Size  Letter-S



**COMMONWEALTH DEVELOPMENT AUTHORITY**

P.O. Box 502249, Saipan, MP 96950
Tel: (670) 234-6293 • Fax: 235-7147 • email: acdty@cda.gov.mp • website: www.cda.gov.mp

**URGENT FACSIMILE TRANSMITTAL**

| To: | Ms. Amoretta Carlson<br>AVP & Trust Officer<br>Bank of Guam Trust Dept. | Fax: | (671) 472-5527 |
|---|---|---|---|
| From: | Maria Lourdes S. Ada<br>Executive Director | Date: | 08/10/05 |
| Re: | MPLA Land Compensation Requisitions | Pages: | 1 of 2 |
| CC: | | Fax : | |

**CONFIDENTIALITY NOTICE:** This facsimile contains confidential information intended for a specific individual and purpose and is protected by law. If you are not the intended recipient, you should destroy this facsimile and are hereby notified that any disclosure, copying, or distribution of the information contained herein, or the taking of any action based on it, is strictly prohibited.

**MESSAGE:**

Hello Amoretta,

Per your telecom with Marylou late yesterday, attached herewith is the letter from the Attorney General in reference to the **cancellation of MPLA Req. Nos. FY05-10 & 11.** Should you have any questions regarding this matter, please do not hesitate to call us at (670) 234-6245 or 6293.

Thank you and regards.

Total Pages Scanned : 2  Total Pages Confirmed : 2

| No. | Doc | Remote Station | Start Time | Duration | Pages | Mode | Comments | Results |
|---|---|---|---|---|---|---|---|---|
| 1 | 982 | BOG - TRUST DEPT. | 8-10-05; 9:32 | 1'23" | 2/ 2 | EC | | CP 14.4 |

Notes :
| | | |
|---|---|---|
| EC: Error Correct | RE: Resend | PD: Polled by Remote | MB: Receive to Mailbox |
| BC: Broadcast Send | MP: Multi-Poll | PG: Polling a Remote | PI: Power interruption |
| CP: Completed | RM: Receive to Memory | DR: Document Removed | TM: Terminated by user |
| HS: Host Scan | HP: Host Print | FO: Forced Output | WT: Waiting Transfer |
| HF: Host Fax | HR: Host Receive | FM: Forward Mailbox Doc. | WS: Waiting Send |

# EXHIBIT "R"

James Livingstone
Assistant Attorney General
Office of the Attorney General-Civil Division
2nd Floor, Juan A. Sablan Memorial Bldg.
Caller Box 10007
Saipan, MP 96950
Telephone: 664-2341
Fax: 664-2349
Attorneys for Plaintiff

## IN THE SUPERIOR COURT OF THE
## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

COMMONWEALTH OF THE NORTHERN )  CIVIL ACTION NO. 05- _0332E_
MARIANA ISLANDS, EX REL. )
PAMELA BROWN, ATTORNEY GENERAL, )
)
    Plaintiff, )  **COMPLAINT FOR**
)  **DECLARATORY RELIEF**
    v. )
)
MARIANAS PUBLIC LANDS AUTHORITY; )
VICTORIA S. NICOLAS; AND ROSARIO DLG )
KUMAGAI, )
)
    Defendants. )
)

On behalf of the Commonwealth of the Northern Mariana Islands (the "Commonwealth"), Pamela Brown, as the Attorney General of the Commonwealth, respectfully submits this Complaint for Declaratory Relief and Injunctive Relief.

### INTRODUCTORY STATEMENT

1. This is an action for declaratory relief concerning the interpretation of CNMI Public Law 14-29 and its application to proposed Land Compensation Act disbursements of $1,166,403.14 to Victoria S. Nicolas and $159,496.43 to Rosario DLG Kumagai.

ENTERED
DATE: _____

-1-

**EXHIBIT "R"**

## PARTIES

2. Plaintiff Commonwealth of the Northern Mariana Islands ("Commonwealth") is a political entity established by the N.M.I. Constitution pursuant to the "Covenant to Establish a Commonwealth of the Northern Mariana Islands in Political Union with the United States of America," 48 U.S.C. 1801, Pub.L.No. 94-241, § 1, Mar. 24, 1976, 90 Stat. 263.

3. Pamela Brown is the Attorney General, appointed pursuant to Article III, Section 11 of the Constitution of the Commonwealth of the Northern Mariana Islands, and is charged with representing the Commonwealth in all legal matters, and prosecuting violations of Commonwealth law.

4. Defendant Marianas Public Lands Authority ("MPLA") is a public corporation and instrumentality of the Commonwealth, established and existing under Public Law 12-33, as amended by Public Law 12-71.

5. Defendant Victoria S. Nicolas (hereinafter "Nicolas"), upon information and belief, is a resident of Saipan and a United States citizen.

6. Defendant Rosario DLG Kumagai (hereinafter "Kumagai"), upon information and belief, is a resident of Saipan and a United States citizen.

## JURISDICTION

7. The Court has jurisdiction over the subject matter of this action pursuant to N.M.I. Const. art. IV, § 2 and 1 CMC §§ 3102(b) and 3202, as well as Rules 57 and 65 of the Commonwealth Rules of Civil Procedure.

## BACKGROUND

8. Defendant Nicolas owned Lot 158-A-R1 on Saipan. This property is and has been at all relevant times 100% wetland property.

9.  On April 21, 2005, Governor Juan N. Babauta certified that the Commonwealth took Lot 158-A-R1 in 1993 for the public purpose of protecting wetlands and endangered species in the Commonwealth.

10. Defendant Kumagai owned Lot E.A. 157-2-1 on Saipan.  This property is and has been at all relevant times 100% wetland property.

11. On November 16, 1993, then-Governor Lorenzo I. Deleon Guerrero certified that the Commonwealth took Lot E.A. 157-2-1 for the public purpose of protecting wetlands.

12. Neither property was certified as being taken for right-of-way purposes or related to any right-of-way the Commonwealth needed to secure.

13. The Commonwealth has secured a bond to be used to resolve claims in the Commonwealth regarding right-of-ways that the Commonwealth has not paid compensation.  The Land Compensation Act authorized the bond.

14. Under the law, MPLA is supposed to determine the compensation due to landowners, who are then compensated for the taking.

15. Public Laws 13-17 and 14-29 set forth the properties that can be compensated using Land Compensation Act funds.

16. P.L. 13-17 originally provided:

In implementing this Act, the Marianas Public Land Authority shall first compensate the acquisition of private lands *for right of way purposes*, including but not limited to public road construction.  After those claims have been compensated, the Authority shall then compensate those claims involving the acquisition of private land for the purpose of constructing public ponding basins.  Wetland and other claims shall be entertained only after claims involving right of way and ponding basin acquisitions have been compensated.

P.L. 13-17, § 4(d) (emphasis added).

17. On September 24, 2004, Public Law 14-29 amended Section 4(e) of Public Law 13-17 to read:

-3-

In implementing this Act, the Marianas Public Land Authority shall compensate the acquisition of private lands *for right of way purposes*, including but not limited to public road construction, construction of ponding basins, wetland, and other claims involving private land acquisition permitted by applicable laws.

P.L. 14-29, § 1(a) (emphasis added).

18. MPLA authorized payment using Land Compensation Funds of $1,166,403.14 to Victoria S. Nicolas on April 28, 2005 to compensate for the wetlands taking.

19. MPLA authorized payment using Land Compensation Funds of $159,408.19 to Rosario DLG Kumagai on May 5, 2005 to compensate for the wetlands taking.

20. Upon information and belief, there are over one hundred right-of-way claims that have not yet been compensated.

21. Upon information and belief, MPLA has exhausted the Land Compensation Fund and, if the payments are made to Kumagai and Nicolas, many right-of-way properties will not be compensated at all.

## CLAIM FOR RELIEF

22. Plaintiff incorporates by reference the allegations contained in all preceding paragraphs as if set forth fully herein.

23. The properties of Nicolas and Kumagai are 100% wetland properties.

24. Neither property was taken for the purpose of a right-of-way. Nor are the properties related in any way to needs for right-of-ways.

25. Land Compensation Act Funds cannot be used to compensate the landowners for properties taken unrelated to right-of-ways.

26. To obligate or disburse Land Compensation Funds as compensation for these acquisitions violates the Land Compensation Act and constitutes a breach of fiduciary duty by the Marianas Public Lands Authority and its board members.

27. The authorizations that MPLA issued for these landowners are void.

1    **WHEREFORE,** Plaintiff respectfully requests the following relief:

2    A. For the Court to restrain and enjoin Defendants, their officers, directors, agents,

3    servants, employees, and attorneys, and those persons acting in concert with them from drawing

4    down from a publicly financed Land Compensation Fund, and disbursing $1,166,403.14 to

5    Victoria S. Nicolas and $159,496.43 to Rosario DLG Kumagai.

6    B. For the Court to issue a declaration that wetland properties that are not used for right-

7    of-way purposes cannot be compensated using Land Compensation Funds.

8    C. For the Court to grant Plaintiff an award of reasonable costs.

9    D. For the Court to handle this matter as expeditiously as possible.

10   E. For such other and further relief as the Court deems just and proper.

11   Dated this 15th day of August, 2005.

12

13                                          James D. Livingstone
                                            Assistant Attorney General
14

15

16

17

18

19

20

21

22

23

24

25

*ORIGINAL*

1  James Livingstone
   Assistant Attorney General
2  Office of the Attorney General-Civil Division
   2nd Floor, Juan A. Sablan Memorial Bldg.
3  Caller Box 10007
   Saipan, MP 96950
4  Telephone: 664-2341
   Fax: 664-2349
5
6  Attorneys for Plaintiff

7              IN THE SUPERIOR COURT OF THE
           COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
8
   **COMMONWEALTH OF THE NORTHERN**       ) CIVIL ACTION NO. 05-_0332 E_
9  **MARIANA ISLANDS, EX REL.**           )
   **PAMELA BROWN, ATTORNEY GENERAL,**    )
10                                         )   **SUMMONS**
11         Plaintiff,                      )
                                           )
12             v.                          )
                                           )
13                                         )
   **MARIANAS PUBLIC LANDS AUTHORITY;**    )
14 **VICTORIA S. NICOLAS; AND ROSARIO DLG**)
   **KUMAGAI,**                            )
15                                         )
16         Defendants.                     )
                                           )

17 To:    **ROSARIO DLG KUMAGAI**
18
19         YOU ARE HEREBY SUMMONED and notified to file any answer you wish to

20 the Complaint, a copy of which is given to you herewith, within twenty (20) days after

21 service of this Summons upon you, and to deliver or mail a copy of your answer to James

22 Livingstone, Office of the Attorney General, Commonwealth of the Northern Mariana

23 Islands, Civil Division--Capitol Hill, Second Floor, Hon. Juan A. Sablan Memorial Bldg.,

24 Saipan, MP, 96950, as soon as practicable after filing your answer or sending it to the

25 Clerk of Court for filing.

26
27         Your answer should be in writing and filed with the Clerk of this Court at Susupe,

28 Saipan.  It may be prepared and signed for you by your counsel and sent to the Clerk of
29

                           ENTERED

this Court by messenger or mail. It is not necessary for you to appear personally until further notice. If you fail to file an answer in accordance with this Summons, judgment by default may be taken against you for the relief demanded in the Complaint.

Dated this 15th day of August, 2005.

CLERK OF COURT



# EXHIBIT "S"



## CDA-CNMI AGREEMENT

WHEREAS the Marianas Public Lands Authority ("MPLA") and Department of Finance Secretary Fermin Atalig have authorized Land Compensation Act requisitions FY 0-10 and FY 0-11; and

WHEREAS the Commonwealth Development Authority ("CDA") must approve the requisitions prior to their payment; and

WHEREAS the Attorney General's Office has raised questions regarding the propriety of paying requisitions FY 0-10 and FY 0-11; and

WHEREAS the Commonwealth of the Northern Marianas Islands ("CNMI") has brought the case captioned *Commonwealth of the Northern Mariana Islands, ex rel. Pamela Brown, Attorney General, v. Marianas Public Lands Authority, et al.,* Civil Action No. 05-332E (N.M.I. Super. Ct.) (the "Action"), to determine the propriety of requisitions FY 0-10 and FY 0-11; and

WHEREAS CDA does not want to involve itself in the approval of potentially unauthorized and/or illegal payments; and

WHEREAS CDA does not wish to be involved in the Action; and

WHEREAS the CNMI has not named CDA as a party to the Action because of this Agreement.

NOW, THEREFORE, in consideration of the covenants and agreements set forth herein and for other good and valuable consideration, it is agreed by and among the undersigned that;

CDA will not approve requisitions FY 0-10 and FY 0-11 until the final resolution of the Action.

This agreement memorializes the prior understanding of the parties, which was reached on August 15, 2005.

August 19, 2005.


_____
Tom Glenn A. Quitugua
CDA Board Chairman
On behalf of CDA


_____
Pamela Brown
Attorney General
On behalf of the CNMI


_____
Maria Lourdes S. Ada
CDA Executive Director
On behalf of CDA

## EXHIBIT "S"

# EXHIBIT "T"

1  James Livingstone
   Deborah L. Covington
2  Assistant Attorney General
   Office of the Attorney General-Civil Division
3  2nd Floor, Juan A. Sablan Memorial Bldg.
   Caller Box 10007
4  Saipan, MP 96950
   Telephone: 664-2341
5  Fax: 664-2349
   Attorneys for Plaintiff

6

7  ## IN THE SUPERIOR COURT OF THE
   ## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

8  **COMMONWEALTH OF THE NORTHERN**     ) CIVIL ACTION NO. 05-332E_____
   **MARIANA ISLANDS, EX REL.**          )
9  **PAMELA BROWN, ATTORNEY GENERAL,**   )
                                         )
10     Plaintiff,                        ) **AMENDED COMPLAINT FOR**
                                         ) **DECLARATORY RELIEF**
11                                       )
                                         )
12        v.                             )
                                         )
13 **MARIANAS PUBLIC LANDS AUTHORITY;**  )
   **VICTORIA S. NICOLAS; AND ROSARIO**  )
14 **DLG KUMAGAI,**                      )
                                         )
15     Defendants.                       )
                                         )
16 _____)

17        On behalf of the Commonwealth of the Northern Mariana Islands (the

18 "Commonwealth"), Pamela Brown, as the Attorney General of the Commonwealth, respectfully

19 submits this Complaint for Declaratory Relief and Injunctive Relief.

20                          **INTRODUCTORY STATEMENT**

21     1.   This is an action for declaratory relief concerning the interpretation of CNMI Public

22          Law 14-29 and its application to proposed Land Compensation Act disbursements of

23          $1,166,403.14 to Victoria S. Nicolas and $159,496.43 to Rosario DLG Kumagai.

24

25

-1-

**EXHIBIT "T"**

RECEIVED
AUG 3 0 2005

**PARTIES**

2.  Plaintiff Commonwealth of the Northern Mariana Islands ("Commonwealth") is a political entity established by the N.M.I. Constitution pursuant to the "Covenant to Establish a Commonwealth of the Northern Mariana Islands in Political Union with the United States of America," 48 U.S.C. 1801, Pub.L.No. 94-241, § 1, Mar. 24, 1976, 90 Stat. 263.

3.  Pamela Brown is the Attorney General, appointed pursuant to Article III, Section 11 of the Constitution of the Commonwealth of the Northern Mariana Islands, and is charged with representing the Commonwealth in all legal matters, and prosecuting violations of Commonwealth law.

4.  Defendant Marianas Public Lands Authority ("MPLA") is a public corporation and instrumentality of the Commonwealth, established and existing under Public Law 12-33, as amended by Public Law 12-71.

5.  Defendant Victoria S. Nicolas (hereinafter "Nicolas"), upon information and belief, is a resident of Saipan and a United States citizen.

6.  Defendant Rosario DLG Kumagai (hereinafter "Kumagai"), upon information and belief, is a resident of Saipan and a United States citizen.

**JURISDICTION**

7.  The Court has jurisdiction over the subject matter of this action pursuant to N.M.I. Const. art. IV, § 2 and 1 CMC §§ 3102(b) and 3202, as well as Rules 57 and 65 of the Commonwealth Rules of Civil Procedure.

**BACKGROUND**

8.  Defendant Nicolas owned Lot 158-A-R1 on Saipan. This property is and has been at all relevant times 100% wetland property.

9.  On April 21, 2005, Governor Juan N. Babauta certified that the Commonwealth took Lot 158-A-R1 in 1993 for the public purpose of protecting wetlands and endangered species in the Commonwealth.

10. Defendant Kumagai owned Lot E.A. 157-2-1 on Saipan.  This property is and has been at all relevant times 100% wetland property.

11. On November 16, 1993, then-Governor Lorenzo I. Deleon Guerrero certified that the Commonwealth took Lot E.A. 157-2-1 for the public purpose of protecting wetlands.

12. Neither property was certified as being taken for right-of-way purposes or related to any right-of-way the Commonwealth needed to secure.

13. The Commonwealth has secured a bond to be used to resolve claims in the Commonwealth regarding right-of-ways that the Commonwealth has not paid compensation.  The Land Compensation Act authorized the bond.

14. Under the law, MPLA is supposed to determine the compensation due to landowners, who are then compensated for the taking.

15. Public Laws 13-17 and 14-29 set forth the properties that can be compensated using Land Compensation Act funds.

16. P.L. 13-17 originally provided:

> In implementing this Act, the Marianas Public Land Authority shall first compensate the acquisition of private lands *for right of way purposes,* including but not limited to public road construction.  After those claims have been compensated, the Authority shall then compensate those claims involving the acquisition of private land for the purpose of constructing public ponding basins.  Wetland and other claims shall be entertained only after claims involving right of way and ponding basin acquisitions have been compensated.

> P.L. 13-17, § 4(d) (emphasis added).

17. On September 24, 2004, Public Law 14-29 amended Section 4(e) of Public Law 13-17 to read:

In implementing this Act, the Marianas Public Land Authority shall compensate the acquisition of private lands *for right of way purposes*, including but not limited to public road construction, construction of ponding basins, wetland, and other claims involving private land acquisition permitted by applicable laws.

P.L. 14-29, § 1(a) (emphasis added).

18. MPLA authorized payment using Land Compensation Funds of $1,166,403.14 to Victoria S. Nicolas on April 28, 2005 to compensate for the wetlands taking.

19. This amount was based, in part, upon an appraisal issued by V.M. Sablan & Associates, which concluded that the Nicholas wetland property had a value of $88 per square meter as of November 16, 1993.

20. VM Sablan used two comparable lands both of which were either sold or leased in 1997, almost four years after the Nicholas land was taken.

21. MPLA authorized payment using Land Compensation Funds of $159,408.19 to Rosario DLG Kumagai on May 5, 2005 to compensate for the wetlands taking.

22. This amount was based, in part, upon an appraisal issued by V.M. Sablan & Associates, which concluded that the Kumagai wetland property had a value of $88 per square meter as of November 16, 1993.

23. VM Sablan used two comparable lands both of which were either sold or leased in 1997, almost four years after the Kumagai land was taken.

24. The Uniform Standards of Professional Appraisal Practices (USPAP) established uniform standards for conducting appraisals.

25. These USPAP includes standards on conducting retrospective appraisals such as was done in the Kumagai and Nicholas cases.

26. Statement on Appraisal Standards No 3 (SMT-3)provides in part:

A retrospective appraisal is complicated by the fact that the appraiser already knows what occurred in the market after the effective date of the appraisal. Data subsequent to the effective date may be considered in developing a retrospective value as a confirmation of trends that would reasonably be considered by a buyer or seller as of that date. The appraiser should determine a logical cut-off because at some point distant from the effective date, the subsequent data will not reflect the relevant market. This is a difficult determination to make. Studying the market conditions as of the date of the appraisal assists the appraiser in judging where he or she should make this cut-off. In the absence of evidence in the market that data subsequent to the effective date were consistent with and confirmed market expectations as of the effective date, the effective date should be used as the cut-off date for data considered by the appraiser.

27. The Kumagai and Nicholas appraisals were not conducted in accordance with those standards set forth in the USPAP, specifically SMT-3.

28. Upon information and belief, there are over one hundred right-of-way claims that have not yet been compensated.

29. Upon information and belief, MPLA has exhausted the Land Compensation Fund and, if the payments are made to Kumagai and Nicolas, many right-of-way properties will not be compensated at all.

### FIRST CLAIM FOR RELIEF

30. Plaintiff incorporates by reference the allegations contained in all preceding paragraphs as if set forth fully herein.

31. The properties of Nicolas and Kumagai are 100% wetland properties.

32. Neither property was taken for the purpose of a right-of-way. Nor are the properties related in any way to needs for right-of-ways.

33. Land Compensation Act Funds cannot be used to compensate the landowners for properties taken unrelated to right-of-ways.

34. To obligate or disburse Land Compensation Funds as compensation for these acquisitions violates the Land Compensation Act and constitutes a breach of fiduciary duty by the Marianas Public Lands Authority and its board members.

35. The authorizations that MPLA issued for these landowners are void.

### SECOND CLAIM FOR RELIEF

36. Plaintiff incorporates by reference the allegations contained in all preceding paragraphs as if set forth fully herein.

37. Section 9 of Public Law 13-17, added by PL 13-25, §1 provides as follows:

> Method for Valuation of Land. For purposes of this Act, land owners shall receive just compensation based on the fair market value of the land at the time of taking by the Commonwealth. MPLA may use as a guide the procedures set forth in 2 CMC §§ 4712(a)(2) and (3) to determine fair market value at the time of taking. *Note: Do such provision in the Cap. t law. It was rejected by the [illegible]*

38. Plaintiff seeks declaratory relief pursuant to Com. R.Civ. P. Rule 57, on the following points:

  a. That the MPLA Board did not comply with PL 13-17 §9 in that it did not award compensation based on the value of the land at the time of the taking, as required by PL 13-17 §9 as amended, and instead based the compensation upon a questionable appraisal report that did not meet the USPAP appraisal standards.

  b. That the Marianas Public Lands Board has a fiduciary duty in administering the Land Compensation Fund created by PL 13-17, as amended.

  c. That MPLA failed to exercise its fiduciary duty and instead relied upon an appraisal report that did not meet the USPAP appraisal standards.

39. In requesting this declaratory relief, plaintiff is requesting an interpretation of the rights, legal status and relationship of the parties under the above laws and facts.

-6-

40. Such an interpretation is appropriate under the provisions of Rule 57.

**WHEREFORE,** Plaintiff respectfully requests the following relief:

A. For the Court to restrain and enjoin Defendants, their officers, directors, agents, servants, employees, and attorneys, and those persons acting in concert with them from drawing down from a publicly financed Land Compensation Fund, and disbursing $1,166,403.14 to Victoria S. Nicolas and $159,496.43 to Rosario DLG Kumagai.

B. For the Court to issue a declaration that wetland properties that are not used for right-of-way purposes cannot be compensated using Land Compensation Funds.

C. For the Court to grant relief in the nature of mandamus or prohibition.

D. For the Court to grant Plaintiff an award of reasonable costs.

E. For the Court to handle this matter as expeditiously as possible.

F. For such other and further relief as the Court deems just and proper.

Dated this 30th day of August, 2005.

CNMI OFFICE OF THE ATTORNEY GENERAL

By: Deborah L. Covington
Deborah L. Covington
Assistant Attorney General