# United States District Court
## FOR THE NORTHERN MARIANA ISLANDS

ORIGINAL

| | |
|---|---|
| ROSARIO DLG KUMAGAI,<br><br>        Plaintiff,<br><br>        V.<br><br>PAMELA BROWN, a.k.a. PAMELA BROWN BLACKBURN, personally and in her official capacity as the Attorney General for the Commonwealth of the Northern Mariana Islands;<br>FERMIN M. ATALIG, personally and in his official capacity as the Secretary of Finance;<br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS;<br>MARIA LOURDES SEMAN ADA, personally and in her official capacity as the Executive Director for the Commonwealth Development Authority;<br>COMMONWEALTH DEVELOPMENT AUTHORITY;<br>BANK OF GUAM;<br>and JOHN DOES ONE thru TEN,<br><br>        Defendants. | SUMMONS IN A CIVIL CASE<br><br>CASE NUMBER:<br><br>CV 05  0037<br><br>F I L E D<br>Clerk<br>District Court<br><br>NOV - 9 2005<br><br>For The Northern Mariana Islands<br>By_____<br>      (Deputy Clerk) |

TO:   COMMONWEALTH DEVELOPMENT AUTHORITY


**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

      BRIEN SERS NICHOLAS, ESQ.
      1st Floor, UIU Building, San Jose
      P.O. Box 502876
      Saipan, MP 96950

an answer to the Complaint which is herewith served upon you, within  twenty (20)  days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

GALO L. PEREZ                                                          NOV - 8 2005
_____                                   _____
CLERK                                                                           DATE

_[signature]_
_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | NOV. 9, 2005 |
| NAME OF SERVER (PRINT)  BRIEN SERS NICHOLAS, ESQ. | TITLE  ATTORNEY |

Check one box below to indicate appropriate method of service

[✓] Served personally upon the defendant. Place where served: c/o Maria Lourdes S. Ada - Exec. Dir. CDA Office, Gualo Rai, Saipan

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  NOV. 9, 2005            BRIEN SERS NICHOLAS
             Date                     Signature of Server

1ST FLOOR, UIU BLDG. SAN JOSE, SAIPAN
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.