|     |     |
| --- | --- |
| 1 | *LAW OFFICE OF* |
|   | **VICENTE T. SALAS** |
| 2 | ATTORNEY AT LAW |
|   | P.O. BOX 501309 |
| 3 | SAIPAN, MP 96950-1309 |
|   | Tel: (670) 234-37455/234-7427 |
| 4 | Fax: (670) 234-7256 |

*Attorney for:* Commonwealth Development Authority and Maria Lourdes S. Ada

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN MARIANA ISLANDS

| ROSARIO DLG. KUMAGAI, | Civil Action No. 05-00037 |
| --- | --- |
| Plaintiff, | |
| vs. | |
| PAMELA BROWN, a.k.a. **PAMELA BROWN BLACKBURN**, personally and in her official capacity as the Attorney General for the Commonwealth of the Northern Mariana Islands; **FERMIN M. ATALIG**, personally and in his official capacity as the Secretary of Finance; **COMMONWEALTH OF THE NORTHERN MARIANAS ISLANDS**; **MARIA LOURDES SEMAN ADA**, personally and in her official capacity as the Executive Director for the Commonwealth Development Authority; **COMMONWEALTH DEVELOPMENT AUTHORITY; BANK OF GUAM**; and **JOHN DOES ONE thru TEN**, | **FIRST STIPULATION EXTENDING TIME / DECLARATION** |
| Defendant. | |

## STIPULATION

The plaintiff and defendants Commonwealth Development Authority and Maria Lourdes S. Ada (in her personal and official capacity) by and through their respective counsel, stipulate that said defendants' responses to the complaint and demand for jury trial shall be filed no later than Wednesday, December 14, 2005.

**ORIGINAL**

1

SO STIPULATED this 25th day of November, 2005.

2

3

4

_____ 11/28/05
Brien Sers Nicholas, CNMI Bar #F0163
Attorney for Plaintiff

_____
Vicente T. Salas, CNMI BAR #F0126
Attorney for Commonwealth
Development Authority and Maria
Lourdes S. Ada

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*LAW OFFICE OF*
**VICENTE T. SALAS**
ATTORNEY AT LAW
P.O. BOX 501309
SAIPAN, MP 96950-1309
Tel:    (670) 234-37455/234-7427
Fax:   (670) 234-7256

*Attorney for:* Commonwealth Development Authority and Maria Lourdes S. Ada

### IN THE UNITED STATES DISTRICT COURT
### FOR THE
### NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROSARIO DLG. KUMAGAI,<br><br>        Plaintiff,<br><br>vs.<br><br>**PAMELA BROWN**, a.k.a. **PAMELA BROWN BLACKBURN**, personally and in her official capacity as the Attorney General for the Commonwealth of the Northern Mariana Islands; **FERMIN M. ATALIG**, personally and in his official capacity as the Secretary of Finance; **COMMONWEALTH OF THE NORTHERN MARIANAS ISLANDS**; **MARIA LOURDES SEMAN ADA**, personally and in her official capacity as the Executive Director for the Commonwealth Development Authority; **COMMONWEALTH DEVELOPMENT AUTHORITY**; **BANK OF GUAM**; and **JOHN DOES ONE thru TEN**,<br><br>        Defendant. | Civil Action No. 05-00037<br><br><br><br>**DECLARATION OF<br>VICENTE T. SALAS** |

Vicente T. Salas, under penalty of perjury, states as follows:

1. I am the attorney for the defendants Commonwealth Development Authority and Maria Lourdes S. Ada, in her personal and official capacity, in the above-captioned action.

2. Because of my present caseload and other pressing matters, I require an additional fifteen (15) days from the 29th of November to file a response to the complaint and summons for each of the above-mentioned defendants.

3. Counsel for plaintiff, Mr. Brien Nicholas, has agreed to my request for an extension

1 | of time.
2 | 4. This is the first request for extension of time.
3 | 5. That this declaration is made pursuant to LR 7.1.h.1.

I declare under penalty of perjury that the foregoing is true and correct and that it was executed at Saipan, Commonwealth of the Northern Mariana Islands on November 25, 2005.

VICENTE T. SALAS, CNMI BAR #F0126

2