*LAW OFFICE OF*
**VICENTE T. SALAS**
ATTORNEY AT LAW
P.O. BOX 501309
SAIPAN, MP 96950-1309
Tel:   (670) 234-37455/234-7427
Fax:   (670) 234-7256

*Attorney for:* Commonwealth Development Authority and Maria Lourdes S. Ada

FILED
Clerk
District Court

NOV 2 8 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROSARIO DLG. KUMAGAI,<br><br>Plaintiff,<br><br>vs.<br><br>**PAMELA BROWN**, a.k.a. **PAMELA BROWN BLACKBURN**, personally and in her official capacity as the Attorney General for the Commonwealth of the Northern Mariana Islands; **FERMIN M. ATALIG**, personally and in his official capacity as the Secretary of Finance; **COMMONWEALTH OF THE NORTHERN MARIANAS ISLANDS**; **MARIA LOURDES SEMAN ADA,** personally and in her official capacity as the Executive Director for the Commonwealth Development Authority; **COMMONWEALTH DEVELOPMENT AUTHORITY; BANK OF GUAM**; and **JOHN DOES ONE thru TEN,**<br><br>Defendant. | Civil Action No. 05-00037<br><br><br>ORDER |

## ORDER

Based on the foregoing Stipulation and the Declaration of Vicente T. Salas, Defendants Commonwealth Development Authority and Maria Lourdes S. Ada, in her personal and official capacity, are granted an extension to file their responses to the complaint and demand for jury trial to Wednesday, December 14, 2005.

SO ORDERED this  *11-28-05* .

_____
ALEX R. MUNSON
Chief Justice

RECEIVED
NOV 2 8 2005
Clerk
District Court
For The Northern Mariana Islands

**ORIGINAL**