Case 1:05-cv-00037　Document 10　Filed 11/28/2005　Page 1 of 2

FILED
Clerk
District Court

NOV 28 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

*ORIGINAL*

1　**CIVILLE & TANG**
2nd Floor, Cabrera Center
2　PMB 86, P.O. Box 10003
Saipan, MP 96950-8908
3　Telephone: (670 235-1725
Facsimile: (670) 235-1726

4

*Attorneys for Defendants*
5　*Commonwealth of the Northern Mariana Islands,*
*and Pamela Brown, personally and in her*
6　*official capacity as the Attorney General for the*
*Commonwealth of the Northern Mariana Islands*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROSARIO DLG KUMAGAI,　　　　　) | CIVIL ACTION NO. 05-0037 |
| 　　　　　　　　　　　　　　　　) | |
| 　　　　　　Plaintiff,　　　　) | |
| 　　　　　　　　　　　　　　　　) | |
| 　　vs.　　　　　　　　　　　　) | |
| 　　　　　　　　　　　　　　　　) | **STIPULATION AND ORDER** |
| PAMELA BROWN, a.k.a. PAMELA BROWN ) | **EXTENDING TIME TO RESPOND** |
| BLACKBURN, personally and in her official) | **TO COMPLAINT** |
| capacity as the Attorney General for the) | |
| Commonwealth of the Northern Mariana Islands;) | |
| FERMIN M. ATALIG, personally and in his) | |
| official capacity as the Secretary of Finance;) | |
| COMMONWEALTH OF THE NORTHERN) | |
| MARIANA ISLANDS; MARIA LOURDES) | |
| SEMAN ADA, personally and in her official) | |
| capacity as the Executive Director for the) | |
| Commonwealth Development Authority;) | |
| COMMONWEALTH DEVELOPMENT) | |
| AUTHORITY; BANK OF GUAM; and JOHN) | |
| DOES ONE thru TEN,　　　　　　　　) | |
| 　　　　　　　　　　　　　　　　) | |
| 　　　　　Defendants.　　　　　) | |
| _____) | |

　　　　Plaintiff and defendants the Commonwealth of the Northern Mariana Islands and Pamela

Brown, personally, and in her official capacity as the Attorney General for the Commonwealth of the

1

1  Northern Mariana Islands, through counsel, stipulate that the CMNI and Ms. Brown shall have until
2  Wednesday, December 14, 2005 in which to answer or otherwise respond to the complaint. The
3  basis for this extension is that the CNMI and Ms. Brown have had to retain counsel from outside the
4  Attorney General's Office and their counsel needs additional time to analyze, investigate and
5  respond to the allegations in the complaint.

**CIVILLE & TANG**

DATE: November 25, 2005    By: _____
G. PATRICK CIVILLE
*Attorneys for Defendants
Commonwealth of the Northern Mariana Islands, and Pamela Brown, personally and in her official capacity as the Attorney General for the Commonwealth of the Northern Mariana Islands*

**LAW OFFICE OF BRIEN SERS NICHOLAS**

DATE: November 28th, 2005    By: _____
BRIEN SERS NICHOLAS
*Attorney for Plaintiff*

**ORDER**

The foregoing is hereby APPROVED and SO ORDERED.

DATED: _11-28-05_

_____
HONORABLE ALEX R. MUNSON
JUDGE, District Court for the NMI