*LAW OFFICE OF*
**VICENTE T. SALAS**
ATTORNEY AT LAW
P.O. BOX 501309
SAIPAN, MP 96950-1309
Tel:   (670) 234-37455/234-7427
Fax:   (670) 234-7256

F I L E D
Clerk
District Court

NOV 2 9 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

*Attorney for:* Commonwealth Development Authority
and Maria Lourdes S. Ada

**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| ROSARIO DLG. KUMAGAI,<br><br>Plaintiff,<br><br>vs.<br><br>**PAMELA BROWN, a.k.a. PAMELA BROWN BLACKBURN**, personally and in her official capacity as the Attorney General for the Commonwealth of the Northern Mariana Islands; **FERMIN M. ATALIG**, personally and in his official capacity as the Secretary of Finance; **COMMONWEALTH OF THE NORTHERN MARIANAS ISLANDS**; **MARIA LOURDES SEMAN ADA**, personally and in her official capacity as the Executive Director for the Commonwealth Development Authority; **COMMONWEALTH DEVELOPMENT AUTHORITY; BANK OF GUAM**; and **JOHN DOES ONE thru TEN**,<br><br>Defendant. | Civil Action No. 05-00037<br><br><br><br>**PROOF OF SERVICE** |

Pursuant to 28 USC §1746, I, Vicente T. Salas, II, hereby declare under penalty of perjury that on the 28th day of November, 2005, at 3:20 p.m., I personally served true and correct copy of the **First Stipulation Extending Time / Declaration** (filed on November 28, 2005 ) on the Attorney General's Office, for defendants, **PAMELA BROWN**, a.k.a. **PAMELA BROWN BLACKBURN**, personally and in her official capacity as the Attorney General for the Commonwealth of the Northern Mariana Islands and the **COMMONWEALTH OF THE NORTHERN MARIANAS ISLANDS**, through Bernie

**ORIGINAL**

1  Dela Cruz, secretary at the Office of the Attorney General, at the Office of the Attorney
2  General, Civil Division, Capitol Hill , Saipan.
3       Executed this 29th day of November, 2005, on Saipan, Commonwealth of the
4  Northern Mariana Islands.

                                                      Vicente T. Salas, II