```
LAW OFFICE OF
VICENTE T. SALAS
ATTORNEY AT LAW
P.O. BOX 501309
SAIPAN, MP 96950-1309
Tel:    (670) 234-37455/234-7427
Fax:    (670) 234-7256
```

*Attorney for:* Commonwealth Development Authority
and Maria Lourdes S. Ada

F I L E D
Clerk
District Court

NOV 2 9 2005

For The Northern Mariana Islands
By_____
         (Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROSARIO DLG. KUMAGAI,<br><br>Plaintiff,<br><br>vs.<br><br>**PAMELA BROWN**, a.k.a. **PAMELA BROWN BLACKBURN**, personally and in her official capacity as the Attorney General for the Commonwealth of the Northern Mariana Islands; **FERMIN M. ATALIG**, personally and in his official capacity as the Secretary of Finance; **COMMONWEALTH OF THE NORTHERN MARIANAS ISLANDS**; **MARIA LOURDES SEMAN ADA**, personally and in her official capacity as the Executive Director for the Commonwealth Development Authority; **COMMONWEALTH DEVELOPMENT AUTHORITY; BANK OF GUAM**; and **JOHN DOES ONE thru TEN**,<br><br>Defendant. | Civil Action No. 05-00037<br><br><br><br>**PROOF OF SERVICE** |

Pursuant to 28 USC §1746, I, Vicente T. Salas, II, hereby declare under penalty of perjury that on the 28th day of November, 2005, at 3:20 p.m., I personally served true and correct copy of the **First Stipulation Extending Time / Declaration** (filed on November 28, 2005 ) on the Attorney General's Office, for defendant, **FERMIN M. ATALIG**, personally and in his official capacity as the Secretary of Finance, through Bernie Dela Cruz, secretary at the Office of the Attorney General, at the Office of the Attorney General, Civil Division, Capitol Hill , Saipan.

**ORIGINAL**

1  Executed this 29th day of November, 2005, on Saipan, Commonwealth of the
2  Northern Mariana Islands.
3
4                                                          _____
                                                            Vicente T. Salas, II
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28