FILED
Clerk
District Court

NOV 29 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  **TORRES BROTHERS & FLORES, LLC.**
   **VICTORINO DLG. TORRES, ESQ.**
2  Attorneys at Law
   P.O. Box 501856
3  Saipan, MP 96950
   Bank of Guam Bld. 3rd Fl.
4  Tel.: (670) 233-5503/4/6
   Fax: (670) 233-5510
5  **Attorneys for Bank of Guam**

## UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROSARIO DLG. KUMAGAI, | CIVIL ACTION NO. <u>CV 05-0037</u> |
| Plaintiff, | |
| vs. | |
| PAMELA BROWN, a.k.a. PAMELA BROWN BLACKBURN, personally and in her official capacity as the Attorney General for the Commonwealth of the Northern Mariana Islands; FERMIN M. ATALIG, personally and in his official capacity as the Secretary of Finance, COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS; MARIA LOURDES SEMAN ADA, personally and in her official capacity as the Executive Director for the Commonwealth Development Authority; COMMONWEALTH DEVELOPMENT AUTHORITY; BANK OF GUAM; and JOHN DOES ONE thru TEN, | STIPULATION TO FILE ANSWER AND AFFIRMATIVE DEFENSES |
| Defendants. | |

COMES NOW Defendant Bank of Guam through Attorney Victorino DLG. Torres, Esq., and Plaintiff Rosario DLG. Kumagai through Attorney Brien Sers Nicholas, Esq., and hereby submit this stipulation to extend the filing time of the Answer to Friday, December 02, 2005.

(Stipulation)

1  RESPECTFULLY SUBMITTED on this 29th day of November, 2005.

2

3  TORRES BROTHERS & FLORES, LLC          LAW OFFICE OF BRIEN SERS NICHOLAS
   Attorneys at Law                       Attorney at Law

4

5

6  VICTORINO DLG. TORRES, ESQ.            BRIEN SERS NICHOLAS, ESQ.   11/29/05
   Attorney for Defendant,                Attorney for Plaintiff,
7  Bank of Guam                           Rosario DLG. Kumagai

8

9                          **ORDER**

10   Defendant, through counsel Victorino DLG. Torres, Esq., and Plaintiff, through Attorney

11  Brien Sers Nicholas, Esq., have stipulated to extend the filing time of the Answer for the above

12  mentioned matter, good cause appearing. It is hereby ORDERED that Defendant Bank of Guam

13  has until Friday, December 02, 2005, to file its answer.

14

15

16                                              Honorable Alex Munson

17

...

28

RECEIVED
NOV 29 2005
Clerk
District Court
For The Northern Mariana Islands