ORIGINAL

BRIEN SERS NICHOLAS
Attorney at Law
UIU Bldg., 1st Floor
P.O. Box 502876
Saipan, MP 96950

Telephone Nos.: (670) 235-7190/91
Facimile No.: (670) 235-7192

Attorney for Plaintiff
    Rosario DLG Kumagai

FILED
Clerk
District Court

NOV 30 2005

For The Northern Mariana Islands
By_____
    (Deputy Clerk)

IN THE FEDERAL DISTRICT COURT
FOR
THE DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROSARIO DLG KUMAGAI,<br><br>    Plaintiff,<br><br>vs.<br><br>PAMELA BROWN, a.k.a. PAMELA BROWN BLACKBURN, personally and in her official capacity as the Attorney General for the Commonwealth of the Northern Mariana Islands; FERMIN M. ATALIG, personally and in his official capacity as the Secretary of Finance, COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS; MARIA LOURDES SEMAN ADA, personally and in her official capacity as the Executive Director for the Commonwealth Development Authority; COMMONWEALTH DEVELOPMENT AUTHORITY; BANK OF GUAM; and JOHN DOES ONE thru TEN,<br><br>    Defendants. | CIVIL ACTION NO. 05-0037<br><br><br><br><br><br>*EX PARTE* MOTION FOR ENTRY OF A DEFAULT AGAINST DEFENDANT FERMIN M. ATALIG PURSUANT TO FED. R. CIV. PRO. 55(a) |

    COMES NOW ROSARIO DLG KUMAGAI, Plaintiff herein, by and through her Counsel, Brien Sers Nicholas, Attorney at Law, and respectfully request for an Entry of a Default against Defendant Fermin M. Atalig in the above matter pursuant to Com. R. Civ. Pro. 55(a).

    The foregoing motion is based on the fact that said Defendant Atalig has failed to plead or otherwise defend against Plaintiff's Complaint in the above-captioned matter within the time

1 | provided by law.

3 | Dated this the ___30th___ day of November, 2005.

_____
Brien Sers Nicholas, Esq.
Attorney for Plaintiff Kumagai