Case 1:05-cv-00037　Document 17　Filed 11/30/2005　Page 1 of 4

FILED
Clerk
District Court

NOV 3 0 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

ORIGINAL

BRIEN SERS NICHOLAS
Attorney at Law
UIU Bldg., 1st Floor
P.O. Box 502876
Saipan, MP 96950

Telephone Nos.:　(670) 235-7190/91
Facimile No.:　(670) 235-7192

Attorney for Plaintiff
　Rosario DLG Kumagai

IN THE FEDERAL DISTRICT COURT
FOR
THE DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROSARIO DLG KUMAGAI, <br><br> Plaintiff, <br><br> vs. <br><br> PAMELA BROWN, a.k.a. PAMELA BROWN BLACKBURN, personally and in her official capacity as the Attorney General for the Commonwealth of the Northern Mariana Islands; FERMIN M. ATALIG, personally and in his official capacity as the Secretary of Finance, COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS; MARIA LOURDES SEMAN ADA, personally and in her official capacity as the Executive Director for the Commonwealth Development Authority; COMMONWEALTH DEVELOPMENT AUTHORITY; BANK OF GUAM; and JOHN DOES ONE thru TEN, <br><br> Defendants. | CIVIL ACTION NO. 05-0037 <br><br><br><br><br><br> DECLARATION OF COUNSEL IN SUPPORT OF *EX PARTE* MOTION FOR ENTRY OF A DEFAULT AGAINST DEFENDANT FERMIN M. ATALIG PURSUANT TO FED. R. CIV. PRO. 55(a) |

　　I, Brien Sers Nicholas, under penalty of perjury hereby declare and state as follows:

　　1.　I am an Attorney at Law duly licensed to practice law before this Honorable Court.

　　2.　I am the Counsel of Record for Plaintiff Rosario DLG Kumagai ["Plaintiff"] in the above-styled action.

　　3.　The Summons and Complaint in this action were filed with the Office of the Clerk of Court on November 9th, 2005 and were duly served on Defendant Fermin M. Atalig ["Defendant Atalig"] on the same day, i.e., November 9th, 2005. Attached herewith and made

1  a part hereof as Exhibit A is a true and correct copy of the "Return of Service" for said
2  Defendant Atalig.
3      4.   Pursuant to Fed. R. Civ. Pro. 12(a), Defendant Atalig's answer or other response
4  was due on November 29th, 2005.
5      4.   Defendant Atalig has failed to answer or otherwise respond to Plaintiff's Complaint
6  herein within the time so provided by law.
7      5.   Based upon the foregoing, Plaintiff is therefore entitled to an Entry of a Default
8  against said Defendant Atalig.
9      Dated this the ___30th___ day of November, 2005.

Brien Sers Nicholas, Esq.
Attorney for Plaintiff Kumagai

# United States District Court
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROSARIO DLG KUMAGAI,<br><br>Plaintiff,<br><br>V.<br><br>PAMELA BROWN, a.k.a. PAMELA BROWN BLACKBURN, personally and in her official capacity as the Attorney General for the Commonwealth of the Northern Mariana Islands;<br>FERMIN M. ATALIG, personally and in his official capacity as the Secretary of Finance;<br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS;<br>MARIA LOURDES SEMAN ADA, personally and in her official capacity as the Executive Director for the Commonwealth Development Authority;<br>COMMONWEALTH DEVELOPMENT AUTHORITY;<br>BANK OF GUAM;<br>and JOHN DOES ONE thru TEN,<br><br>Defendants. | SUMMONS IN A CIVIL CASE<br><br>CASE NUMBER:<br><br>CV 05 0037<br><br>COPY of<br>Original Filed<br>on this date<br><br>NOV - 9 2005<br><br>Clerk<br>District Court<br>for The Northern Mariana Islands |

TO:    FERMIN M. ATALIG
       Secretary of Finance

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

BRIEN SERS NICHOLAS, ESQ.
1st Floor, UIU Building, San Jose
P.O. Box 502876
Saipan, MP 96950

an answer to the Complaint which is herewith served upon you, within  twenty (20)  days after service of this Summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

GALO L. PEREZ                                           NOV - 8 2005
CLERK                                                   DATE

(BY) DEPUTY CLERK

EXHIBIT
A

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE NOV. 9, 2005 |
| NAME OF SERVER (PRINT) BRIEN SERS NICHOLAS, ESQ. | TITLE ATTORNEY |

Check one box below to indicate appropriate method of service

[✓] Served personally upon the defendant. Place where served: DEPARTMENT OF FINANCE CAPITOL HILL, SAIPAN

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  NOV. 9, 2005
            Date

Signature of Server: BRIEN SERS NICHOLAS

Address of Server: 1ST FLOOR, UIU BLDG., SAN JOSE, SAIPAN

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.