F I L E D
Clerk
District Court

NOV 3 0 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

BRIEN SERS NICHOLAS
Attorney at Law
UIU Bldg., 1st Floor
P.O. Box 502876
Saipan, MP 96950

Telephone Nos.:   (670) 235-7190/91
Facimile No.:     (670) 235-7192

Attorney for Plaintiff
Rosario DLG Kumagai

IN THE FEDERAL DISTRICT COURT
FOR
THE DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROSARIO DLG KUMAGAI,<br><br>Plaintiff,<br><br>vs.<br><br>PAMELA BROWN, a.k.a. PAMELA BROWN BLACKBURN, personally and in her official capacity as the Attorney General for the Commonwealth of the Northern Mariana Islands; FERMIN M. ATALIG, personally and in his official capacity as the Secretary of Finance, COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS; MARIA LOURDES SEMAN ADA, personally and in her official capacity as the Executive Director for the Commonwealth Development Authority; COMMONWEALTH DEVELOPMENT AUTHORITY; BANK OF GUAM; and JOHN DOES ONE thru TEN,<br><br>Defendants. | CIVIL ACTION NO. 05-0037<br><br>ENTRY OF A DEFAULT AGAINST DEFENDANT FERMIN M. ATALIG PURSUANT TO FED. R. CIV. PRO. 55(a) |

IT APPEARING TO THIS COURT from the examination of the records and files in the above-captioned civil action that Defendant Fermin M. Atalig ["Defendant Atalig"] was duly served with the Summons and the Complaint in the manner required by law, and that said Defendant Atalig having failed to answer or otherwise respond to Plaintiff's Complaint herein, and the time for answering or otherwise defend having expired;

1     A DEFAULT IS HEREBY ENTERED against said Defendant Atalig pursuant to Fed. R. Civ. Pro. 55(a).

SO ENTERED this **30th** day of November, 2005.

*[signature]*
GALO L. PEREZ
Clerk of Court

_____
(By) Deputy Clerk of Court

RECEIVED
NOV 3 0 2005

District Court
For The Northern Mariana Islands

2