```
                                              Clerk
                                              District Court

                                              DEC - 1 2005

LAW OFFICE OF
VICENTE T. SALAS                              For The Northern Mariana Islands
ATTORNEY AT LAW                               By_____
P.O. BOX 501309                                       (Deputy Clerk)
SAIPAN, MP 96950-1309
Tel:   (670) 234-37455/234-7427
Fax:   (670) 234-7256
```

*Attorney for:* Commonwealth Development Authority
and Maria Lourdes S. Ada

### IN THE UNITED STATES DISTRICT COURT
### FOR THE
### NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROSARIO DLG. KUMAGAI, | Civil Action No. 05-00037 |
| Plaintiff, | |
| vs. | |
| PAMELA BROWN, a.k.a. **PAMELA BROWN BLACKBURN**, personally and in her official capacity as the Attorney General for the Commonwealth of the Northern Mariana Islands; **FERMIN M. ATALIG**, personally and in his official capacity as the Secretary of Finance; **COMMONWEALTH OF THE NORTHERN MARIANAS ISLANDS**; **MARIA LOURDES SEMAN ADA**, personally and in her official capacity as the Executive Director for the Commonwealth Development Authority; **COMMONWEALTH DEVELOPMENT AUTHORITY; BANK OF GUAM**; and **JOHN DOES ONE thru TEN**, | **PROOF OF SERVICE** |
| Defendant. | |

Pursuant to 28 USC §1746, I, Shawn M. Davis, hereby declare under penalty of perjury that on the 29th day of November, 2005, at 4:59 p.m., I faxed a true and correct copy of the **Order** (filed on (November 28, 2005) to:

        Victorino DLG. Torres, Esq.
        3rd Floor, Bank of Guam Bldg.
        Saipan, MP 96950
        Fax: (670) 233-5510
        *Counsel for Bank of Guam*

G. Patrick Civille, Esq.
Civille and Tang
Cabrera Center, Chalan LauLau
Saipan, MP 96950
Fax: (670) 235-1726
Counsel for the Commonwealth
and Pamela Brown

CNMI Attorney General's Office
Civil Division, Capitol Hill
Saipan, MP 96950
Fax: (670) 664-2349
Counsel for Fermin Atalig

Executed this 29th day of November, 2005, on Saipan, Commonwealth of the Northern Mariana Islands.

_____
Shawn M. Davis

2