FILED
Clerk
District Court

DEC - 6 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE ~~SUPERIOR~~ DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

ROSARIO DLG. KUMAGAI

Plaintiff(s)

v.

PAMELA BROWN, FERMIN ATALIG, MARIA LOURDES SEMAN ADA, CDA, BANK OF GUAM, and John Does One Thru Ten.

Defendant(s)

Civil / Criminal / FCD No. 05-0037

**CERTIFICATE OF SERVICE**

**DECLARATION OF SERVICE**

I declare under penalty of perjury that I am over the age of 18 years, and not a party to this case; and that on the 5th day of December, 2005 at 1:50 pm, I personally served upon Bernie Dela Cruz of A.G. Civil Office c/o Pamela Brown.

a true and correct copy of the following:

☐ Summons and Complaint
☐ Order dated _____
☐ Motion to _____
☒ Other (Specify) BANK OF GUAM'S Answer and Affirmative Defenses to Complaint & Stipulation to File Answer and Affirmative Defenses. in the above-captioned matter.

Dated: 12/05/2005.

_____
JOAQUIN REYES CRISOSTOMO