IN THE ~~SUPERIOR~~ DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

F I L E D
Clerk
District Court

DEC - 6 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

ROSARIO DLG. KUMAGAI

Plaintiff(s)

v.

PAMELA BROWN, FERMIN ATALIG, MARIA LOURDES SEMAN ADA, BANK OF GUAM, COA, and John Does one thru Ten.

Defendant(s)

Civil / Criminal / FCD No. 05-0037

**CERTIFICATE OF SERVICE**

**DECLARATION OF SERVICE**

I declare under penalty of perjury that I am over the age of 18 years, and not a party to this case; and that on the 5th day of December, 2005 at 2:05 pm, I personally served upon Eva Calvo of Secretary of Finance c/o FERMIN ATALIG.

a true and correct copy of the following:

☐ Summons and Complaint
☐ Order dated _____
☐ Motion to _____
☒ Other (Specify) STIPULATION TO FILE ANSWER AND AFFIRMATIVE DEFENSES & BANK OF GUAM'S ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT in the above-captioned matter.

Dated: 12/05/2005

_____
JOAQUIN REYES CRISOSTOMO