FILED
Clerk
District Court

DEC -7 2005

IN THE ~~SUPERIOR~~ District COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Rosario DLG. Kumagai

Plaintiff(s)

v.

Pamela Brown, Fermin M. Atalig, Maria Lourdes Seman ADA, CDA, Bank of Guam, and John Does one thru Ten.

Defendant(s)

Civil / Criminal / FCD No. 05-0037

## CERTIFICATE OF SERVICE

## DECLARATION OF SERVICE

I declare under penalty of perjury that I am over the age of 18 years, and not a party to this case; and that on the 6th day of December, 2005 at 2:20pm, I personally served upon Kiki Igitol of Brien Sers Nicolas _____

a true and correct copy of the following:

- ☑ Summons and Complaint
- ☐ Order dated _____
- ☐ Motion to _____
- ☑ Other (Specify) STIPULATION TO FILE ANSWER AND AFFIRMATIVE DEFENSES & BANK OF GUAM'S ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT

in the above-captioned matter.

Dated: 12/6/2005

_____
JOAQUIN REYES CRISOSTOMO