FILED
Clerk
District Court

DEC 13 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**CIVILLE & TANG**
2nd Floor, Cabrera Center
PMB 86, P.O. Box 10003
Saipan, MP 96950-8908
Telephone: (670) 235-1725
Facsimile: (670) 235-1726

*Attorneys for Defendants*
*Commonwealth of the Northern Mariana Islands,*
*and Pamela Brown, personally and in her*
*official capacity as the Attorney General for the*
*Commonwealth of the Northern Mariana Islands*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROSARIO DLG KUMAGAI, ) | CIVIL ACTION NO. 05-0037 |
| Plaintiff, ) | |
| vs. ) | |
| ) | **SECOND STIPULATION AND ORDER** |
| PAMELA BROWN, a.k.a. PAMELA BROWN ) | **EXTENDING TIME TO RESPOND** |
| BLACKBURN, personally and in her official ) | **TO COMPLAINT** |
| capacity as the Attorney General for the ) | |
| Commonwealth of the Northern Mariana Islands; ) | |
| FERMIN M. ATALIG, personally and in his ) | |
| official capacity as the Secretary of Finance; ) | |
| COMMONWEALTH OF THE NORTHERN ) | |
| MARIANA ISLANDS; MARIA LOURDES ) | |
| SEMAN ADA, personally and in her official ) | |
| capacity as the Executive Director for the ) | |
| Commonwealth Development Authority; ) | |
| COMMONWEALTH DEVELOPMENT ) | |
| AUTHORITY; BANK OF GUAM; and JOHN ) | |
| DOES ONE thru TEN, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

Plaintiff and defendants the Commonwealth of the Northern Mariana Islands and Pamela Brown, personally, and in her official capacity as the Attorney General for the Commonwealth of the

ORIGINAL

1

1  Northern Mariana Islands, through counsel, stipulate that the CMNI and Ms. Brown shall have until

2  ~~after~~ Thursday, December 29, 2005, a date convenient to the Court, in which to answer or otherwise

3  respond to the complaint. The basis for this extension is that the counsel for CNMI and Ms. Brown

4  will be off-island due to a family medical emergency.

**CIVILLE & TANG**

DATE: December 9, 2005    By: _____
G. PATRICK CIVILLE
*Attorneys for Defendants*
*Commonwealth of the Northern Mariana Islands, and Pamela Brown, personally and in her official capacity as the Attorney General for the Commonwealth of the Northern Mariana Islands*

**LAW OFFICE OF BRIEN SERS NICHOLAS**

DATE: December 12, 2005    By: _____
BRIEN SERS NICHOLAS
*Attorney for Plaintiff*

**ORDER**

The foregoing is hereby APPROVED and SO ORDERED.

DATED: December 13-2005

_____
HONORABLE ALEX R. MUNSON
JUDGE, District Court for the NMI

2