*LAW OFFICE OF*
**VICENTE T. SALAS**
ATTORNEY AT LAW
P.O. BOX 501309
SAIPAN, MP 96950-1309
Tel:    (670) 234-37455/234-7427
Fax:    (670) 234-7256

FILED
Clerk
District Court

DEC 1 4 2005

For The Northern Mariana Islands
By_____
        (Deputy Clerk)

*Attorney for:* Commonwealth Development Authority
                and Maria Lourdes S. Ada

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROSARIO DLG. KUMAGAI,<br><br>Plaintiff,<br><br>vs.<br><br>**PAMELA BROWN**, a.k.a. **PAMELA BROWN BLACKBURN**, personally and in her official capacity as the Attorney General for the Commonwealth of the Northern Mariana Islands; **FERMIN M. ATALIG**, personally and in his official capacity as the Secretary of Finance; **COMMONWEALTH OF THE NORTHERN MARIANAS ISLANDS**; **MARIA LOURDES SEMAN ADA,** personally and in her official capacity as the Executive Director for the Commonwealth Development Authority; **COMMONWEALTH DEVELOPMENT AUTHORITY**; **BANK OF GUAM**; and **JOHN DOES ONE thru TEN,**<br><br>Defendant. | Civil Action No. 05-00037<br><br><br><br><br><br>**SECOND STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT/ ORDER** |

### STIPULATION

The plaintiff and defendants Commonwealth Development Authority and Maria Lourdes S. Ada (in her individual and official capacity) by and through their respective counsel, stipulate that said defendants shall have until Thursday, December 29, 2005, in which to file an answer or otherwise respond to the complaint and demand for jury trial. The extension is requested by counsel for defendants Commonwealth Development

**ORIGINAL**

1 Authority and Maria Lourdes S. Ada (in her individual and official capacity) because of
2 pressing work commitments and the unanticipated recent illness of his son.

SO STIPULATED this 14th day of December, 2005.

_____　　_____
Brien Sers Nicholas, CNMI Bar #F0163　　Vicente T. Salas, CNMI BAR #F0126
Attorney for Plaintiff　　　　　　　　　Attorney for Commonwealth
　　　　　　　　　　　　　　　　　　　Development Authority and Maria
　　　　　　　　　　　　　　　　　　　Lourdes S. Ada

**ORDER**

The foregoing is hereby APPROVED and SO ORDERED.

DATED: 12-14-05

_____
ALEX R. MUNSON
Chief Justice

RECEIVED
DEC 1 4 2005
Clerk
District Court
For The Northern Mariana Islands