Kevin A. Lynch, Assistant Attorney General, F0230
Department of Labor
Commonwealth of the Northern Mariana Islands
Afetnas Square Building, San Antonio
Saipan, MP 96950
(670) 236-0910 (voice)
(670) 236-0992 (fax)

Attorney for Defendant Fermin M. Atalig

F I L E D
Clerk
District Court

DEC 1 6 2005

For The Northern Mariana Islands
By_____
      (Deputy Clerk)

IN THE FEDERAL DISTRICT COURT
FOR THE
DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROSARIO DLG KUMAGAI, <br><br> Plaintiff, <br><br> vs. <br><br> PAMELA BROWN, a.k.a. PAMELA BROWN BLACKBURN personally and in her official capacity as the Attorney General for the Commonwealth of the Northern Mariana Islands; FERMIN ATALIG, personally and in his official capacity as the Secretary of Finance, Commonwealth of the Northern Mariana Islands; MARIA LOURDES SEMAN ADA, personally and in her official capacity as the Executive Director for the Commonwealth Development Authority; COMMONWEALTH DEVELOPMENT AUTHORITY; BANK OF GUAM; and JOHN DOES ONE through TEN, <br> Defendants. | CIVIL ACTION NO. 05-0037 <br><br><br><br> NOTICE OF HEARING |

To:

Vicente T. Salas, Attorney at Law
Law Offices of Vicente T. Salas
P.O. Box 501309
Saipan, MP 96950
Attorney for Maria Lourdes Seman Ada
And the Commonwealth Development Authority


G. Patrick Civille, Attorney at Law
Civille Torres and Tang PLLC
PMB 86, Box 10003
Saipan, MP 96950
Attorney for Pamela Brown a/k/a
Pamela Brown Blackburn


Victorino DLG Torres
Torres Bros. and Flores, LLC
3rd Floor Bank of Guam Building
Saipan, MP 96950
Attorney for Bank of Guam

Brien Sers Nicolas
Law Office of Brien Sers Nicolas
P.O. Box 502876
Saipan, MP 96950
Attorney for Rosario DLG Kumagai

     Please take notice that a hearing concerning the Motion to Set Aside Entry of

Default pursuant to Fed. R. Civ. Pro 55 (c) filed on behalf of Secretary of Finance Fermin

Atalig will be held in the District Court, Commonwealth of the Northern Mariana Islands

on **February 9, 2006 at 9:00 a.m.**

                    Respectfully Submitted,

                    Kevin A. Lynch F0230
                    Assistant Attorney General
                    Attorney for Fermin Atalig

Dated this 15th day of December 2005