IN THE FEDERAL DISTRICT COURT
FOR THE
DISTRICT OF THE NORTHERN MARIANA ISLANDS

F I L E D
Clerk
District Court

DEC 1 6 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

CV 05-0037

| | |
|---|---|
| ROSARIO DLG KUMAGAI,<br><br>    Plaintiff,<br><br>vs.<br><br>PAMELA BROWN, a.k.a. PAMELA BROWN BLACKBURN personally and in her official capacity as the Attorney General for the Commonwealth of the Northern Mariana Islands; FERMIN ATALIG, Personally and in his official capacity as the Secretary of Finance, Commonwealth of the Northern Mariana Islands; MARIA LOURDES SEMAN ADA, personally and in her official capacity as the Executive Director for the COMMONWEALTH DEVELOPMENT AUTHORITY; BANK OF GUAM; and JOHN DOES ONE through TEN,<br>    Defendants. | **DECLARATION OF SERVICE** |

    I hereby declare under penalty of perjury that on December, 16th 2005 at about 9:40 am Friday.  I personally **served** Mrs. Judi C. Fujihira (EE) a copy of a **(CIVIL ACTION) NO. 05-0037** and a **NOTICE OF HEARING** and a copy of a **MOTION TO SET ASIDE ENTRY OF DEFAULT PURSUANT TO FED. R. CIV. PRO. 55 (C) on behalf of FERMIN ATALIG** and a **MEMORANDUM OF POINTS AND AUTHORITUES IN SUPPORT OF MOTION** to the Law Office of Vicente T. Salas located in San Jose village.

    I declare under penalty of perjury that the foregoing is true and correct and that, I executed this declaration on the 16th day of December 2005, at Saipan, Commonwealth of the Northern Mariana Islands.

*[signature]*

VINCENT D. CAMACHO
Dept. of Labor Process Server