FILED
Clerk
District Court

DEC 16 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE FEDERAL DISTRICT COURT
FOR THE
DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROSARIO DLG KUMAGAI,<br><br>  Plaintiff,<br><br>  vs.<br><br>PAMELA BROWN, a.k.a. PAMELA BROWN BLACKBURN personally and in her official capacity as the Attorney General for the Commonwealth of the Northern Mariana Islands; FERMIN ATALIG, Personally and in his official capacity as the Secretary of Finance, Commonwealth of the Northern Mariana Islands; MARIA LOURDES SEMAN ADA, personally and in her official capacity as the Executive Director for the COMMONWEALTH DEVELOPMENT AUTHORITY; BANK OF GUAM; and JOHN DOES ONE through TEN,<br>  Defendants. | CN 05-0037<br><br>**DECLARATION OF SERVICE** |

   I hereby declare under penalty of perjury that on December, 16th 2005 at about 10:00 am Friday. I personally **served** Mr. Paul Naidu (EE) a copy of a **(CIVIL ACTION) NO. 05-0037** and a **NOTICE OF HEARING** and a copy of a **MOTION TO SET ASIDE ENTRY OF DEFAULT PURSUANT TO FED. R. CIV. PRO. 55 (C) on behalf of FERMIN ATALIG** and a **MEMORANDUM OF POINTS AND AUTHORITUES IN SUPPORT OF MOTION** to the Law Office of Civille Torres and Tang PLLC located at Cabrera Center Biulding in garapan.

   I declare under penalty of perjury that the foregoing is true and correct and that, I executed this declaration on the 16th day of December 2005, at Saipan, Commonwealth of the Northern Mariana Islands.

[signature]
VINCENT D. CAMACHO
Dept. of Labor Process Server