IN THE FEDERAL DISTRICT COURT
FOR THE
DISTRICT OF THE NORTHERN MARIANA ISLANDS

FILED
Clerk
District Court

DEC 1 6 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| ROSARIO DLG KUMAGAI,              )<br>                                                          )<br>    Plaintiff,                                )<br>                                                          )<br>    vs.                                         )<br>                                                          )<br>PAMELA BROWN, a.k.a. PAMELA    )<br>BROWN BLACKBURN personally and in )<br>her official capacity as the Attorney General )<br>for the Commonwealth of the Northern )<br>Mariana Islands; FERMIN ATALIG,   )<br>Personally and in his official capacity as the )<br>Secretary of Finance, Commonwealth of the )<br>Northern Mariana Islands; MARIA    )<br>LOURDES SEMAN ADA, personally and )<br>in her official capacity as the Executive )<br>Director for the COMMONWEALTH   )<br>DEVELOPMENT AUTHORITY; BANK  )<br>OF GUAM; and JOHN DOES ONE through )<br>TEN,                                          )<br>    Defendants.                           )<br>_____ ) | **DECLARATION OF SERVICE** |

    I hereby declare under penalty of perjury that on December, 16th 2005 at about 10:05 am Friday. I personally **served** Ms. Victora Santos (EE) a copy of a **(CIVIL ACTION) NO. 05-0037** and a **NOTICE OF HEARING** and a copy of a **MOTION TO SET ASIDE ENTRY OF DEFAULT PURSUANT TO FED. R. CIV. PRO. 55 (C) on behalf of FERMIN ATALIG** and a **MEMORANDUM OF POINTS AND AUTHORITUES IN SUPPORT OF MOTION** to the Law Office of Victorino DLG Torres located at Bank of Guam Biulding in garapan.

    I declare under penalty of perjury that the foregoing is true and correct and that, I executed this declaration on the 16th day of December 2005, at Saipan, Commonwealth of the Northern Mariana Islands.

_____
VINCENT D. CAMACHO
Dept. of Labor Process Server