IN THE FEDERAL DISTRICT COURT
FOR THE
DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROSARIO DLG KUMAGAI,  )<br> )<br>  Plaintiff,  )<br> )<br>  vs.  )<br> )<br>PAMELA BROWN, a.k.a. PAMELA  )<br>BROWN BLACKBURN personally and in  )<br>her official capacity as the Attorney General  )<br>for the Commonwealth of the Northern  )<br>Mariana Islands; FERMIN ATALIG,  )<br>Personally and in his official capacity as the  )<br>Secretary of Finance, Commonwealth of the  )<br>Northern Mariana Islands; MARIA  )<br>LOURDES SEMAN ADA, personally and  )<br>in her official capacity as the Executive  )<br>Director for the COMMONWEALTH  )<br>DEVELOPMENT AUTHORITY; BANK  )<br>OF GUAM; and JOHN DOES ONE through  )<br>TEN,  )<br>  Defendants.  )<br>_____ ) | **DECLARATION OF SERVICE** |

I hereby declare under penalty of perjury that on December, 16th 2005 at about 9:30 am Friday. I personally **served** Mrs. Rose Lazaro (EE) a copy of a (**CIVIL ACTION) NO. 05-0037** and a **NOTICE OF HEARING** and a copy of a **MOTION TO SET ASIDE ENTRY OF DEFAULT PURSUANT TO FED. R. CIV. PRO. 55 (C) on behalf of FERMIN ATALIG** and a **MEMORANDUM OF POINTS AND AUTHORITUES IN SUPPORT OF MOTION** to the Law Office of Brian Ser's Nicolas located in San Jose village.

I declare under penalty of perjury that the foregoing is true and correct and that, I executed this declaration on the 16th day of December 2005, at Saipan, Commonwealth of the Northern Mariana Islands.

VINCENT D. CAMACHO
Dept. of Labor Process Server