```
                                          FILED
                                           Clerk
                                        District Court

                                        DEC 1 9 2005

                                   For The Northern Mariana Islands
                                   By_____
                                          (Deputy Clerk)
```

1 LAW OFFICE OF
**VICENTE T. SALAS**
2 ATTORNEY AT LAW
P.O. BOX 501309
3 SAIPAN, MP 96950-1309
Tel:　(670) 234-37455/234-7427
4 Fax:　(670) 234-7256

5 *Attorney for:* Commonwealth Development Authority
　　　　　and Maria Lourdes S. Ada
6

7 　　　　IN THE UNITED STATES DISTRICT COURT
　　　　　　　　　　　FOR THE
8 　　　　　　NORTHERN MARIANA ISLANDS

9 ROSARIO DLG. KUMAGAI,　　　　　　　　Civil Action No. 05-00037

10 　　　Plaintiff,

11 　vs.

12 **PAMELA BROWN, a.k.a. PAMELA
BROWN BLACKBURN,** personally and in
13 her official capacity as the Attorney General for
the Commonwealth of the Northern Mariana
14 Islands; **FERMIN M. ATALIG,** personally　　**PROOF OF SERVICE**
and in his official capacity as the Secretary of
15 Finance; **COMMONWEALTH OF THE
NORTHERN MARIANAS ISLANDS;**
16 **MARIA LOURDES SEMAN ADA,**
personally and in her official capacity as the
17 Executive Director for the Commonwealth
Development Authority;
18 **COMMONWEALTH DEVELOPMENT
AUTHORITY; BANK OF GUAM;** and
19 **JOHN DOES ONE thru TEN,**

20 　　　Defendant.

21

22 　　　Pursuant to 28 USC §1746, I, Shawn M. Davis, hereby declare under penalty of

23 perjury that on the 16th day of December, 2005, at 3:45 p.m., I personally served a true and

24 correct copy of the **Second Stipulation Extending Time to Respond to Complaint / Order**

25 (filed on December 14, 2005 ) on Attorney Brien Sers Nicholas, counsel for Plaintiff,

26 through Rose Lazaro, secretary, at the Law Office of Brien Sers Nicholas, 1st Floor, UIU

27 Building, San Jose, Saipan.

28

**ORIGINAL**

Executed this 16th day of December, 2005, on Saipan, Commonwealth of the Northern Mariana Islands.

_____
Shawn M. Davis