FILED
Clerk
District Court

DEC 1 9 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

*LAW OFFICE OF*
**VICENTE T. SALAS**
ATTORNEY AT LAW
P.O. BOX 501309
SAIPAN, MP 96950-1309
Tel:   (670) 234-37455/234-7427
Fax:   (670) 234-7256

*Attorney for:* Commonwealth Development Authority
and Maria Lourdes S. Ada

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROSARIO DLG. KUMAGAI,<br><br>Plaintiff,<br><br>vs.<br><br>**PAMELA BROWN**, a.k.a. **PAMELA BROWN BLACKBURN**, personally and in her official capacity as the Attorney General for the Commonwealth of the Northern Mariana Islands; **FERMIN M. ATALIG**, personally and in his official capacity as the Secretary of Finance; **COMMONWEALTH OF THE NORTHERN MARIANAS ISLANDS**; **MARIA LOURDES SEMAN ADA,** personally and in her official capacity as the Executive Director for the Commonwealth Development Authority; **COMMONWEALTH DEVELOPMENT AUTHORITY; BANK OF GUAM**; and **JOHN DOES ONE thru TEN,**<br><br>Defendant. | Civil Action No. 05-00037<br><br><br>**PROOF OF SERVICE** |

Pursuant to 28 USC §1746, I, Shawn M. Davis, hereby declare under penalty of perjury that on the 16th day of December, 2005, at 3:50 p.m., I faxed a true and correct copy of the **Second Stipulation Extending Time to Respond to Complaint / Order** (filed on (December 14, 2005 ) to:

Victorino DLG. Torres, Esq.
3rd Floor, Bank of Guam Bldg.
Saipan, MP 96950
Fax: (670) 233-5510
*Counsel for Bank of Guam*

**ORIGINAL**

G. Patrick Civille, Esq.
Civille and Tang
Cabrera Center, Chalan LauLau
Saipan, MP 96950
Fax: (670) 235-1726
*Counsel for the Commonwealth and Pamela Brown*

Kevin A. Lynch, Assistant Attorney General
CNMI Attorney General's Office
Department of Labor, Afetnas Square Bldg.
Saipan, MP 96950
Fax: (670) 236-0992
*Counsel for Fermin M. Atalig*

Executed this 16th day of December, 2005, on Saipan, Commonwealth of the Northern Mariana Islands.

_____
Shawn M. Davis