```
                                                    FILED
                                                     Clerk
                                                  District Court

                                                  DEC 29 2005

                                            For The Northern Mariana Islands
                                            By_____
                                                    (Deputy Clerk)
```

1  **CIVILLE & TANG**
   2nd Floor, Cabrera Center
2  PMB 86, P.O. Box 10003
   Saipan, MP 96950-8908
3  Telephone: 670/235-1725
   Facsimile:  670/235-1726
4
   *Attorneys for Defendants*
5  *Commonwealth of the Northern Mariana Islands,*
   *and Pamela Brown, personally and in her*
6  *official capacity as the Attorney General for the*
   *Commonwealth of the Northern Mariana Islands*
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN MARIANA ISLANDS

10

11  ROSARIO DLG KUMAGAI,                  )   CIVIL ACTION NO. 05-0037
                                          )
12              Plaintiff,                )
                                          )
13       vs.                              )
                                          )
14  PAMELA BROWN, a.k.a. PAMELA BROWN     )   **COMMONWEALTH OF THE**
    BLACKBURN, personally and in her official) **NORTHERN MARIANA ISLANDS AND**
15  capacity as the Attorney General for the) **PAMELA BROWN'S MOTION TO**
    Commonwealth of the Northern Mariana Islands;) **DISMISS**
16  FERMIN M. ATALIG, personally and in his)
    official capacity as the Secretary of Finance;)
17  COMMONWEALTH OF THE NORTHERN)
    MARIANA ISLANDS; MARIA LOURDES)
18  SEMAN ADA, personally and in her official)
    capacity as the Executive Director for the)
19  Commonwealth Development Authority;)      Hearing Date:  March 9, 2006
    COMMONWEALTH DEVELOPMENT)                 Hearing Time:  9:00 A.m.
20  AUTHORITY; BANK OF GUAM; and JOHN)        Judge:         Hon. Alex R. Munson
    DOES ONE thru TEN,                    )
21                                        )
                Defendants.               )
22  _____)

23

24

25

26

27

28
                         **ORIGINAL**

Defendants Commonwealth of the Northern Mariana Islands and Pamela Brown, personally and in her official capacity as the Attorney General for the Commonwealth of the Northern Mariana Islands, respectfully move the Court for an order dismissing Plaintiff's Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

This motion is supported by the accompanying Memorandum of Points and Authorities, all matters of record herein, and such arguments as may be adduced at a hearing hereon.

DATED:   December 28, 2005.

**CIVILLE & TANG**

By: _____
G. PATRICK CIVILLE
*Attorneys for Defendants Commonwealth of the Northern Mariana Islands, and Pamela Brown, personally and in her official capacity as the Attorney General for the Commonwealth of the Northern Mariana Islands*