**CIVILLE & TANG**
2nd Floor, Cabrera Center
PMB 86, P.O. Box 10003
Saipan, MP 96950-8908
Telephone: 670/235-1725
Facsimile: 670/235-1726

*Attorneys for Defendants Commonwealth of the Northern Mariana Islands, and Pamela Brown, personally and in her official capacity as the Attorney General for the Commonwealth of the Northern Mariana Islands*

FILED
Clerk
District Court

DEC 29 2005

For The Northern Mariana Islands
By___________________
(Deputy Clerk)

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN MARIANA ISLANDS**

ROSARIO DLG KUMAGAI,

Plaintiff,

vs.

PAMELA BROWN, a.k.a. PAMELA BROWN BLACKBURN, personally and in her official capacity as the Attorney General for the Commonwealth of the Northern Mariana Islands; FERMIN M. ATALIG, personally and in his official capacity as the Secretary of Finance; COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS; MARIA LOURDES SEMAN ADA, personally and in her official capacity as the Executive Director for the Commonwealth Development Authority; COMMONWEALTH DEVELOPMENT AUTHORITY; BANK OF GUAM; and JOHN DOES ONE thru TEN,

Defendants.

CIVIL ACTION NO. 05-0037

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS AND PAMELA BROWN'S MOTION TO DISMISS**

Hearing Date: March 9, 2006
Hearing Time: 9 a.m.
Judge: Hon. Alex R. Munson

ORIGINAL

## TABLE OF CONTENTS


Page

I. INTRODUCTION . . . 1

II. FACTS ALLEGED IN THE COMPLAINT . . . 1

III. ARGUMENT . . . 4

A. STANDARDS FOR A 12(b)(6) MOTION . . . 4

B. FEDERAL CLAIMS . . . 4
1. 42 U.S.C. § 1983 . . . 4
a) Claim barred against CNMI officers in their official capacity . . . 4
b) Failure to allege a constitutional violation . . . 4
i) No Due Process Violation . . . 5
ii) Taking claim not actionable . . . 6
iii) No equal protection violation . . . 7
c) Section 1983 claim barred by qualified immunity . . . 9
d) Section 1983 claim barred by absolute immunity . . . 10
2. 42 U.S.C. § 1985(3) . . . 11

C. STATE CLAIMS . . . 12
1. Sovereign Immunity - CNMI and Defendant Brown in her Official Capacity . . . 12
2. Absolute Immunity - Defendant Brown in her Personal Capacity . . . 14
3. Common Law Conspiracy . . . 16
4. Abuse of Process . . . 16
5. Malicious Prosecution . . . 17
6. Breach of Duty of Good Faith and Fair Dealing . . . 19
7. Intentional Interference with Contractual Rights and Intentional Interference with Economic Relations . . . 20
8. Intentional Infliction of Emotional Distress and Negligent Infliction of Emotional Distress . . . 21

IV. CONCLUSION . . . 25

# TABLE OF AUTHORITIES

Page

**Cases**

*Ahmed v. Goldberg*, Nos. Civ. A. 00-0005, Civ. A. 99-0046, 2001 WL 1842399, *9 (D.N. Mar. I. May 11, 2001) . . . . 13, 23

*Art Metal-U.S.A., Inc. v. United States*, 753 F.2d 1151 (D. C. Cir. 1985) . . . . 14

*Associated General Contractors of California, Inc. v. California State Council of Carpenters*, 459 U.S. 519 (1983) . . . . 4

*Bass v. First Pacific Networks, Inc.*, 219 F.3d 1052 n.2 (9th Cir. 2000) . . . . 13

*Bly-Magee v. California*, 236 F.3d 1014 (9th Cir. 2001) . . . . 10, 21

*Bray v. Alexandria Women's Health Clinic*, 506 U.S. 263 (1993) . . . . 11

*Charfauros v. Board of Elections*, 1998 MP 16, 5 N.M.I. 188, 1998 WL 34073646, *16-17 (N.M.I. 1998) . . . . 23

*Coors Brewing Co. v. Floyd*, 978 P.2d 663 (Colo. 1999) . . . . 24

*De Nieva v. Reyes*, 966 F.2d 480 (9th Cir.1992) . . . . 4

*Dillon v. City of New York*, 261 A.D.2d 34, 704 N.Y.S.2d 1 (N.Y.A.D. 1999) . . . . 23

*Eaton v. Continental General Ins. Co.*, 147 F. Supp. 2d 829 (N.D. Ohio 2001) . . . . 24

*Ecclesiastical Order of the Ism of Am, Inc. v. Chasin*, 845 F.2d 113 (6th Cir. 1988) . . . . 13

*Empress LLC v. City & County of San Francisco*, 419 F.3d 1052 (9th Cir. 2005) . . . . 4

*Fairchild v. Park*, 109 Cal.Rptr.2d 442 (Cal. Ct. App. 2001) . . . . 19

*Fry v. Melaragno*, 939 F.2d 832 (9th Cir. 1991) . . . . 10, 15, 21

*Gannett Fleming West, Inc. v. Village of Angel Fire*, 375 F. Supp. 2d 1104 (D.N.M. 2004) . . . . 5-7

*Gay v. Garvey*, No. Civ.A. 03-CV-01485, 2004 WL 2203730, *1 (E.D. Pa. Sept. 30, 2004) . . . . 22

Page

*Griffin v. Breckenridge*, 403 U.S. 88 (U.S. 1971) . . . . . 11

*Hardy v. Vision Service Plan,* 120 P.3d 402 (Mont. 2005) . . . . . 19

*Hiraga v. House*, C.N.M.I. Super. Ct. Civ. No. 98-0100A, p. 6 (July 29, 1999) . . . . . 16

*Hutchinson v. United States*, 677 F.2d 1322 (9th Cir. 1982) . . . . . 13

*I.G.I. Gen. Contractor & Dev., Inc. V. Public School Sys.*, 1999 MP 12 ¶ 12, 5 N.M.I. 250 (N.M.I. 1999) . . . . . 16

*Jaco v. Bloechle,* 739 F.2d 239 (6th Cir.1984) . . . . . 11

*Jama Const. v. City of Los Angeles,* 938 F.2d 1045 (9th Cir. 1991) . . . . . 6

*JHE, Inc. v. Southeastern Pennsylvania Transp. Auth.*, No. 1790 Nov. Term 2001, 2002 WL 1018941, *7 (Pa.Com.Pl. May 17, 2002) . . . . . 19

*Johnson v. Knowles,* 113 F.3d 1114 (9th Cir. 1997) . . . . . 5

*Kwai Fun Wong v. United States*, 373 F.3d 952 (9th Cir. 2004) . . . . . 9

*Lucas v. New York City*, 842 F. Supp. 101 (S.D.N.Y. 1994) . . . . . 12

*Lucky Development Co., Ltd. v. Tokai, U.S.A., Inc.*, 3 N.M.I. 379, pp. 94-95 (N.M.I. 1992) . . . . . 20

*Mangold v. California Pub. Utils. Comm'n,* 67 F.3d 1470 (9th Cir.1995) . . . . . 13

*Mitchell v. Estate of Hillblom,* 1997 MP 30 ¶ 2, 5 N.M.I. 136 (N.M.I. 1997) . . . . . 17

*Muniz v. Kravis*, 757 A.2d 1207 (Conn. App. 2000) . . . . . 23-24

*Nelson v. City of Selma,* 881 F.2d 836 (9th Cir. 1989) . . . . . 7

*North American Energy Systems, LLC v. New England Energy Management, Inc.,* 269 F. Supp. 2d 12 (D.Conn. 2002) . . . . . 21

*Numrich v. U.S. Postal Service,* No. CV-01-532-ST, 2002 WL 31440877, *3 (D. Or. Jan. 3, 2002) . . . . . 22

*Parrish v. Consolidated City of Jacksonville*, No. 304CV986J32HTS, 2005 WL 1500894 (M.D. Fla. June 22, 2005) . . . . . 8

*Pepperell Trust Co. v. Mountain Heir Financial Corp.,* 708 A.2d 651, 656 (Me. 1998) . . . . . 18

Page

*Peters v. Fair*, 427 F.3d 1035 (6th Cir. 2005) . . . . . 11

*Piorkowski v. Parziale*, No. 3:02CV00963, 2003 WL 21037353, *3 (D. Conn. May 7, 2003) . . . . . 12

*Scheuer v. Rhodes*, 416 U.S. 232, 94 S.Ct. 1683, 40 L.Ed.2d 90 (1974) . . . . . 4

*Smith v. Hurd*, 699 F. Supp. 1433 (D. Hawaii 1988) . . . . . 19

*Spear v. Town of West Hartford*, 954 F.2d 63 (2nd Cir. 1992) . . . . . 10, 15, 21

*Swedish Civil Aviation Admin. v. Project Management Enterprises, Inc.*, 190 F.Supp.2d 785 (D.Md. 2002) . . . . . 19

*Thornton v. City of St. Helens*, 425 F.3d 1158 (9th Cir. 2005) . . . . . 7

*Tucson Airport Auth. v. Gen. Dynamics Corp.*, 136 F.3d 641 (9th Cir.1998) . . . . . 20

*United Broth. of Carpenters and Joiners of America, Local 610, AFL-CIO v. Scott*, 463 U.S. 825 (1983) . . . . . 12

*Usher v. City of Los Angeles*, 828 F.2d 556 (9th Cir. 1987) . . . . . 6

*West v. Atkins*, 487 U.S. 42, 108 S.Ct. 2250 (1988) . . . . . 5

*Williams v. Alabama State University*, 102 F.3d 1179 (11th Cir. 1997) . . . . . 9

*Worldlogics Corp. v. Chatham Reinsurance Corp.*, 108 P.3d 5 (Okla.Civ.App. 2004) . . . . . 19

*Zavatsky v. Anderson*, 130 F. Supp. 2d 349 (D. Conn. 2001) . . . . . 8

**Statutes**

28 U.S.C.
§ 2680 . . . . . 13
§ 2680(h) . . . . . 14, 22

42 U.S.C.
§ 1983 . . . . . 3-7, 9-10, 15
§ 1985(3) . . . . . 3, 11

7 CMC
§ 2202 . . . . . 13
§ 2204 . . . . . 13
§ 2204(a) . . . . . 13
§ 2204(b) . . . . . 13-14, 16-17, 20, 22-23

Page

7 CMC
§ 2251 . . . . . 19, 20
§ 2251(b) . . . . . 6, 20
§ 2503(d) . . . . . 6
§ 3401 . . . . . 12

**Rules**

Federal Rules of Civil Procedure
Rule 8(a) . . . . . 4
Rule 12(b)(6) . . . . . *passim*

**Secondary Authorities**

RESTATEMENT (SECOND) OF TORTS
§ 46, cmt. d (1965) . . . . . 24
§ 674 (1977) . . . . . 18
§ 682 (1977) . . . . . 16-17
§ 682 cmt. b (1977) . . . . . 17
§ 895D (1979) . . . . . 14, 21
§ 895D cmt. c (1979) . . . . . 14
§ 895D cmt. i (1979) . . . . . 15