**CIVILLE & TANG**
2nd Floor, Cabrera Center
PMB 86, P.O. Box 10003
Saipan, MP 96950-8908
Telephone: 670/235-1725
Facsimile: 670/235-1726

*Attorneys for Defendants*
*Commonwealth of the Northern Mariana Islands,*
*and Pamela Brown, personally and in her*
*official capacity as the Attorney General for the*
*Commonwealth of the Northern Mariana Islands*

F I L E D
Clerk
District Court

DEC 2 9 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROSARIO DLG KUMAGAI,  )<br>  )<br>        Plaintiff,  )<br>  )<br>    vs.  )<br>  )<br>PAMELA BROWN, a.k.a. PAMELA BROWN  )<br>BLACKBURN, personally and in her official)<br>capacity as the Attorney General for the)<br>Commonwealth of the Northern Mariana Islands;)<br>FERMIN M. ATALIG, personally and in his)<br>official capacity as the Secretary of Finance;)<br>COMMONWEALTH OF THE NORTHERN)<br>MARIANA ISLANDS; MARIA LOURDES)<br>SEMAN ADA, personally and in her official)<br>capacity as the Executive Director for the)<br>Commonwealth Development Authority;)<br>COMMONWEALTH DEVELOPMENT)<br>AUTHORITY; BANK OF GUAM; and JOHN)<br>DOES ONE thru TEN,  )<br>  )<br>        Defendants.  )<br>_____) | CIVIL ACTION NO. 05-0037<br><br>**APPENDIX OF CASES AND OTHER AUTHORITIES IN SUPPORT OF COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS AND PAMELA BROWN'S MOTION TO DISMISS**<br><br><br>Hearing Date: March 9, 2006<br>Hearing Time: 9:00 a.m.<br>Judge: Hon. Alex R. Munson |

**Cases**

*Ahmed v. Goldberg*, Nos. Civ. A. 00-0005, Civ. A. 99-0046,
　　2001 WL 1842399, *9 (D.N. Mar. I. May 11, 2001)

*Charfauros v. Board of Elections*, 1998 MP 16, 5 N.M.I. 188,
　　1998 WL 34073646, *16-17 (N.M.I. 1998)

*Dillon v. City of New York*,
　　261 A.D.2d 34, 704 N.Y.S.2d 1 (N.Y.A.D. 1999)

*Gay v. Garvey*, No. Civ.A. 03-CV-01485,
　　2004 WL 2203730, *1 (E.D. Pa. Sept. 30, 2004)

*Hiraga v. House*,
　　C.N.M.I. Super. Ct. Civ. No. 98-0100A, p. 6 (July 29, 1999)

*JHE, Inc. v. Southeastern Pennsylvania Transp. Auth.*, No. 1790 Nov. Term 2001,
　　2002 WL 1018941, *7 (Pa.Com.Pl. May 17, 2002)

*Lucky Development Co., Ltd. v. Tokai, U.S.A., Inc.*,
　　3 N.M.I. 379, pp. 94-95 (N.M.I. 1992)

*Mitchell v. Estate of Hillblom*,
　　1997 MP 30 ¶ 2, 5 N.M.I. 136 (N.M.I. 1997)

*Muniz v. Kravis*, 757 A.2d 1207 (Conn. App. 2000)

*Numrich v. U.S. Postal Service*, No. CV-01-532-ST,
　　2002 WL 31440877, *3 (D. Or. Jan. 3, 2002)

*Parrish v. Consolidated City of Jacksonville*, No. 304CV986J32HTS,
　　2005 WL 1500894 (M.D. Fla. June 22, 2005)

*Pepperell Trust Co. v. Mountain Heir Financial Corp.*,
　　708 A.2d 651, 656 (Me. 1998)

*Piorkowski v. Parziale*, No. 3:02CV00963,
　　2003 WL 21037353, *3 (D. Conn. May 7, 2003)

*Smith v. Floyd County Bd. of Educ.*, --- F.Supp.2d ---, No. CIV.A. 03-304,
　　2005 WL 3116135, * 10 (E.D. Ky. Nov. 22, 2005)