FILED
Clerk
District Court

DEC 29 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  **CIVILLE & TANG**
   2nd Floor, Cabrera Center
2  PMB 86, P.O. Box 10003
   Saipan, MP  96950-8908
3  Telephone:  670/235-1725
   Facsimile:   670/235-1726
4
   *Attorneys for Defendants*
5  *Commonwealth of the Northern Mariana Islands,*
   *and Pamela Brown, personally and in her*
6  *official capacity as the Attorney General for the*
   *Commonwealth of the Northern Mariana Islands*
7

8              **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE NORTHERN MARIANA ISLANDS**

10

11 ROSARIO DLG KUMAGAI,                    )   CIVIL ACTION NO. 05-0037
                                          )
12              Plaintiff,                )
                                          )
13         vs.                            )
                                          )
14 PAMELA BROWN, a.k.a. PAMELA BROWN      )   **NOTICE OF HEARING**
   BLACKBURN, personally and in her official)  **COMMONWEALTH OF THE**
15 capacity as the Attorney General for the)   **NORTHERN MARIANA ISLANDS**
   Commonwealth of the Northern Mariana Islands;)  **AND PAMELA BROWN'S**
16 FERMIN M. ATALIG, personally and in his)   **MOTION TO DISMISS**
   official capacity as the Secretary of Finance;)
17 COMMONWEALTH OF THE NORTHERN)
   MARIANA ISLANDS; MARIA LOURDES)
18 SEMAN ADA, personally and in her official)
   capacity as the Executive Director for the)
19 Commonwealth Development Authority;)
   COMMONWEALTH DEVELOPMENT)
20 AUTHORITY; BANK OF GUAM; and JOHN)      Hearing Date:    March 9     , 2006
   DOES ONE thru TEN,                     )   Hearing Time:    9:00      A .m.
21                                        )   Judge:           Hon. Alex R. Munson
              Defendants.                 )
22 ─────────────────────────────────────)

23

24

25

26

27

28
                        ORIGINAL

1 | TO:    All Parties of Record

2 |        PLEASE TAKE NOTICE that on ~~February~~ _March_ _9_ , 2006, at the hour of _9 : 00_ _A_.m., or as

3 | soon thereafter as counsel may be heard, the Court will hear the Motion to Dismiss filed herein by

4 | Defendants Commonwealth of the Northern Mariana Islands and Pamela Brown, personally and in her

5 | official capacity as the Attorney General for the Commonwealth of the Northern Mariana Islands.

6 |        DATED: December 28, 2005.

7 |                                           **CIVILLE & TANG**

8 |

9 |

10 |                    By: _____
                          **G. PATRICK CIVILLE**
11 |                          *Attorneys for Defendants Commonwealth of the*
                             *Northern Mariana Islands, and Pamela Brown,*
                             *personally and in her official capacity as the*
12 |                          *Attorney General for the Commonwealth of*
                             *the Northern Mariana Islands*

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

1