*LAW OFFICE OF*
**VICENTE T. SALAS**
ATTORNEY AT LAW
2nd Floor, UIU Building
P.O. BOX 501309
SAIPAN, MP 96950-1309
Tel:    (670) 234-37455/234-7427
Fax:    (670) 234-7256

F I L E D
Clerk
District Court

DEC 2 9 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

*Attorney for:* Defendants
Commonwealth Development Authority
and Maria Lourdes S. Ada

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROSARIO DLG. KUMAGAI, | Civil Action No. 05-00037 |
| Plaintiff, | |
| vs. | |
| **PAMELA BROWN**, a.k.a. **PAMELA BROWN BLACKBURN**, personally and in her official capacity as the Attorney General for the Commonwealth of the Northern Mariana Islands; **FERMIN M. ATALIG**, personally and in his official capacity as the Secretary of Finance; **COMMONWEALTH OF THE NORTHERN MARIANAS ISLANDS**; **MARIA LOURDES SEMAN ADA**, personally and in her official capacity as the Executive Director for the Commonwealth Development Authority; **COMMONWEALTH DEVELOPMENT AUTHORITY**; **BANK OF GUAM**; and **JOHN DOES ONE thru TEN**, | **COMMONWEALTH DEVELOPMENT AUTHORITY AND MARIA LOURDES S. ADA'S MOTIONS TO DISMISS** |
| Defendants. | Date: _Feb. 09_ , 2006<br>Time: _9:00_ a.m.<br>Judge: **Hon. Alex R. Munson** |

Defendants Commonwealth Development Authority and Maria Lourdes S. Ada, personally and in her official capacity as the Executive Director for the Commonwealth Development Authority, hereby respectfully move the Court for an Order dismissing Plaintiff's Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

This motion is supported by the accompanying Memorandum of Points and Authorities, all matters of record herein, and such arguments as may be adduced at a hearing

# ORIGINAL

1  hereon.

2       Dated this _29th_ day of December, 2005.

3                                      Respectfully Submitted By:

4                                      **LAW OFFICES OF VICENTE T. SALAS**

5

6                                      VICENTE T. SALAS, CNMI Bar #F0126
7                                      Attorney for the Defendants Commonwealth
                                       Development Authority and Maria Lourdes
                                       S. Ada, personally and in her official capacity
8                                      as the Executive Director for the
                                       Commonwealth Development Authority
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                       2