*LAW OFFICE OF*
**VICENTE T. SALAS**
ATTORNEY AT LAW
2nd Floor, UIU Building
P.O. BOX 501309
SAIPAN, MP 96950-1309
Tel:  (670) 234-37455/234-7427
Fax:  (670) 234-7256

FILED
Clerk
District Court

DEC 2 9 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

*Attorney for:* Defendants
Commonwealth Development Authority
and Maria Lourdes S. Ada

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROSARIO DLG. KUMAGAI,<br><br>Plaintiff,<br><br>vs.<br><br>PAMELA BROWN, a.k.a. PAMELA BROWN BLACKBURN, personally and in her official capacity as the Attorney General for the Commonwealth of the Northern Mariana Islands; FERMIN M. ATALIG, personally and in his official capacity as the Secretary of Finance; COMMONWEALTH OF THE NORTHERN MARIANAS ISLANDS; MARIA LOURDES SEMAN ADA, personally and in her official capacity as the Executive Director for the Commonwealth Development Authority; COMMONWEALTH DEVELOPMENT AUTHORITY; BANK OF GUAM; and JOHN DOES ONE thru TEN,<br><br>Defendants. | Civil Action No. 05-00037<br><br><br>NOTICE OF HEARING ON COMMONWEALTH DEVELOPMENT AUTHORITY AND MARIA LOURDES S. ADA'S MOTIONS TO DISMISS<br><br><br><br><br>Date:  February 9, 2006<br>Time:  9:00 a.m.<br>Judge:  Hon. Alex R. Munson |

TO:  All Parties of Record

PLEASE TAKE NOTICE that on February 9, 2006, at the hour of 9:00 a.m., or as soon thereafter as counsel may be heard, the court will hear the Motions to Dismiss filed herein by the Defendants Commonwealth Development Authority and Maria Lourdes S. Ada, personally and in her official capacity as the Executive Director for the Commonwealth Development Authority.

**ORIGINAL**

1  Dated this 29th day of December, 2005.

Respectfully Submitted By:

**LAW OFFICES OF VICENTE T. SALAS**

_/s/ Vicente Salas_
VICENTE T. SALAS, CNMI Bar #F0126
Attorney for the Defendants Commonwealth
Development Authority and Maria Lourdes
S. Ada, personally and in her official capacity
as the Executive Director for the
Commonwealth Development Authority