ORIGINAL

F I L E D
Clerk
District Court

JAN - 3 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  Benjamin L. DeMoux
   Assistant Attorney General
2  Office of the Attorney General-Civil Division
   2nd Floor, Juan A. Sablan Memorial Bldg.
3  Caller Box 10007
   Saipan, MP 96950
4  Telephone: 664-2341
   Fax: 664-2349
5  bendemoux@gmail.com
   Attorney for Fermin M. Atalig personally
6  and in his official capacity.

7              IN THE UNITED STATES DISTRICT COURT
               FOR THE NORTHERN MARIANA ISLANDS
8
   ROSARIO DLG KUMAGAI              )
9                                   )  CIVIL ACTION NO. 05-0037
                                    )
10         Plaintiff,                )
                                    )
11         v.                        )
                                    )
12                                   )
   PAMELA BROWN, a.k.a. PAMELA BROWN )
13 BLACKBURN, personally and in her official ) **NOTICE OF MOTION AND MOTION**
   capacity as the Attorney General for the   ) **TO DISMISS**
14 Commonwealth of the Northern Mariana Islands; )
   FERMIN M. ATALIG, personally and in his   ) Date: FEB - 9 2006
15 official capacity as Secretary of Finance; ) Time: 9:00 AM
   COMMONWEALTH OF THE NOTHERN       ) Judge: Hon. Alex R. Munson
16 MARIANA ISLANDS; MARIA LOUDES     )
   SEMAN ADA, personally and in her official )
17 capacity as Executive Director for the     )
   Commonwealth Development Authority,       )
18 COMMONWEALTH DEVELOPMENT          )
   AUTHORITY; BANK OF GUAM; and JOHN )
19 DOES ONE thru TEN.                )
                                    )
20                                   )
         Defendants.                 )
21 _____)

22     PLEASE TAKE NOTICE, that defendant Fermin M. Atalig, personally and in his

23 official capacity as Secretary of Commerce for the Commonwealth of the Northern Mariana

24 Islands, by and through his counsel, Benjamin L. DeMoux of the CNMI Office of the Attorney

25 General, will bring the attached motion for hearing the in the U.S. District Court for the District

-1-

of the Northern Mariana Islands, in Saipan, Commonwealth of the Northern Mariana Islands on FEB - 9 2006, 2006, at 9AM am/~~pm~~.

## MOTION

NOW COMES the above named defendant, by and through his attorney, to move this Court to dismiss all portions of plaintiff's complaint aimed at the movant under Fed. R. Civ. Pro. 12(b)(6) on the grounds that the complaint fails to state a claim upon which relief may be granted. This motion is made pursuant to Fed. R. Civ. Pro. 12(b)(6) and is supported by the accompanying Memorandum of Points and Authorities and the record in this case.

Date: January 3, 2005.

Respectfully submitted,
OFFICE OF THE ATTORNEY GENERAL

By: _____
Benjamin L. DeMoux
Assistant Attorney General

-2-