IN THE ~~SUPERIOR~~ District COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

Rosario DLG. Kumagai

Plaintiff(s)

v.

Pamela Brown, Fermin Atalig, Maria-Lourdes Seman Ada, CDA, Bank of Guam, John Does one thru ten.

Defendant(s)

(Civil) / Criminal / FCD No. 05-0037

**CERTIFICATE OF SERVICE**

## DECLARATION OF SERVICE

I declare under penalty of perjury that I am over the age of 18 years, and not a party to this case; and that on the 5th day of January, 2005 at 4:20pm, I personally served upon Jose Taitano of Bank of Guam.

a true and correct copy of the following:

☐ Summons and Complaint
☐ Order dated _____
☐ Motion to _____
☒ Other (Specify) Notice of Hearing on Commonwealth Development Authority and Maria Lourdes S. Ada's Motion to Dismiss.

in the above-captioned matter.

Dated: 01/06/2006

JOAQUIN REYES CRISOSTOMO