```
                                              F I L E D
                                                 Clerk
                                             District Court

                                              JAN 1 0 2006

                                         For The Northern Mariana Islands
                                         By_____
                                                 (Deputy Clerk)
```

1  BRIEN SERS NICHOLAS
   Attorney at Law
2  UIU Bldg., 1st Floor
   P.O. Box 502876
3  Saipan, MP 96950

4  Telephone Nos.:  (670) 235-7190/91
   Facimile No.:    (670) 235-7192
5
   Attorney for Plaintiff
6     Rosario DLG Kumagai

7
                IN THE FEDERAL DISTRICT COURT
8                            FOR
             THE DISTRICT OF THE NORTHERN MARIANA ISLANDS
9

| | | |
|---|---|---|
| 10 | ROSARIO DLG KUMAGAI, ] | CIVIL ACTION NO. 05-0037 |
| 11 | Plaintiff, ] | |
| 12 | vs. ] | |
| 13 | PAMELA BROWN, a.k.a. PAMELA ] | |
| 14 | BROWN BLACKBURN, personally ] and in her official capacity as the ] Attorney General for the ] | STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE AN |
| 15 | Commonwealth of the Northern ] Mariana Islands; ] | OPPOSITION TO MOTION TO DISMISS BY DEFENDANTS COMMONWEALTH |
| 16 | FERMIN M. ATALIG, personally ] and in his official capacity as the ] | DEVELOPMENT AUTHORITY AND MARIA LOURDES S. ADA |
| 17 | Secretary of Finance, ] COMMONWEALTH OF THE ] | |
| 18 | NORTHERN MARIANA ISLANDS; ] MARIA LOURDES SEMAN ADA, ] | |
| 19 | personally and in her official capacity ] as the Executive Director for the ] | |
| 20 | Commonwealth ] Development Authority; ] | |
| 21 | COMMONWEALTH DEVELOPMENT ] AUTHORITY; ] | |
| 22 | BANK OF GUAM; ] and JOHN DOES ONE thru TEN, ] | |
| 23 | Defendants. ] | |
| 24 | _____ ] | |

25    COMES NOW Plaintiff Rosario DLG Kumagai and Defendants Commonwealth

26 Development Authority ["CDA"] and Maria Lourdes S. Ada ["Ada"], through their

27 respective Counsels, and stipulate that said Plaintiff may have until January 19th, 2006

28 to file her opposition to the motion to dismiss by said Defendants CDA and Ada.

1

_____
Brien Sers Nicholas, Esq.
Attorney for Plaintiff

Dated: 1/10/06

_____
Vicente T. Salas, Esq.
Attorney for Defendants CDA and Ada

Dated: 1/10/06

ORDER:

BASED UPON THE FOREGOING STIPULATION and good cause appearing, it is hereby ordered that Plaintiff Kumagai may have until January 19th, 2006 to file her opposition to the motion to dismiss by said Defendants CDA and Ada in this matter.

SO ORDERED this the 10th day of January, 2006.

_____
ALEX R. MUNSON,
Chief Judge