```
                                              F I L E D
                                                  Clerk
1  BRIEN SERS NICHOLAS                        District Court
   Attorney at Law
2  UIU Bldg., 1st Floor                       JAN 1 2 2006
   P.O. Box 502876
3  Saipan, MP 96950                        For The Northern Mariana Islands
                                           By_____
4  Telephone Nos.:  (670) 235-7190/91             (Deputy Clerk)
   Facimile No.:    (670) 235-7192
5
   Attorney for Plaintiff
6    Rosario DLG Kumagai
```

IN THE FEDERAL DISTRICT COURT
FOR
THE DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROSARIO DLG KUMAGAI, ] | CIVIL ACTION NO. 05-0037 |
| Plaintiff, ] | |
| vs. ] | |
| PAMELA BROWN, a.k.a. PAMELA ] | |
| BROWN BLACKBURN, personally ] | |
| and in her official capacity as the ] | |
| Attorney General for the ] | **STIPULATION FOR EXTENSION OF** |
| Commonwealth of the Northern ] | **TIME FOR PLAINTIFF TO FILE AN** |
| Mariana Islands; ] | **OPPOSITION TO MOTION TO DISMISS** |
| FERMIN M. ATALIG, personally ] | **BY DEFENDANTS CNMI AND PAMELA** |
| and in his official capacity as the ] | **BROWN** |
| Secretary of Finance, ] | |
| COMMONWEALTH OF THE ] | |
| NORTHERN MARIANA ISLANDS; ] | |
| MARIA LOURDES SEMAN ADA, ] | |
| personally and in her official capacity ] | |
| as the Executive Director for the ] | |
| Commonwealth ] | |
| Development Authority; ] | |
| COMMONWEALTH DEVELOPMENT ] | |
| AUTHORITY; ] | |
| BANK OF GUAM; ] | |
| and JOHN DOES ONE thru TEN, ] | |
| Defendants. ] | |
| _____] | |

IT IS HEREBY STIPULATED by and between Plaintiff Rosario DLG Kumagai and Defendants Commonwealth of the Northern Mariana Islands ("CNMI") and Pamela Brown ("Brown"), through their respective counsel, hereby stipulate as follows:

1.  Plaintiff may have until February 20, 2006 to file her opposition to the

motion to dismiss by said Defendants CNMI and Brown; and

2. Defendants CNMI and Brown may have until March 1, 2006 to file their reply to Plaintiff's opposition so filed herein.

SO STIPULATED.

_____
Brien Sers Nicholas, Esq.
Attorney for Plaintiff

Dated: January 11th, 2006

_____
G. Patrick Civille, Esq.
Attorney for Defendants CNMI and Brown

Dated: January 10, 2006

### ORDER

BASED UPON THE FOREGOING STIPULATION and good cause appearing, it is hereby ordered that Plaintiff Kumagai may have until February 20, 2006 to file her opposition to the motion to dismiss by Defendants CNMI and Brown in this matter. Defendants CNMI and Brown may have until March 1, 2006 to file any reply to Plaintiff's opposition so filed herein.

SO ORDERED this the 12th day of January, 2006.

_____
ALEX R. MUNSON
Chief Judge

- 2 -