```
                                              F I L E D
                                                 Clerk
                                             District Court

                                              JAN 1 9 2006
```

BRIEN SERS NICHOLAS
**Attorney at Law**
1ST Floor, UIU Bldg., San Jose Village
P.O. Box 502876
Saipan, MP 96950
Telephone Nos.: (670) 235-7190/1
Facsimile No. (670)235-7192

For The Northern Mariana Islands
By_____
              (Deputy Clerk)

Attorney for Plaintiff
       Rosario DLG Kumagai

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROSARIO DLG KUMAGAI,<br><br>           Plaintiff,<br><br>      v.<br><br>PAMELA BROWN, a.k.a. PAMELA BROWN BLACKBURN, personally and in her official capacity as the Attorney General for the Commonwealth of the Northern Mariana Islands;<br>FERMIN M. ATALIG, personally and in his official capacity as the Secretary of Finance;<br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS;<br>MARIA LOURDES SEMAN ADA, personally and in her official capacity as the Executive Director for the Commonwealth Development Authority,<br>COMMONWEALTH DEVELOPMENT AUTHORITY;<br>BANK OF GUAM;<br>and JOHN DOES ONE thru TEN,<br><br>           Defendants. | CIVIL ACTION NO. CV 05-0037<br><br><br><br><br><br>DECLARATION OF SERVICE |

I, Rosemarie I. Lazaro, under penalty of perjury, do hereby declare that on January 17, 2006, I personally served, a true and correct copy of the "PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS BY DEFENDANTS CDA AND MARIA LOURDES S. ADA," via hand delivery to the following:

       (1)    OFFICE OF THE ATTORNEY GENERAL
              Civil Division
              Capitol Hill, Saipan

(2) TORRES BROTHERS, PC
Attorneys At Law
3rd Floor, Bank of Guam Bldg,
Garapan, Saipan

(3) CIVILLE & TANG
2nd Floor, Cabrera Center
Garapan, Saipan

(4) THE LAW OFFICES OF VICENTE T. SALAS
2nd Floor, UIU Building
San Jose, Saipan

Dated this 19th day of January, 2006.

_____
ROSEMARIE F. LAZARO

-2-