F I L E D
Clerk
District Court

JAN 2 6 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| ROSARIO DLG KUMAGAI, | ) | Civil Action No. 05-0037 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | NOTICE CHANGING |
| | ) | HEARING DATE and |
| PAMELA BROWN, *et al.*, | ) | SETTING STATUS/ |
| | ) | SETTLEMENT CONFERENCE |
| Defendants | ) | |
| _____ | ) | |

PLEASE TAKE NOTICE that the hearing on pending motions presently set for Thursday, February 9, 2006, at 9:00 a.m. is hereby taken off-calendar and **rescheduled to Thursday, February 23, 2006, at 10:00 a.m.**

A status/settlement conference will be held **Friday, February 17, 2006, at 1:30 p.m.**

Dated this 26th day of January, 2006.

*/s/*
Clerk of Court

By: _____

AO 72
(Rev. 8/82)