FILED
Clerk
District Court

FEB -3 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| ROSARIO DLG KUMAGAI, | ) | Civil Action No. 05-0037 |
| | ) | |
| Plaintiff | ) | |
| | ) | AMENDED NOTICE |
| v. | ) | CHANGING HEARING DATE |
| | ) | |
| PAMELA BROWN, *et al.*, | ) | |
| | ) | |
| Defendants | ) | |
| _____ | ) | |

PLEASE TAKE NOTICE that the hearing on all pending substantive motions has been changed to **Monday, March 6, 2006, at 1:30 p.m.**

The status/settlement conference set for **Friday, February 17, 2006, at 1:30 p.m. remains unchanged**.

Dated this 3rd day of February, 2006.

Clerk of Court

By: _____GALO L. PEREZ_____