F I L E D
Clerk
District Court

FEB 1 4 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROSARIO DLG KUMAGAI, ) | CIVIL ACTION NO. 05-0017 |
| ) | |
| Plaintiff, ) | |
| vs. ) | NOTICE RESETTING |
| ) | STATUS/SETTLEMENT |
| PAMELA BROWN, et al., ) | CONFERENCE |
| ) | |
| Defendants. ) | |

PLEASE TAKE NOTICE that the status/settlement conference set for Friday, February 17, 2006, at 1:30 p.m. is reset to 10:00 a.m. on the same day.

Dated this 14th day of February, 2006

GALO L. PEREZ
Clerk of Court

AO 72A
(Rev. 8/82)