

# HOUSE OF REPRESENTATIVES
### THIRTEENTH NORTHERN MARIANAS COMMONWEALTH LEGISLATURE

PUBLIC LAW NO. 13-17
HOUSE BILL NO. 13-001, HS1, HD1, SD1

## AN ACT

To authorize the Marianas Public Lands Authority in conjunction with the Commonwealth Development Authority to incur public debt in an amount of up to Forty Million Dollars ($40,000,000) for the settlement of land compensation claims against the Commonwealth and for other purposes.

### In the HOUSE OF REPRESENTATIVES

Offered by Representatives: Jesus T. Attao, Martin B. Ada, Francisco DLG. Aldan, Oscar M. Babauta, Gloria DLC. Cabrera, Pedro P. Castro, Joseph P. Deleon Guerrero, Heinz S. Hofschneider, Arnold I. Palacios, Herman T. Palacios, Norman S. Palacios, Daniel O. Quitugua, Andrew S. Salas, Benjamin B. Seman, Ramon A. Tebuteb, Manuel A. Tenorio, Stanley T. Torres, William S. Torres.

Date: February 5, 2002

Referred to: Committee on Ways and Means
Public Hearing: None
Standing Committee Report: 13-021

**PASSED by the HOUSE OF REPRESENTATIVES**

    [date]      on    First and Final Reading
    [date]      Concurred to the Senate Amendment

### In the SENATE

Referred to: Committee on Fiscal Affairs
Public Hearing: None
Standing Committee Report: 13-39

**PASSED by the SENATE**

    July 3, 2002      on    Final Reading



**ATTACHMENT "A"**

Evelyn C. Fleming
House Clerk

THIRTEENTH NORTHERN MARIANAS COMMONWEALTH LEGISLATURE

FIRST REGULAR SESSION, 2002

PUBLIC LAW NO. 13-17

H. B. NO. 13-001, HS1, HD1, SD1

## AN ACT

To authorize the Marianas Public Lands Authority in conjunction with the Commonwealth Development Authority to incur public debt in an amount of up to Forty Million Dollars ($40,000,000) for the settlement of land compensation claims against the Commonwealth and for other purposes.

**BE IT ENACTED BY THE THIRTEENTH NORTHERN MARIANAS COMMONWEALTH LEGISLATURE:**

1   Section 1. Short Title. This Act may be cited to as the "Land Compensation Act
2   of 2002."
3   Section 2. Findings and Purpose. The Legislature finds that the Commonwealth
4   currently owes to its citizens approximately Forty Million Dollars ($40,000,000) for land
5   acquired by eminent domain or other legal process. The Legislature further finds that the
6   current rate of repayment is unacceptable, and the prompt compensation for such land
7   taking serves the Commonwealth's best interest. While in the past land taking claims
8   against the Commonwealth were settled largely through an exchange of public land, the
9   diminishing availability of public land, coupled with other competing public land uses,
10  requires the establishment of a compensation program to pay for the taking of private lands
11  for public uses, such as road and ponding basin construction. The purpose of this Act,
12  therefore, is to authorize the Marianas Public Lands Authority, in conjunction with the
13  Commonwealth Development Authority, to incur public debt in an amount of up to
14  $40,000,000, and to use the proceeds to settle and to discharge outstanding land
15  compensation claims against the Commonwealth. Similar to Public Law 11-14, a portion
16  of the liquid fuel tax revenue and the entire aviation fuel tax revenue collected under 4
17  CMC § 1403 would be reserved specifically for the repayment of the public debt
18  authorized herein.

*PUBLIC LAW NO. 13-17*
HOUSE BILL NO. 13-001, HS1, HD1, SD1

Section 3. <u>Public Debt Authorization</u>.

(a). The Marianas Public Lands Authority is hereby authorized to incur public debt in an amount up to $40,000,000, for the financing of the retirement of land compensation claims against the Commonwealth for land taking by eminent domain or other legal process. In accordance with 4 CMC § 10203(a)(27), the Marianas Public Lands Authority shall arrange for the public debt authorized under this Act in cooperation with, and subject to the approval of, the Commonwealth Development Authority.

(b) The public debt authorized herein shall be denominated in and payable in United States Dollars and not in the equivalent amount of any foreign currency.

(c) This authorization for public debt is made <u>only for the purpose of financing</u>, by Marianas Public Lands Authority, the retirement of land compensation claims against the Commonwealth and <u>only up to a total primary liability not to exceed $40,000,000, inclusive of any commission or fee</u>.

(d) The public debt authorized herein is only authorized with an interest rate not exceeding 7% per annum simple interest on the principle amount remaining outstanding and unpaid and with repayment terms not exceeding 20 years for payment in full of principle and interest.

(e) The public debt authorized herein shall be backed by the full faith and credit of the Commonwealth government and shall be a debt of the Commonwealth.

Section 4. **Land Compensation Fund**.

(a) There is hereby established a special fund within the Department of Finance which shall be known and designated as the Land Compensation Fund.

(b) The purpose of the Fund shall be to pay principal and interest on any financing entered into by the Marianas Public Lands Authority for the financing of the retirement of land compensation claims against the Commonwealth as authorized by this Act.

PUBLIC LAW NO. 13-17
HOUSE BILL NO. 13-001, HS1, HD1, SD1

1  ✝(c)    The Commissioner of the Marianas Public Lands Authority shall have
2  expenditure authority over the Fund, subject to approval of claims by the Board.
3      (d)    In implementing this Act, the Marianas Public Land Authority shall
4  first compensate the acquisition of private lands for right of way purposes, including
5  but not limited to public road construction. After those claims have been
6  compensated, the Authority shall then compensate those claims involving the
7  acquisition of private land for the purpose of constructing public ponding basins.
8  Wetland and other claims shall be entertained only after claims involving right of way
9  and ponding basin acquisitions have been compensated.
10 Section 5. Amendment. Subsection (e) of 4 CMC § 1803, is amended as follows:
11 "(e) Fuel tax distribution.
12      (i)    Notwithstanding any law to the contrary, beginning October 1,
13 1998, and annually thereafter, the Department of Finance shall deposit
14 $2,000,000, collected from the liquid fuel tax imposed under 4 CMC §
15 1403(a) into the Public School System Building fund established in 1 CMC §
16 2281. Such funds shall be continually appropriated to the Public School
17 System for the sole purpose of paying the principal and interest on any
18 financing entered into the Public School System pursuant to House Joint
19 Resolution 10-36. The funds shall be nonlapsing except that upon
20 certification by the Secretary of Finance that all principal and interest on all
21 financing has been paid in full and discharged, any funds remaining in the
22 Public School System Building Fund shall lapse to the general fund.
23      (ii)   After the amount in subparagraph (i) has been transferred, and
24 notwithstanding any law to the contrary, beginning October 1, 2002 and
25 annually thereafter, the Department of Finance shall deposit the balance
26 amount of the liquid fuel tax collected under 4 CMC § 1403(a) and the entire
27 amount of the aviation tax collected under 4 CMC § 1403(b) into the Land
28 Compensation Fund. Such funds shall be continually appropriated to the

*PUBLIC LAW NO. 13-17*
HOUSE BILL NO. 13-001, HS1, HD1, SD1

Marianas Public Lands Authority for the sole purpose of paying the principal and interest on any financing authorized by this Act. Provided, that, in the event the amount in the Land Compensation Fund is insufficient to cover any requisite payment, the Governor is hereby authorized, notwithstanding any contrary law, to pay the remaining balance from the general fund. The funds in the Land Compensation Fund shall be nonlapsing, except, upon certification by the Secretary of Finance that all principal and interest on all financing has been paid in full and discharged, any funds remaining in the Land Compensation Fund shall lapse to the general fund."

**Section 6.** Application. This Act shall apply to land compensation claims against the Commonwealth Government submitted to the Marianas Public Land Corporation, or its successor agency, on or after January 1, 1990.

**Section 7.** Income tax application. Any compensation received under this Act shall not be subject to the earnings tax imposed under 4 CMC § 1202(b)(2).

**Section 8.** Land Exchange Option. 2 CMC § 4144 is amended by adding a new subsection (d) to read as follows:

"(d) Subject to the approval of the Board of the Marianas Public Land Authority, an owner of private land who qualifies for a public land exchange may elect for an equitable land exchange, notwithstanding subsections (b)(2) and (c) of this section, provided that the area of public land shall not exceed twice the area of the private land to be exchanged."

**Section 9.** Severability. If any provision of this Act or the application of any such provision to any person or circumstance should be held invalid by a court of competent jurisdiction, the remainder of this Act or the application of its provisions to persons or circumstances other than those to which it is held invalid shall not be affected thereby.

**Section 10.** Savings Clause. This Act and any repealer contained herein shall not be construed as affecting any existing right acquired under contract or acquired under statutes repealed or under any rule, regulation or order adopted under the statutes. Repealers

Page 4

PUBLIC LAW NO. 13-17
HOUSE BILL NO. 13-001, HS1, HD1, SD1

1 contained in this Act shall not affect any proceeding instituted under or pursuant to prior law.
2 The enactment of this Act shall not have the effect of terminating, or in any way modifying,
3 any liability, civil or criminal, which shall already be in existence at the date this Act
4 becomes effective.
5   Section 11. <u>Effective Date</u>. This Act shall take effect upon its approval by the
6 Governor or upon it becoming law without such approval.

CERTIFIED BY:  
_____  
HEINZ S. HOFSCHNEIDER  
SPEAKER OF THE HOUSE

ATTESTED TO BY:  
_____  
EVELYN C. FLEMING  
HOUSE CLERK

Approved this 23rd day of July, 2002

_____  
JUAN N. BABAUTA  
GOVERNOR  
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

Page 5