

# HOUSE OF REPRESENTATIVES
## FOURTEENTH NORTHERN MARIANAS COMMONWEALTH LEGISLATURE
SECOND REGULAR SESSION, 2004

PUBLIC LAW NO. 14-29

# H. B. NO. 14-020, HS1, SS1, CD1

### AN ACT

To amend §§ 3(d) and 4(e), 9, and 14 of Public Law 13-17, as amended.

### In the HOUSE OF REPRESENTATIVES

Introduced by Representatives: Janet U. Maratita,
  Benigno R. Fitial,   Jesus SN. Lizama,   Claudio K. Norita,   Crispin M. Ogo,
  Arnold I. Palacios, Justo S. Quitugua, Timothy P. Villagomez, and Ray N. Yumul

Date:   February 9, 2004

  Referred to: Committee on Natural Resources
  Public Hearing: None
  Standing Committee Report: SCR 14-67

  Passed First and Final Reading on June 11, 2004
  Rejected Senate Amendments on August 19, 2004
  *Conference Committee Report No. 14-3*
  Adopted Conference Amendments on September 9, 2004

### In the SENATE

  Referred to: Committee on Resources, Economic Development and Programs
  Public Hearing: None
  Standing Committee Report: None

  Passed Final Reading July 8, 2004
  *Conference Committee Report No. 14-3*
  Adopted Conference Amendments on September 14, 2004

:lyn C. Fleming, House Clerk

**ATTACHMENT "B"**



# HOUSE OF REPRESENTATIVES
FOURTEENTH NORTHERN MARIANAS COMMONWEALTH LEGISLATURE
FIRST REGULAR SESSION, 2004

PUBLIC LAW NO. 14-29
**H. B. No. 14-20, HS1, SS1, CD1**

## AN ACT

To amend §§ 3(d) and 4(e), 9, and 14 of Public Law 13-17, as amended.

BE IT ENACTED BY THE FOURTEENTH NORTHERN MARIANAS COMMONWEALTH LEGISLATURE:

1  Section 1. <u>Amendments</u>.

2  (a) Section 4(e) of Public Law 13-17, as amended by PL 13-39, is amended
3  to read as follows:

4  "(e)  In implementing this Act, the Marianas Public Land Authority
5  shall compensate the acquisition of private lands for right of way purposes,
6  including but not limited to public road construction, construction of ponding
7  basins, wetland, and other claims involving private land acquisition permitted
8  by applicable laws."

9  (b) Section 9 of Public Law No. 13-17, as amended by P.L. No. 13-25, is
10  amended as follows:

11  "Section 9. <u>Method for Valuation of Land</u>. For purposes of this Act,
12  land owners shall receive "just compensation" based on the <u>fair market value of</u>
13  <u>the land at the time of taking by the Commonwealth which is the date when</u>
14  <u>the Governor or other authorized government official certifies in writing the</u>
15  <u>need for the acquisition of the private land</u>."

16  (c) Section 3(d) of PL 13-39 is amended as follows:

17  "(d)  <u>Transfer of Bond Proceeds to MPLA</u>. After satisfying any
18  commission or fee, costs of issuance, reserves, credit enhancement, interim
19  bond financing or other similar expenses, and after transferring the requisite

PUBLIC LAW NO. 14-29
HOUSE BILL NO. 14-20, HS1, SS1, CD1

1    amount for the Commonwealth prison project to the Department of Finance
2    for deposit into an account for the project, the CDA-appointed trustee,
3    pursuant to Public Law 11-3, shall retain the remaining balance of the bond
4    proceeds. The trust funds and earnings thereof are hereby continuously
5    appropriated solely for the purpose of paying out land compensation claims
6    and to meet reasonable expenses of administering the purposes of this act,
7    such expenses limited to obtaining appraisals, title searches and conducting
8    administrative hearings, subject to conditions necessary to maintain tax
9    exemption of the bonds or any interim financing. The Commissioner of
10   MPLA shall have expenditure authority over the funds in the account subject
11   to approval of claims by the Board. Such funds shall be drawn down from the
12   trustee based upon procedures established by the MPLA Board and upon the
13   concurrence of the Secretary of Finance."
14   (d) Section 14 of PL 13-17, as amended by PL 13-39, is amended as
15 follows:
16   "Section 14. Funding. Notwithstanding any provision of law, the
17   Board of Public Lands shall utilize the bond proceeds from the trust funds and
18   earnings thereof established under Section 4(d) herein to meet reasonable past,
19   present and future expenses of administering the purposes of this act, limited
20   to obtaining appraisals, title searches and for conducting administrative
21   hearings and review pursuant to this Act."
22   Section 2. Severability. If any provision of this Act or the application of any such
23 provision to any person or circumstance should be held invalid by a court of competent
24 jurisdiction, the remainder of this Act or the application of its provisions to persons or
25 circumstances other than those to which it is held invalid shall not be affected thereby.
26   Section 3. Savings Clause. This Act and any repealer contained herein shall not be
27 construed as affecting any existing right acquired under contract or acquired under statutes
28 repealed or under any rule, regulation or order adopted under the statutes. Repealers
29 contained in this Act shall not affect any proceeding instituted under or pursuant to prior law.

Page 2

PUBLIC LAW NO. 14-29
HOUSE BILL NO. 14-20, HS1, SS1, CD1

1  The enactment of the Act shall not have the effect of terminating, or in any way modifying,
2  any liability, civil or criminal, which shall already be in existence on the date this Act
3  becomes effective.
4      Section 4. **Application of Section 1(b).** Section 1(b) of this Act shall apply to all
5  pending claims subject to compensation under Public Law 13-17, as amended.
6      Section 5. **Effective Date.** This Act shall take effect upon its approval by the
7  Governor or becoming law without such approval.

CERTIFIED BY: *[signature]*

**BENIGNO R. FITIAL**
SPEAKER OF THE HOUSE

ATTESTED TO BY: *[signature]*

**EVELYN C. FLEMING**
HOUSE CLERK

*Approved* on this 21st day of *September*, 2004

*[signature]*

**JUAN N. BABAUTA**
GOVERNOR
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

Page 3