FILED
Clerk
District Court

MAR -3 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**CIVILLE & TANG**
2nd Floor, Cabrera Center
PMB. 86, P.O.Box 10003
Saipan, MP 96950-8903
Telephone: 670/235-1725
Facsimile : 670/235-1726

### IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROSARIO DLG KUMAGAI,<br><br>　　　　　Plaintiff,<br><br>Vs,<br><br>PAMELA BROWN a.k.a PAMELA BROWN BLACK BURN, personally and in her official capacity as the Attorney General for the Commonwealth of the Northern Mariana Islands, FERMIN M. ATALIG, personally and in his official capacity as the Secretary of Finance, COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, MARIA LOURDES SEMAN ADA, personally and in her official capacity as the Executive Director for the Commonwealth Development Authority, COMMONWEALTH DEVELOPMENT AUTHORITY, BANK OF GUAM and JOHN DOES ONE thru TEN,<br><br>　　　　　Defendants. | CIVIL ACTION NO. 05-0037<br><br><br><br><br>**CERTIFICATE OF SERVICE** |

　　　I, **Kerishnan Samy Naidu**, hereby certify the I am an adult person and that I, served a copy of the Defendants':

1.　　**REPLY OF DEFENDANTS PAMELA BROWN AND THE COMMONWEALTH OF THE NORTHEN MARIANA ISLANDS TO OPPOSITION TO THEIR MOTION TO DISMISS**

---

**To**　　　　　:　　**LAW OFFICE OF-BRIEN SERS NICHLOS**

**Date Served**　:　　**March 02, 2006**

---

| | | |
|---|---|---|
| 1 | To : | LAW OFFICE OF TORRES BROTHER |
| 2 | Date Served : | March 02, 2006 |

| | | |
|---|---|---|
| 4 | To : | LAW OFFICE OF VICENTE T. A SALAS |
| 5 | Date Served : | March 02, 2006 |

| | | |
|---|---|---|
| 7 | To : | CNMI OFFICE OF ATTORNEY GENERAL |
| 8 | | CIVIL DIVISION, CAPITAL HILL |
| 9 | Date Served : | March 02, 2006 |

I swear under penalty of perjury that the forgoing is true and correct and that this **Certificate of Service** was executed on the __3rd__ day of March, 2006.

_____
Kerishnan Samy Naidu