F I L E D
 Clerk
District Court

# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

MAR 06 2006

For The Northern Mariana Islands
By_____
                    (Deputy Clerk)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CV-05-0037                                               March 6, 2006
                                                         1:35 p.m.

### ROSARIO KUMAGAI -vs- PAMELA BROWN, et al

PRESENT:     Hon. Alex R. Munson, Chief Judge Presiding
             Sanae Shmull, Court Reporter
             K. Lynn Lemieux, Courtroom Deputy
             Brien Sers Nicholas, Attorney for Plaintiff
             Benjamin DeMoux, Attorney for Defendant Fermin Atalig
             Patrick Civille, Attorney for Defendant Pamela Brown
             Vicente Salas, Attorney for Defendants
             Victorino Torres, Attorney for Defendants Bank of Guam
             Mark Cowan, Attorney for Defendants Bank of Guam

PROCEEDINGS:   MOTION TO DISMISS

   Plaintiff appeared with counsel, Brien Sers Nicholas.  Defendants were represented by Attorneys Benjamin DeMoux, Patrick Civille, Vicente Salas, Victorino Torres, and Mark Cowan.

   Attorney Patrick Civille argued the motion to dismiss on behalf of Pamela Brown.

   Court recessed at 2:05 p.m. and reconvened at 2:20 p.m.

   Attorney Brien Sers Nicholas argued on behalf of the Plaintiff.

   Court, after hearing all testimony and argument, took the matter under advisement and stated that a written decision would be forthcoming.

   Attorney Benjamin DeMoux argued on behalf of Defendants Fermin Atalig and Eloy Inos.  Attorney Nicholas argued on behalf of his client.

   Court, after hearing all testimony and argument, took the matter under advisement and stated that a written decision would be forthcoming.

                                      Adjourned 3:15 p.m.

                                      _____
                                      K. Lynn Lemieux, Courtroom Deputy