Clerk
District Court

MAR 0 9 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Benjamin L. DeMoux
Assistant Attorney General
Office of the Attorney General-Civil Division
2nd Floor, Juan A. Sablan Memorial Bldg.
Caller Box 10007
Saipan, MP 96950
Telephone: 664-2341
Fax: 664-2349
bendemoux@gmail.com
On behalf of the Office of the Attorney General

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROSARIO DLG KUMAGAI | CIVIL ACTION NO. 05-0037 |
|    Plaintiff, | |
|    v. | |
| PAMELA BROWN, a.k.a. PAMELA BROWN BLACKBURN, personally and in her official capacity as the Attorney General for the Commonwealth of the Northern Mariana Islands; FERMIN M. ATALIG, personally and in his official capacity as Secretary of Finance; COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS; MARIA LOURDES SEMAN ADA, personally and in her official capacity as Executive Director for the Commonwealth Development Authority, COMMONWEALTH DEVELOPMENT AUTHORITY; BANK OF GUAM; and JOHN DOES ONE thru TEN. | **STIPULATION AND ~~(PROPOSED)~~ ORDER** |
|    Defendants. | |

Pursuant to the Court's order of March 1, 2006, now comes plaintiff Rosario DLG Kumagai, defendants Commonwealth Development Authority ("CDA") and Maria Lourdes Seman Ada and the Office of the Attorney General, by and through counsel, and hereby stipulate and agree as follows:

-1-

That the Office of the Attorney General will prepare a brief in the nature of an amicus brief on the status of the Commonwealth Development Agency as it relates the CNMI government. This brief shall be submitted to the Court and served on the parties no later than March 22, 2006.

That CDA and Ms. Ada will jointly prepare an opening brief on the status of the Commonwealth Development Agency as it relates the CNMI government. This brief is to be submitted to the Court and served on the parties no later than March 29, 2006.

That Ms. Kumagai will prepare an opposing brief on the status of the Commonwealth Development Agency as it relates the CNMI government. This brief is to be submitted to the Court and served on the parties no later than April 13, 2006.

That CDA and Ms. Ada will jointly prepare a reply brief on the status of the Commonwealth Development Agency as it relates the CNMI government. This brief is to be submitted to the Court and served on the parties no later than April 19, 2006.

That a hearing on the matter will be held on May 11, 2006, or at such later date as the Court shall find convenient. The form of the hearing is to be on a motion to dismiss and is to concern all grounds on which CDA and Ms Ada seek dismissal. The Office of the Attorney General will appear at the hearing but will not argue the matter, unless the Court so requests. So Stipulated,

3/6/06

Brien Sers Nicholas, ESQ
Counsel for Rosario DLG Kumagai

-2-

Vicente T. Salas, ESQ.
Counsel for Commonwealth Development
Authority and Maria Lourdes Seman Ada

Benjamin L. DeMoux, ESQ. AAG
On Behalf of the Office of the Attorney General

## ORDER

Upon consideration of the stipulation of both parties, and good cause shown, the foregoing stipulation is hereby approved and the hearing on the motion to dismiss is now reset to ~~May 11, 2006 at 8:30 a.m.~~ the _18TH_ day of _MAY_ , 2006 at _9:00_ a.m./p.m.

**SO ORDERED**, this _9ZN_ day of March, 2006

Alex R. Munson
Judge

**RECEIVED**

MAR - 8 2006

Clerk
District Court
For The Northern Mariana Islands

-3-