| | |
|---|---|
| | FILED<br>Clerk<br>District Court<br><br>MAY 1 0 2006<br><br>For The Northern Mariana Islands<br>By_____<br>(Deputy Clerk) |

1  **JOAQUIN C. ARRIOLA**
2  **MARK E. COWAN**
   **ARRIOLA, COWAN & ARRIOLA**
3  259 Martyr Street, Suite 201
   P.O. Box X, Hagåtña, Guam 96932
4  Telephone: (671) 477-9730/33
   Telecopier: (671) 477-9734
5

6  **VICTORINO D.L.G. TORRES**
   **VINCENT D.L.G. TORRES**
7  **TORRES BROTHERS, LLC**
   P.O. Box 501856
8  Saipan, NMI 96950
   Telephone: (670) 233-5504/6
9  Telecopier: (670) 233-5510

10 Attorneys for **BANK OF GUAM**

11              IN THE UNITED STATES DISTRICT COURT FOR
12                    THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| 13 | ROSARIO DLG KUMAGAI,         ) | CIVIL ACTION NO. 05-0037 |
| 14 |                              ) | |
|    |         Plaintiff,           ) | |
| 15 | vs.                          ) | |
| 16 |                              ) | |
|    | PAMELA BROWN, a.k.a. PAMELA BROWN ) | |
| 17 | BLACKBURN, personally and in her official ) | |
|    | capacity as the Attorney General for the ) | |
| 18 | Commonwealth of the Northern Mariana Islands; ) | |
| 19 | FERMIN M. ATALIG, personally and in his ) | **MOTION OF DEFENDANT** |
|    | official capacity as the Secretary of Finance, ) | **BANK OF GUAM** |
| 20 | COMMONWEALTH OF THE NORTHERN ) | **FOR SUMMARY JUDGMENT** |
|    | MARIANA ISLANDS; ) | |
| 21 | MARIA LOURDES SEMAN ADA, personally ) | |
| 22 | and in her official capacity as the Executive ) | |
|    | Director for the Commonwealth Development ) | |
| 23 | Authority; ) | Hearing:  JUN 1 5 2006 |
| 24 | COMMONWEALTH DEVELOPMENT ) | |
|    | AUTHORITY; ) | Time:     8:30 a.m. |
| 25 | BANK OF GUAM; ) | |
| 26 | and JOHN DOES ONE thru TEN, ) | Judge:    Hon. Alex R. Munson |
|    |                              ) | |
| 27 |         Defendants.          ) | |
| 28 | _____) | |

-1-

Defendant Bank of Guam moves the Court for an order granting summary judgment on all claims against it in the above entitled action pursuant to Rule 56 of the Federal Rules of Civil Procedure.

This Motion is supported by the accompanying Memorandum of Points and Authorities, the Declaration of Amoretta L.P. Carlson submitted herewith, the record and file of this case, and such matters as may be presented at hearing thereon.

Dated: 5/8/06

ARRIOLA, COWAN & ARRIOLA
Attorneys for Defendant **BANK OF GUAM**

By: *[signature]*
**MARK E. COWAN**