# APPENDIX - 3

Public Law 13-39

PL 13-39



COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

GOV. COMM. 13-371
(HOUSE)

Juan N. Babauta
Governor

Diego T. Benavente
Lieutenant Governor

DEC 1 3 2002

The Honorable Heinz S. Hofschneider
Speaker, House of Representatives
Thirteenth Northern Marianas
  Commonwealth Legislature
Saipan, MP 96950

The Honorable Paul A. Manglona
Senate President
Thirteenth Northern Marianas
  Commonwealth Legislature
Saipan, MP 96950

Dear Mr. Speaker and Mr. President:

This is to inform you that I have signed into law House Bill No. 13-228, entitled, "To amend Sections 3, 4, and 5 of PL 13-17, as amended by PL 13-25; and for other purposes," which was passed by the Thirteenth Northern Marianas Commonwealth Legislature.

I am pleased to sign this bill into law. Its quick passage illustrates the united intentions of the Legislature and this Administration working together to expedite resolution of this issue. Many of our people have been waiting patiently for compensation from this government and we thank them for their patience.

This bill becomes Public Law No 13-39. Copies bearing my signature are forwarded for your ready reference.

Sincerely,

JUAN N. BABAUTA

CC: Marianas Public Lands Authority
    Commonwealth Development Authority
    Department of Finance
    Programs and Legislative Review Office



# *The House of Representatives*
## NORTHERN MARIANAS COMMONWEALTH LEGISLATURE
P.O. Box 500586
Saipan, MP 96950

December 4, 2002

*Public Law No. 13 39*

The Honorable Paul A. Manglona
Acting Governor
Commonwealth of the Northern
 Mariana Islands
Capitol Hill
Saipan, MP  96950

Dear Acting Governor Manglona:

I have the honor of transmitting herewith H. B. NO. 13-228, entitled, "To amend sections 3, 4, and 5 of PL 13-17, as amended by PL 13-25; and for other purposes." The Bill was passed by the House of Representatives and the Senate of the Thirteenth Northern Marianas Commonwealth Legislature.

Sincerely yours,

Evelyn C. Fleming
House Clerk

Attachment



# HOUSE OF REPRESENTATIVES
### THIRTEENTH NORTHERN MARIANAS COMMONWEALTH LEGISLATURE

Public Law No. 13 -39

# H.B. NO. 13-228

## AN ACT

TO AMEND SECTIONS 3, 4, AND 5 OF PL 13-17, AS AMENDED BY PL 13-25: AND FOR OTHER PURPOSES.

### In the HOUSE OF REPRESENTATIVES

**Offered by Representatives:** Jesus T. Attao, Heinz S. Hofschneider and Arnold I. Palacios

**Date:** November 27, 2002

> Referred to: N/A
> Public Hearing: None
> Standing Committee Report: None

**Action of the HOUSE OF REPRESENTATIVES**

    Passed    First and Final Reading    November 27, 2002

### In the SENATE

> Referred to: N/A
> Public Hearing: None
> Standing Committee Report: None

**Action of the SENATE**

    Passed    Final Reading    November 27, 2002

_Evelyn C. Fleming_
House Clerk

**THIRTEENTH NORTHERN MARIANAS COMMONWEALTH LEGISLATURE**

SECOND REGULAR SESSION, 2002

*Public Law No. 13-39*
**H. B. NO. 13-228**

## A BILL FOR AN ACT

TO AMEND SECTIONS 3, 4, AND 5 OF PL 13-17, AS AMENDED BY PL 13-25; AND FOR OTHER PURPOSES.

**BE IT ENACTED BY THE THIRTEENTH NORTHERN MARIANAS COMMONWEALTH LEGISLATURE:**

1  **Section 1. Intent and Purpose.** Interim financing is needed to secure the public
2  debt mandated under PL 13-17, as amended. The purpose of this Act is to clarify existing
3  language that, through the Commonwealth Development Authority, the Marianas Public
4  Lands Authority, in fulfilling its statutory mandate, may arrange for interim financing of the
5  public debt to fund the retirement of land compensation claims against the Commonwealth.
6  **Section 2. Repeal and Reenactment.** Section 3 of PL 13-17, as amended by PL
7  13-25, is repealed and reenacted to read as follows:
8  Section 3. Public Debt Authorization.
9  (a) This Act is a Bond Authorization Act within the meaning of PL 11-3. The
10  Commonwealth Development Authority (CDA) for and in the name and on behalf of
11  the Commonwealth is hereby authorized, at the request and after consultation with the
12  Marianas Public Lands Authority (MPLA), to issue in one or more series up to
13  $40,000,000 in principal amount of general obligation bonds of the Commonwealth
14  for the purpose of completing the acquisition of various parcels of real property
15  through funding the retirement of land compensation claims against the
16  Commonwealth for land taking by eminent domain or other legal process. The CDA,
17  at the request of and after consultation with the MPLA, is also authorized to secure on
18  behalf of the Commonwealth bond proceeds anticipation financing for such purposes
19  from a financial institution in a principal amount up to $40,000,000. In consultation

*Public Law No. 13-39*
HOUSE BILL NO. 13-228

with MPLA, CDA is further authorized to pledge as additional security for the bonds, and for any interim financing for the Commonwealth, the Land Compensation Fund established by Section 4 hereof, and on such priority and terms as CDA in consultation with MPLA determines to be in the best interest of the Commonwealth. The funds borrowed under the interim financing shall be retired from funds generated by the bond issuance or from other sources, including pledged collateral, provided herein for payment of the bonds.

(b) The public debt authorized herein shall be issued pursuant to and as "bonds" within the meaning of Public Law 11-3 (4 CMC §§ 10451-10466) and payable in United States currency and not in the equivalent amount of any foreign currency.

(c) The authorization for public debt hereunder is made only for the purpose of acquisition of real property through funding the retirement of land compensation claims against the Commonwealth, and only to a total principal amount of indebtedness not to exceed $40,000,000 outstanding at any time, inclusive of any commission or fee, and costs of issuance, reserves, credit enhancement or other similar expenses.

(d) The public debt authorized herein is only authorized with a true interest rate not exceeding 7% per annum simple interest on the principal amount remaining outstanding and unpaid and with repayment terms not exceeding 30 years for payment in full of principal and interest.

(e) The public debt authorized herein shall be backed by the full faith and credit of the Commonwealth Government and shall be a debt of the Commonwealth.

Section 3. **Amendment.** Section 4 of PL 13-17 is amended by modifying existing subsection (b), by adding a new subsection (c), by revising existing subsection (c) to be redesignated as "(d)", and by redesignating affected subsections accordingly:

(b) The purpose of the Fund shall be to pay principal and interest on any financing entered into by the Commonwealth for the acquisition of real property

1  through funding of the retirement of land compensation claims against the
2  Commonwealth as authorized by this Act.
3       (c) The CDA, for and in the name and on behalf of the Commonwealth, may
4  pledge as additional security for, and provide for payment of, principal and interest on
5  the bonds and any interim financing from amounts in the Fund, and covenant not to
6  amend subparagraph (ii) of 4 CMC § 1403(e) as amended in Section 4 of this act in
7  any manner that would impair the security for the bonds or interim financing.
8       (d) Transfer of Bond Proceeds to MPLA. After satisfying any commission or
9  fee, costs of issuance, reserves, credit enhancement or other similar expenses, CDA
10 shall transfer the remaining balance of the bond proceeds to MPLA which shall
11 deposit these funds into an account separate from its operational accounts. The funds
12 in such account are hereby appropriated, without requiring further legislative
13 appropriation, for the purpose of paying out land compensation claims subject to
14 conditions necessary to maintain tax exemption of the bonds or any interim financing.
15 The Commissioner of MPLA shall have expenditure authority over the funds in the
16 account subject to approval of claims by the Board.
17 **Section 4.** <u>**Repeal and Reenactment.**</u> Subparagraph (ii) of 4 CMC § 1403(e), as
18 enacted by PL 13-17, and subsequently amended by PL 13-25, is repealed and reenacted to
19 read as follows:
20      (ii)    After the amount in subparagraph (i) has been transferred, and
21 notwithstanding any law to the contrary, and beginning when the Commonwealth
22 initially obtains the interim or other financing authorized by this Act, the Department
23 of Finance shall deposit the balance of the amount of the liquid fuel tax collected
24 under 4 CMC § 1403(a) and the entire amount of the aviation tax collected under 4
25 CMC § 1403(b) into the Land Compensation Fund to the extent necessary to maintain
26 a balance in such Fund at all times sufficient to pay all principal of and interest on the
27 bonds becoming due during the next succeeding 12 months. Such funds are
28 continually appropriated for the sole purpose of paying the principal and interest on

Public Law *No. 13-39*
HOUSE BILL NO. 13-228

1  any financing, including any interim financing, authorized by this Act. Provided,
2  that, in the event the amount in the Land Compensation Fund is insufficient to cover
3  any requisite payment upon such financing, the Governor shall, notwithstanding any
4  law to the contrary, pay the remaining balance of such payment from the general
5  fund. The funds in the Land Compensation Fund shall be nonlapsing except, upon
6  certification by the Secretary of Finance that all principal and interest on all financing
7  has been paid in full and discharged, any funds remaining in the Land Compensation
8  Fund shall lapse to the general fund.
9  **Section 5. Severability.** If any provisions of this Act or the application of any such

14
15  repealed or under any rule, regulation or order adopted under the statutes. Repealers
16  contained in this Act shall not affect any proceeding instituted under or pursuant to prior law.
17  The enactment of the Act shall not have the effect of terminating, or in any way modifying,
18  any liability, civil or criminal, which shall already be in existence on the date this Act
19  becomes effective.
20  **Section 7. Article X, Section 3 Certification.** Upon passage of this bill by the
21  Legislature, by a vote of at least two-thirds of the members in each house, the Speaker of the

24  accordance with Article X, Section 3 of the Commonwealth Constitution. Such certification
25  and attestation shall form a part of the engrossed bill for transmittal to the Governor, and
26  shall serve as affirmation of the full faith and credit of the Commonwealth Government with
27  respect to this bond issuance.

*Public Law* **No. 13-39**
HOUSE BILL NO. 13-228

1   **Section 8. Effective Date.** This Act shall take effect upon its approval by the
2   Governor, or it becoming law without such **approval.**

Passed by the House of Representatives and by the Senate with the affirmative vote of two-thirds of the members in each house.

CERTIFIED BY:

_____          _____
HEINZ S. HOFSCHNEIDER                     PAUL A. MANGLOÑA
SPEAKER OF THE HOUSE                      PRESIDENT OF THE SENATE

ATTESTED TO BY:

_____          _____
EVELYN C. FLEMING                         THOMAS P. VILLAGOMEZ
HOUSE CLERK                               SENATE LEGISLATIVE SECRETARY

*Approved* THIS 13th DAY OF *December*, 2002

_____
JUAN N. BABAUTA
GOVERNOR
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

Page 5