

# COMMONWEALTH DEVELOPMENT AUTHORITY

P.O. Box 502149, Saipan, MP 96950
Tel: (670) 234-6293 • Fax: 235-7147 • email: acctg@cda.gov.mp • website: www.cda.gov.mp

# FACSIMILE TRANSMITTAL

| **To:** | Ms. Amoretta Carlson<br>AVP & Trust Officer<br>Bank of Guam Trust Dept. | **Fax:** | (671) 472-5527 |
|---|---|---|---|
| **From:** | Maria Lourdes S. Ada<br>Executive Director | **Date:** | 08/09/05 |
| **Re:** | MPLA Land Compensation Requisitions | **Pages:** | 1 of 7 |
| **CC:** |  | **Fax :** |  |

**CONFIDENTIALITY NOTICE:** This facsimile contains confidential information intended for a specific individual and purpose and is protected by law. If you are not the intended recipient, you should destroy this facsimile and are hereby notified that any disclosure, copying, or distribution of the information contained herein, or the taking of any action based on it, is strictly prohibited.

## MESSAGE:

Please process the attached drawdown requests for land owner's compensation per MPLA **Requisition Nos. FY05-10 & FY05-11** as soon as possible.

Thank you and regards.



EXHIBIT C

 

# COMMONWEALTH DEVELOPMENT AUTHORITY

P.O. BOX 502149, SAIPAN MP 96950
Tel.: (670) 234-6245/6293/7145/7146 • Fax: (670) 234-7144 or 235-7147
Email: administration@cda.gov.mp • Website: www.cda.gov.mp

August 8, 2005

Ms. Amoretta Carlson                        VIA FACSIMILE NO. (671) 472-5527
AVP & Trust Officer
Bank of Guam Trust Department
PO Box BW
Hagatna, Guam 96932

RE: *CNMI GO Bonds, Series 2003A – MPLA Projects Fund*

Dear Ms. Carlson:

Please process the enclosed MPLA Requisition No. FY05-10 and initiate the disbursement(s) of funds to the land claimant(s) listed on the attached Schedule A and charge against the <u>MPLA Projects Fund Account No. 76-1000-09</u>.

Upon completion of the check(s), you may send it/them directly to the MPLA office in Chalan Piao, Saipan, for distribution to the land claimant(s).

Please confirm this transaction via e-mail at acctg@cda.gov.mp as soon as possible.

Sincerely,

MARIA LOURDES SEMAN ADA
Executive Director


TOM GLENN QUITUGUA
Chairman, CDA Board of Directors


Requisition No. FY05-10



# Commonwealth of the Northern Mariana Islands
## MARIANAS PUBLIC LANDS AUTHORITY

REQUISITION NO. FY05-10

April 29, 2005

~~Mr. Joe Pauline~~ Ms. Amoretta Carlson
Bank of Guam, Trust Department
P.O. Box BW
Hagatna, Guam 96932

As Trustee under that certain Indenture, dated as of December 1, 2003, by and between the Trustee and the Commonwealth Development Authority (the "Indenture"), providing for the issuance of the Commonwealth of the Northern Mariana Islands General Obligation Bonds, Series 2003A (the "Bonds"), you are hereby requested and instructed to take actions described below with respect to the MPLA Account in the Project Fund established pursuant to the Indenture. Unless otherwise specified herein or unless the context otherwise requires, all capitalized terms used in this shall have the meanings specified in Section 1.01 of the Indenture.

<u>Disbursement from MPLA Account</u>. Pursuant to Section 3.02 of the Indenture, the Trustee is hereby requested to pay the itemized costs of the Project listed on, "Schedule A", attached hereto with moneys in the MPLA Account. Each such payment is for a Project consisting of the acquisition of real property through funding the retirement of land compensation claims against the Commonwealth with respect to which a claim has been approved by the MPLA Board, is based upon procedures established by the MPLA Board, and is a proper and lawful charge against said Account.

IN WITNESS WHEREOF, I have hereunto set my hand at my office on the date set forth above.

MARIANAS PUBLIC LANDS AUTHORITY

By: Edward DL. Guerrero
Commissioner

Concurred by: Fermin Atalig
Secretary of Finance

P.O. Box 500380, Saipan, MP 96950 • Ground Floor, V.S. Sablan Plaza, Chalan Piao

## Schedule A
*($40M Bond - Land Compensation Fund Account No. 76-1000-09)*

| Item No. | Payee | Amount | Purpose |
|---|---|---|---|
| FY05-10.1 | Victoria S. Nicholas | $1,166,403.14 | P.L. 13-17 Land Compensation |
| FY05-10.2 | Marianas Public Lands Authority | 30,405.00 | Reimbursement, OCT04-FEB05 appraisals, surveys, & title searches |
| **TOTAL (2)** | | **$1,196,808.14** | |

 

# COMMONWEALTH DEVELOPMENT AUTHORITY

P.O. BOX 502149, SAIPAN MP 96950
Tel.: (670) 234-6245/6293/7145/7146 • Fax: (670) 234-7144 or 235-7147
Email: administration@cda.gov.mp • Website: www.cda.gov.mp

August 8, 2005

Ms. Amoretta Carlson          VIA FACSIMILE NO. (671) 472-5527
AVP & Trust Officer
Bank of Guam Trust Department
PO Box BW
Hagatna, Guam 96932

RE: *CNMI GO Bonds, Series 2003A – MPLA Projects Fund*

Dear Ms. Carlson:

Please process the enclosed MPLA Requisition No. FY05-11 and initiate the disbursement(s) of funds to the land claimant(s) listed on the attached Schedule A and charge against the **MPLA Projects Fund Account No. 76-1000-09**.

Upon completion of the check(s), you may send it/them directly to the MPLA office in Chalan Piao, Saipan, for distribution to the land claimant(s).

Please confirm this transaction via e-mail at acctg@cda.gov.mp as soon as possible.

Sincerely,

MARIA LOURDES SEMAN ADA
Executive Director

TOM GLENN QUITUGUA
Chairman, CDA Board of Directors

Requisition No. FY05-11



# Commonwealth of the Northern Mariana Islands
## MARIANAS PUBLIC LANDS AUTHORITY

REQUISITION NO. FY05-11



May 5, 2005

Ms. Amoretta Carlson
Bank of Guam, Trust Department
P.O. Box BW
Hagatna, Guam 96932

    As Trustee under that certain Indenture, dated as of December 1, 2003, by and between the Trustee and the Commonwealth Development Authority (the "Indenture"), providing for the issuance of the Commonwealth of the Northern Mariana Islands General Obligation Bonds, Series 2003A (the "Bonds"), you are hereby requested and instructed to take actions described below with respect to the MPLA Account in the Project Fund established pursuant to the Indenture. Unless otherwise specified herein or unless the context otherwise requires, all capitalized terms used in this shall have the meanings specified in Section 1.01 of the Indenture.

    <u>Disbursement from MPLA Account</u>. Pursuant to Section 3.02 of the Indenture, the Trustee is hereby requested to pay the itemized costs of the Project listed on, "Schedule A", attached hereto with moneys in the MPLA Account. Each such payment is for a Project consisting of the acquisition of real property through funding the retirement of land compensation claims against the Commonwealth with respect to which a claim has been approved by the MPLA Board, is based upon procedures established by the MPLA Board, and is a proper and lawful charge against said Account.

    IN WITNESS WHEREOF, I have hereunto set my hand at my office on the date set forth above.

MARIANAS PUBLIC LANDS AUTHORITY

By: Edward DL. Guerrero
    Commissioner

Concurred by: Fermin Atalig
    Secretary of Finance

### Schedule A
*($40M Bond - Land Compensation Fund Account No. 76-1000-09)*

| Item No. | Payee | Amount | Purpose |
|---|---|---|---|
| FY05-11.1 | Rosario DLG. Kumagai | $79,704.10 | P.L. 13-17 Land Compensation |
| FY05-11.2 | CNMI Treasury (Ref. Rosario DLG. Kumagai, Civil Action No. 05-0149C) | 79,704.09 | P.L. 13-17 Land Compensation |
| TOTAL (2) | | $159,408.19 | |