

# COMMONWEALTH DEVELOPMENT AUTHORITY

P.O. Box 502149, Saipan, MP 96950
Tel: (670) 234-6293 • Fax: 235-7147 • email: acctg@cda.gov.mp • website: www.cda.gov.mp

**URGENT**

# FACSIMILE TRANSMITTAL

| To: | Ms. Amoretta Carlson<br>AVP & Trust Officer<br>Bank of Guam Trust Dept. | Fax: | (671) 472-5527 |
|---|---|---|---|
| From: | Maria Lourdes S. Ada<br>Executive Director | Date: | 08/10/05 |
| Re: | MPLA Land Compensation Requisitions | Pages: | 1 of 2 |
| CC: | | Fax: | |

**CONFIDENTIALITY NOTICE:** This facsimile contains confidential information intended for a specific individual and purpose and is protected by law. If you are not the intended recipient, you should destroy this facsimile and are hereby notified that any disclosure, copying, or distribution of the information contained herein, or the taking of any action based on it, is strictly prohibited.

MESSAGE:

Hello Amoretta,

Per your telecom with Marylou late yesterday, attached herewith is the letter from the Attorney General in reference to the **cancellation of MPLA Req. Nos. FY05-10 & 11.** Should you have any questions regarding this matter, please do not hesitate to call us at (670) 234-6245 or 6293.

Thank you and regards.



EXHIBIT D

# Commonwealth of the Northern Mariana Islands
## Office of the Attorney General

2nd Floor Hon. Juan A. Sablan Memorial Bldg.
Caller Box 10007, Capitol Hill
Saipan, MP 96950

**Civil Division**
Tel: (670) 664-2341/42
Fax: (670) 664-2349

**Criminal Division**
Tel: (670) 664-2366/67/68
Fax: (670) 234-7016

**Investigative Unit**
Tel: (670) 664-2310/12
Fax: (670) 664-2319

**Division of Immigration**

**Saipan**
Tel: (670) 236-0922/23
Fax: (670) 664-3190

**Rota**
Tel: (670) 532-9436
Fax: (670) 532-3190

**Tinian**
Tel: (670) 433-3712
Fax: (670) 433-3730

**Domestic Violence Intervention Center**
Tel: (670) 664-4583/4
Fax: (670) 234-4589

August 10, 2005

Mary Lou Ada  -234-7144
Executive Director
Commonwealth Development Authority
Saipan, MP 96950



Dear Ms. Ada:

We respectfully request that the Commonwealth Development Authority not authorize requisitions FY 05-10 and FY 05-11 prior to the end of the day August 15, 2005.

We are investigating requisitions FY 05-10 and FY 05-11 because the valuations appear too high for properties that generally have little or no market value. Both involve 100% wetland properties. We are also investigating these requisitions because MPLA is not authorized to compensate with bond money wetland properties that are not taken for right-of-ways and it does not appear that these properties were taken for that reason. We will conclude our investigation of these matters by the end of the day on Friday, August 12th. By the end of the day on Monday, August 15, 2005, we will either bring court action to void the payments (and other similar payments that have already been paid) or recommend that the payments be authorized.

We ask that the Commonwealth Development Authority provide us this short period of time to complete our investigation and either bring court action or not before authorizing these potentially illegal payments. We appreciate your consideration.

Best regards,

Pam Brown
Attorney General