

# Commonwealth of the Northern Mariana Islands
## MARIANAS PUBLIC LANDS AUTHORITY

September 10, 2004

Joe Paulino  
Bank of Guam, Trust Department  
P.O. Box HW  
Hagatna, Guam 96932

AD 04-1092

Dear Mr. Paulino:

This is to inform you that we are returning two checks: Nos. 737867 and 737868, paid to the order of Trinidad C. Magofna, et al., and Joaquin C. and Maria B. Duenas, respectively. These checks were requested under Requisition No. FY 04-06 and we are returning them because of an oversight in the calculation of interest. We will resubmit a requisition with the corrected information for the aforementioned claimants in the soonest possible time.

Thank you for your understanding. If you have any questions, please contact our office.

Sincerely,

FRANK M. ELIPTICO  
Acting Commissioner

cc: MPLA Board of Directors  
     CDA Executive Director  
     CNMI Finance Secretary  
     Office of the Attorney General  
     MPLA Comptroller



EXHIBIT E-1

P.O. Box 500380, Saipan, MP 96950 • Ground Floor, V.S. Sablan Plaza, Chalan Piao  
Website: www.mpla.gov.mp • E-mail: mpla@vzpacifica.net  
Tel.: (670) 234-3751/3752/3757 • Fax: (670) 234-3755



# Commonwealth of the Northern Mariana Islands
## MARIANAS PUBLIC LANDS AUTHORITY

SA05-0508

April 25, 2005

Ms. Lorraine De Guzman
PAC/Trust Office
Trust Department
Bank of Guam, HQ
P.O. Box BW
Hagatna, Guam 91932

Dear Ms. De Guzman:

Enclosed is a Bank of Guam check No. 009647, dated April 18, 2005, issued to the heirs of Francisco C. Sablan. Unfortunately the original list of heirs was incomplete. For this reason the check is being returned for cancellation.

The CNMI Court has recently completed its probate determination on the estate of Francisco C. Sablan. All heirs of the estate of Francisco C. Sablan have been identified. Therefore, a new drawdown request will be submitted based on a complete and final listing of the heirs of Francisco C. Sablan.

We thank you for your understanding and cooperation.

Sincerely,

EDWARD M. DELEON GUERRERO
Commissioner

cc:   Chairperson, MPLA Board
      Comptroller, MPLA
      Chairman, CDA Board
      Executive Director, CDA



EXHIBIT E-2

P.O. Box 500380, Saipan, MP 96950 • Ground Floor, V.S. Sablan Plaza, Chalan Piao
Website: www.mpla.gov.mp • E-mail: mpla@vzpacifica.net
Tel.: (670) 234-3751/3752/3757 • Fax: (670) 234-3755



No. 009647

DATE April 18, 2005

REMITTANCE AMOUNT

$118,870.88* *

DETACH AND RETAIN THIS COPY FOR YOUR RECORDS

A/C NAME  CNMI 2003A MPLA PROJECT FUNDS

A/C NO.  76100009

FOR  FY05-07.01
P.L. 13-17 Land Compensation



# Commonwealth of the Northern Mariana Islands
## MARIANAS PUBLIC LANDS AUTHORITY



June 7, 2005                                            LC 05-0747

Amoretta Carlson
Bank of Guam, Trust Department
P.O. Box BW
Hagatna, Guam 96932

Dear Ms. Carlson:

This is to inform you that we are returning a check: No. 009687, paid to the order of Perry B. Inos. The check was requested under Requisition No. FY 05-15 and we are returning it because of an oversight in the land area. We will resubmit a requisition with the corrected information for the aforementioned claimant at the soonest possible time.

Thank you for your understanding. If you have any questions, please contact our office.

Sincerely,

VINCENT T. CASTRO
Acting Commissioner

cc:     MPLA Board of Directors
       MPLA Commissioner
       MPLA Comptroller
       CDA Executive Director
       CNMI Finance Secretary
       Office of the Attorney General



EXHIBIT E-3

P.O. Box 500380, Saipan, MP 96950 • Ground Floor, V.S. Sablan Plaza, Chalan Piao
Website: www.mpla.gov.mp • E-mail: mpla@vzpacifica.net
Tel.: (670) 234-3751/3752/3757 • Fax: (670) 234-3755

**Bank of Guam**

TRUST DEPARTMENT
P.O. BOX BW
AGANA, GUAM 96932

No. 009687

ACCT NO. 76100009

DATE June 06, 2005

PAY

TO THE ORDER OF  Perry B. Inos

DETACH AND RETAIN THIS COPY FOR YOUR RECORDS

A/C NAME  **CNMI/MPLA** Land Compensation Fund Account

No. 009687

A/C NO.  76100009

DATE June 06, 2005

REMITTANCE AMOUNT

FOR  P.L. 13-17 Land Compensation



# Commonwealth of the Northern Mariana Islands
## MARIANAS PUBLIC LANDS AUTHORITY

November 9, 2004                                                                                       LC 04-1340

Joe Paulino
Bank of Guam, Trust Department
P.O. Box HW
Hagatna, Guam  96932

Dear Mr. Paulino:

Subject: Lot 423-R/W (Lucy Ann T. Sablan)

The Motion for Order of Court lifting the restraining order for just compensation to Lucy Ann T. Sablan requires the just compensation of $31,375.78 to be equally apportioned between two parties. First, payment of $15,687.89 should be payable to Lucy Ann T. Sablan. Second, $15,687.89 should be paid to Commonwealth of the Northern Mariana Islands (CNMI Superior court. In addition, on the check payable to CNMI Superior Court, please include the following description: "Child Support Payment for Nicolas Payne Sablan, Civil Action No. 03-0160."

Thank you for your understanding. If you have any questions, please contact our office.

Sincerely,

EDWARD M. DELEON GUERRERO
Commissioner

cc:   MPLA Board of Directors
      CDA Executive Director
      CNMI Finance Secretary
      Office of the Attorney General
      MPLA Comptroller
      MPLA CIP Coordinator/Financial Analyst

EXHIBIT 5-9

NOV 10 2004

P.O. Box 500380, Saipan, MP 96950 • Ground Floor, V.S. Sablan Plaza, Chalan Piao
Website: www.mpla.gov.mp • E-mail: mpla@vzpacifica.net
Tel.: (670) 234-3751/3752/3757 • Fax: (670) 234-3755

