

**Office of the Secretary**
# Department of Finance

P.O. Box 5234 CHRB SAIPAN, MP 96950          TEL. (670) 664-1100    FAX: (670) 664-1115

December 22, 2004

Ms. Maria Lourdes S. Ada
Executive Director
Commonwealth development Authority
Saipan, MP 96950

RE:  Land Compensation Requisition No. FY 05-01

Dear Ms. Ada:

Significant questions have been raised by the Office of the Attorney General concerning the legality of the Land Compensation Drawdown Requisition FY 05-01 dated October 29, 2004 payable to the Administrator of the Estate of Angel Maliti in the amount of $3,450,000.00 in the proceeding *Commonwealth of the Northern Mariana Islands ex rel. Pam Brown v. Ana Demapan-Castro, et al.*, Civil Action No. 04-0563C. These issues are currently before the court for determination, and until they have been resolved it would be inappropriate to release these funds.  Therefore, this letter shall serve as revocation of my authorization of the associated requisition, and you are instructed not to process this payment until you receive specific additional approval from me.  If you have any questions or comments on this matter, please contact me.

Sincerely,

FERMIN M. ATALIG
Secretary of Finance

Cc.    M.P.L.A. Board of Directors
       M.P.L.A. Commissioner
       Joe Paulino, A.V.P. & Trust Officer



EXHIBIT

**F**



# COMMONWEALTH DEVELOPMENT AUTHORITY

P.O. BOX 502149, SAIPAN MP 96950
Tel.: (670) 234-6245/6293/7145/7146 • Fax: (670) 234-7144 or 235-7147
Email: administration@cda.gov.mp • Website: www.cda.gov.mp



October 3, 2005

Ms. Amoretta Carlson                    VIA FACSIMILE NO. (671) 472-5527
AVP & Trust Officer
Bank of Guam Trust Department
PO Box BW
Hagatna, Guam 96932

RE: *CNMI GO Bonds, Series 2003A – MPLA Projects Fund*

Dear Ms. Carlson:

Please process the enclosed MPLA Requisition No. FY05-11 and initiate the disbursement(s) of funds to the land claimant(s) listed on the attached Schedule A and charge against the **MPLA Projects Fund Account No. 76-1000-09.**

Upon completion of the check(s), you may send it/them directly to the MPLA office in Chalan Piao, Saipan, for distribution to the land claimant(s).

Please confirm this transaction via e-mail at acctg@cda.gov.mp as soon as possible.

Sincerely,

MARIA LOURDES SEMAN ADA
Executive Director

TOM GLENN A. QUITUGUA
Chairman, CDA Board of Directors

Requisition No. FY05-11



EXHIBIT
G



# Commonwealth of the Northern Mariana Islands
## MARIANAS PUBLIC LANDS AUTHORITY

REQUISITION NO. FY05-11

May 5, 2005

Ms. Amoretta Carlson
Bank of Guam, Trust Department
P.O. Box BW
Hagatna, Guam 96932

   As Trustee under that certain Indenture, dated as of December 1, 2003, by and between the Trustee and the Commonwealth Development Authority (the "Indenture"), providing for the issuance of the Commonwealth of the Northern Mariana Islands General Obligation Bonds, Series 2003A (the "Bonds"), you are hereby requested and instructed to take actions described below with respect to the MPLA Account in the Project Fund established pursuant to the Indenture. Unless otherwise specified herein or unless the context otherwise requires, all capitalized terms used in this shall have the meanings specified in Section 1.01 of the Indenture.

   <u>Disbursement from MPLA Account.</u> Pursuant to Section 3.02 of the Indenture, the Trustee is hereby requested to pay the itemized costs of the Project listed on, "Schedule A", attached hereto with moneys in the MPLA Account. Each such payment is for a Project consisting of the acquisition of real property through funding the retirement of land compensation claims against the Commonwealth with respect to which a claim has been approved by the MPLA Board, is based upon procedures established by the MPLA Board , and is a proper and lawful charge against said Account.

   IN WITNESS WHEREOF, I have hereunto set my hand at my office on the date set forth above.

                    MARIANAS PUBLIC LANDS AUTHORITY

                    By: Edward DL. Guerrero
                        Commissioner


Concurred by: Fermin Atalig
              Secretary of Finance

Schedule A
*($40M Bond - Land Compensation Fund Account No. 76-1000-09)*

| Item No. | Payee | Amount | Purpose |
|---|---|---|---|
| FY05-11.1 | Rosario DLG. Kumagai | $79,704.10 | P.L. 13-17 Land Compensation |
| FY05-11.2 | CNMI Treasury  (Ref. Rosario DLG. Kumagai, Civil Action No. 05-0149C) | 79,704.09 | P.L. 13-17 Land Compensation |
| **T O T A L  (2)** | | **$159,408.19** | |



Bank of Guam
The Local Bank. The People's Bank.
Member FDIC

TRUST DEPARTMENT
P.O. BOX BW
AGANA, GUAM 96932

WARNING. DO NOT CASH THIS CHECK UNLESS YOU CAN VERIFY THE WORD "SAFE" IN THE BACKGROUND AND A WATERMARK ON THE BACK. HOLD AT A 45 DEGREE ANGLE TOWARDS OR AWAY FROM A LIGHT TO VERIFY. THIS DOCUMENT IS PRINTED ON A GREEN BACKGROUND

No. 009794

101-511
1214

ACCT. NO.  76100009

DATE  October 04, 2005

PAY                                    $79,704.1

AMOUNT  $79,704.10* *

TO THE ORDER OF    Rosario DLG Kumagai

AUTHORIZED SIGNATURE
AUTHORIZED SIGNATURE

"009794" ⑆121405115⑆:0101  119969"



Date:10-17-2005  Account:101119969  Amount:$79,704.10  Sequence:37837900  TR:121405115
Serial:9794  TranCode:0  DbCr:D



EXHIBIT

H



DO NOT CASH THIS CHECK UNLESS YOU CAN SEE THE WORD "SAFE" IN THE BACKGROUND

**Bank of Guam**
The Local Bank. The People's Bank.
Member FDIC

TRUST DEPARTMENT
P.O. BOX BW
AGANA, GUAM 96932

WARNING. DO NOT CASH THIS CHECK UNLESS YOU CAN
VERIFY THE WORD "SAFE" IN THE BACKGROUND AND A
WATERMARK ON THE BACK. HOLD AT A 45 DEGREE ANGLE
TOWARDS OR AWAY FROM A LIGHT TO VERIFY. THIS
DOCUMENT IS PRINTED ON A GREEN BACKGROUND.

No. 009795

101-511
1214

ACCT. NO. 76100009

DATE October 04, 2005

PAY                    $79,704.09

AMOUNT $79,704.09** *

TO THE
ORDER
OF

CNMI – Treasury (Ref. Rosario DLG
Kumagai, Civil Action no. 05-0149C)

OCT 20 '05 7:11

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

⑆009795⑆ ⑉121405115⑉:0101 119969⑈

HOLD AT AN ANGLE TOWARDS OR AWAY FROM A LIGHT TO VERIFY SAFETY FEATURES FRONT & BACK. DOCUMENT BACKGROUND IS GREEN IN COLOR.

<121040169< 001 7 0037916535
Bank of Guam SAIPAN PKT 0
CP San Francisco. CA 10202005

**WARNING** DO NOT CASH THIS CHECK WITHOUT NOTING
SECURITY FEATURES ON FRONT AND BACK

For Deposit Only
ENDORSE: CNMI Govt General Fund

Treasury, No. 1 Capitol Hill
0103-025301

NOTE: CR No. 1384/92

Date:10-20-2005  Account:101119969  Amount:$79,704.09  Sequence:37916535  TR:121405115
Serial:9795  TranCode:0  DbCr:D

```
TWR057  01 00  11/09/05     HISTORY ACCOUNT LEDGER     *INQUIRY*     PAGE   2
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ACCOUNT 76-1000-09 CNMI 2003A MPLA PROJECTS FUND | | | | | (ADM) 001 | (INV) 001 | |

```
POSTING TRAN   TRAN    -SECURITY-   RG TAX S P L    INCOME/      PRINCIPAL/
DATE   TYPE  NUMBER   NUMBER CLASS CD CDE P T I     UNITS        BOOK VALUE
```

| POSTING DATE | TRAN TYPE | TRAN NUMBER | SECURITY NUMBER | CLASS | RG CD | TAX CDE | S P | P T | L I | INCOME/ UNITS | PRINCIPAL/ BOOK VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/04/05 | 2 | 05100400010 | | 630 | | | | | | .00 | 79,704.09-<br>.00 |

CHECK #009795 DISBURSED TO CNMI
TREASURY AS PER LETTER DATED
OCTOBER 3, 2005 RE:FY05-1-2
P.L. 13-17 LAND COMPENSATION

| POSTING DATE | TRAN TYPE | TRAN NUMBER | SECURITY NUMBER | CLASS | RG CD | TAX CDE | S P | P T | L I | INCOME/ UNITS | PRINCIPAL/ BOOK VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/04/05 | 2 | 05100400052 | | 630 | | | | | | .00 | 79,704.10-<br>.00 |

CHECK #009794 DISBURSED TO ROSARIO
DLG KUMAGAI AS PER LETTER DATED
OCTOBER 3, 2005.  RE: FY05-11.1
P.L. 13-17 LAND COMPENSATION

```
F6/Forward F7/Reverse F11/Change F12/Inquiry F20/Hardcopy Select DO/Exit      _
```



# COMMONWEALTH DEVELOPMENT AUTHORITY

P.O. BOX 502149, SAIPAN MP 96950
Tel.: (670) 234-6245/6293/7145/7146 • Fax: (670) 234-7144 or 235-7147
Email: cda@itecnmi.com • Website: www.cda.gov.mp



February 14, 2005

Mr. Joseph H. Paulino             **VIA FACSIMILE NO. (671) 472-5527**
AVP & Trust Officer
Bank of Guam Trust Department
PO Box BW
Hagatna, Guam 96932

*RE: CNMI GO Bonds, Series 2003A – MPLA Projects Fund*

Dear Mr. Paulino:

Please process the enclosed MPLA Requisition No. FY05-04 and initiate the disbursements of funds to the land claimants and to others listed on the attached Schedule A and charge against the <u>**MPLA Projects Fund Account No. 76-1000-09.**</u>

Upon completion of the checks, you may send them directly to the MPLA office in Chalan Piao, Saipan, for distribution to the land claimants.

Please confirm this transaction via e-mail at <u>acctg@cda.gov.mp</u> as soon as possible.

Sincerely,

MARIA LOURDES SEMAN ADA
Executive Director

SIXTO K. IGISOMAR
Chairman, CDA Board of Directors

Requisition No. FY05-04

**EXHIBIT**
**I**



# Commonwealth of the Northern Mariana Islands
## MARIANAS PUBLIC LANDS AUTHORITY

REQUISITION NO. FY05-04

February 9, 2005

Mr. Joe Paulino
Bank of Guam, Trust Department
P.O. Box BW
Hagatna, Guam 96932

[stamp: FEB 9 2005 Secretary of Finance Office]

As Trustee under that certain Indenture, dated as of December 1, 2003, by and between the Trustee and the Commonwealth Development Authority (the "Indenture"), providing for the issuance of the Commonwealth of the Northern Mariana Islands General Obligation Bonds, Series 2003A (the "Bonds"), you are hereby requested and instructed to take actions described below with respect to the MPLA Account in the Project Fund established pursuant to the Indenture. Unless otherwise specified herein or unless the context otherwise requires, all capitalized terms used in this shall have the meanings specified in Section 1.01 of the Indenture.

Disbursement from MPLA Account. Pursuant to Section 3.02 of the Indenture, the Trustee is hereby requested to pay the itemized costs of the Project listed on, "Schedule A", attached hereto with moneys in the MPLA Account. Each such payment is for a Project consisting of the acquisition of real property through funding the retirement of land compensation claims against the Commonwealth with respect to which a claim has been approved by the MPLA Board, is based upon procedures established by the MPLA Board , and is a proper and lawful charge against said Account.

IN WITNESS WHEREOF, I have hereunto set my hand at my office on the date set forth above.

MARIANAS PUBLIC LANDS AUTHORITY

By: Edward DLGuerrero
　　　Commissioner

Concurred by: Fermin Atalig
　　　Secretary of Finance

**Schedule A**

Disbursement From MPLA Account No. 76-1000-09

| Item No. | Payee | Amount | Purpose |
|---|---|---|---|
| FY05.04.1 | Gregorio C. Cabrera | $137,028.32 | P.L. 13-17 Land Compensation |
| FY05.04.2 | Lucy Ann T. Sablan | $166,068.70 | P.L. 13-17 Land Compensation |
| FY05.04.3 | Maria T. Pangelinan | 332,907.12 | P.L. 13-17 Land Compensation |
| FY05.04.4 | Crispin M. & Lucinda R. Sablan | 113,534.80 | P.L. 13-17 Land Compensation |
| FY05.04.5 | Juan P. Tenorio | 335,920.82 | P.L. 13-17 Land Compensation |
| FY05.04.6 | Teresita A. Deleon Guerrero Tudela | 158,596.97 | P.L. 13-17 Land Compensation |
| FY05.04.7 | Juan M. & Barbara T. Sablan | 11,937.60 | P.L. 13-17 Land Compensation |
| FY05.04.8 | Heirs of Juan C. Santos | 18,569.61 | P.L. 13-17 Land Compensation |
| FY05.04.9 | Froilan C. Tenorio | 26,528.01 | P.L. 13-17 Land Compensation |
| FY05.04.10 | Jose A. Ichihara | 2,096,188.39 | P.L. 13-17 Land Compensation |
| T O T A L  (10) | | $3,397,280.34 | |



DETACH AND RETAIN THIS COPY FOR YOUR RECORDS

No. 009603

DATE 2/15/05

REMITTANCE AMOUNT

$158,596.97

A/C NAME    CNMI/MPLA

A/C NO.     76100009

FOR         FY.05.04



Date:02-17-2005  Account:101119969  Amount:$158,596.97  Sequence:33392400  TR:121405115
Serial:9603  TranCode:0  DbCr:D



## COMMONWEALTH DEVELOPMENT AUTHORITY

P.O. Box 502149, Saipan, MP 96950
Tel: (670) 234-6293 • Fax: 235-7147 • email: acctg@cda.gov.mp • website: www.cda.gov.mp

# FACSIMILE TRANSMITTAL

| To: | Mr. Joe Paulino Bank of Guam Trust Dept. | Fax: | (671) 472-5527 |
|---|---|---|---|
| From: | Maria Lourdes S. Ada | Date: | 04/15/05 |
| Re: | MPLA Drawdown Request | Pages: | 1 of 5 |
| CC: | | Fax : | |

**CONFIDENTIALITY NOTICE:** This facsimile contains confidential information intended for a specific individual and purpose and is protected by law. If you are not the intended recipient, you should destroy this facsimile and are hereby notified that any disclosure, copying, or distribution of the information contained herein, or the taking of any action based on it, is strictly prohibited.

## MESSAGE:

Joe,

Please process the attached MPLA drawdown request per Requisition No. **FY05-07** as soon as possible.

Thank you and regards.



EXHIBIT

J

 **COMMONWEALTH DEVELOPMENT AUTHORITY**
P.O. BOX 502149, SAIPAN MP 96950
Tel.: (670) 234-6245/6293/7145/7146 • Fax: (670) 234-7144 or 235-7147
Email: cda@itecnmi.com • Website: www.cda.gov.mp 

April 14, 2005

Mr. Joseph H. Paulino           VIA FACSIMILE NO. (671) 472-5527
AVP & Trust Officer
Bank of Guam Trust Department
PO Box BW
Hagatna, Guam 96932

RE: *CNMI GO Bonds, Series 2003A – MPLA Projects Fund*

Dear Mr. Paulino:

Please process the enclosed MPLA Requisition No. FY05-07 and initiate the
disbursement(s) of funds to the land claimant(s) listed on the attached Schedule A and
charge against the <u>MPLA Projects Fund Account No. 76-1000-09.</u>

Upon completion of the check(s), you may send it/them directly to the MPLA office in
Chalan Piao, Saipan, for distribution to the land claimant(s).

Please confirm this transaction via e-mail at <u>acctg@cda.gov.mp</u> as soon as possible.

Sincerely,

MARIA LOURDES SEMAN ADA
Executive Director

SIXTO K. IGISOMAR
Chairman, CDA Board of Directors

Requisition No. FY05-07



# Commonwealth of the Northern Mariana Islands
## MARIANAS PUBLIC LANDS AUTHORITY

REQUISITION NO. FY05-07

RECEIVED
APR 18 2005
C.D.A.

April 4, 2005

Mr. Joe Paulino
Bank of Guam, Trust Department
P.O. Box BW
Hagatna, Guam 96932

As Trustee under that certain Indenture, dated as of December 1, 2003, by and between the Trustee and the Commonwealth Development Authority (the "Indenture"), providing for the issuance of the Commonwealth of the Northern Mariana Islands General Obligation Bonds, Series 2003A (the "Bonds"), you are hereby requested and instructed to take actions described below with respect to the MPLA Account in the Project Fund established pursuant to the Indenture. Unless otherwise specified herein or unless the context otherwise requires, all capitalized terms used in this shall have the meanings specified in Section 1.01 of the Indenture.

<u>Disbursement from MPLA Account</u>. Pursuant to Section 3.02 of the Indenture, the Trustee is hereby requested to pay the itemized costs of the Project listed on, "Schedule A", attached hereto with moneys in the MPLA Account. Each such payment is for a Project consisting of the acquisition of real property through funding the retirement of land compensation claims against the Commonwealth with respect to which a claim has been approved by the MPLA Board, is based upon procedures established by the MPLA Board , and is a proper and lawful charge against said Account.

IN WITNESS WHEREOF, I have hereunto set my hand at my office on the date set forth above.

MARIANAS PUBLIC LANDS AUTHORITY

By: Edward M. Guerrero
Commissioner

Concurred by: Fermin Atalig
Secretary of Finance



# Commonwealth of the Northern Mariana Islands
## MARIANAS PUBLIC LANDS AUTHORITY

April 13, 2005

AD 05-0420

Maria Lourdes Seman Ada
Executive Director
Commonwealth Development Authority
P.O. Box 501249
Saipan, MP 96950
VIA PERSONAL DELIVERY

Dear Ms. Ada:

The Marianas Public Lands Authority is hereby transmitting Requisition No. FY05-07, which has been concurred by the Secretary of Finance. Please instruct the Trustee to initiate the disbursement of funds to the land claimants listed on Schedule A, which is attached to the requisition form.

Thank you for your timely response. Should you have any questions, please do not hesitate to contact our office.

Sincerely,

EDWARD M. DELEON GUERRERO
Commissioner

Enclosure:     *as stated above*

Cc:     Secretary, Department of Finance
        Chairperson, MPLA
        Comptroller, MPLA
        Deputy Commissioner, MPLA
        Legal Counsel, MPLA





P.O. Box 500380, Saipan, MP 96950 • Ground Floor, V.S. Sablan Plaza, Chalan Piao
Website: www.mpla.gov.mp • E-mail: mpla@vzpacifica.net
Tel.: (670) 234-3751/3752/3757 • Fax: (670) 234-3755

**Schedule A**
*($40M Bond Issue - Land Compensation Fund Account No. 76-1000-09)*

| Item No. | Payee | Amount | Purpose | |
|---|---|---|---|---|
| FY05-07.01 | Heirs of Francisco C. Sablan | $ 118,870.88 | P.L. 13-17 Land Compensation | CK#009647 |
| FY05-07.02 | Antonio B. Cabrera | 2,768,409.70 | P.L. 13-17 Land Compensation | CK#009648 |
| FY05-07.03 | Ana DLG. Gillespie f/k/a Ana DLG. Little | 159,408.19 | P.L. 13-17 Land Compensation | CK#009649 |
| FY05-07.04 | Nicolas C. Sablan | 1,958,587.32 | P.L. 13-17 Land Compensation | CK#009650 |
| TOTOL (4) | | $ 5,005,276.09 | | |



Date:04-20-2005  Account:101119969  Amount:$2,768,409.70  Sequence:34540385  TR:121405115
Serial:9648  TranCode:0  DbCr:D



Bank of Guam
TRUST DEPARTMENT
P.O. BOX BW
AGANA, GUAM 96932

WARNING: DO NOT CASH THIS CHECK UNLESS YOU CAN
VERIFY THE WORD "SAFE" IN THE BACKGROUND AND A
WATERMARK ON THE BACK. HOLD AT A 45 DEGREE ANGLE
TOWARDS OR AWAY FROM A LIGHT TO VERIFY THIS
DOCUMENT IS PRINTED ON A GREEN BACKGROUND.

No. 009649

101-511
1214

ACCT. NO. 76100009

DATE  April 18, 2005

PAY

AMOUNT  $159,408.19* *

TO THE
ORDER
OF

Ana DLG Gillespie
f/k/a Ana DLG Little

#009649# #121405115#0101  119969#

Date:04-19-2005  Account:101119969  Amount:$159,408.19  Sequence:34521750  TR:121405115
Serial:9649  TranCode:0  DbCr:D

<121040169< 002 12 0034521750
Bank of Guam SAIPAN   PKT   0
CP Sun Francisico, CA  04192005



Date:04-20-2005  Account:101119969  Amount:$1,958,587.32  Sequence:34534660  TR:121405115
Serial:9650  TranCode:0  DbCr:D

 **COMMONWEALTH DEVELOPMENT AUTHORITY** 

P.O. BOX 502149, SAIPAN MP 96950
Tel.: (670) 234-6245/6293/7145/7146 • Fax: (670) 234-7144 or 235-7147
Email: administration@cda.gov.mp • Website: www.cda.gov.mp

October 12, 2005

Ms. Amoretta Carlson                     **VIA FACSIMILE NO. (671) 472-5527**
AVP & Trust Officer
Bank of Guam Trust Department
PO Box BW
Hagatna, Guam  96932

*RE:  CNMI GO Bonds, Series 2003A – MPLA Projects Fund*

Dear Ms. Carlson:

Please process the enclosed MPLA Requisition No.  FY06-02 and initiate the
disbursement(s) of funds to the land claimant(s) listed on the attached Schedule A and
charge against the <u>**MPLA Projects Fund Account No. 76-1000-09.**</u>

Upon completion of the check(s), you may send it/them directly to the MPLA office in
Chalan Piao, Saipan, for distribution to the land claimant(s).

Please confirm this transaction via e-mail at <u>acctg@cda.gov.mp</u> as soon as possible.

Sincerely,

MARIA LOURDES SEMAN ADA
Executive Director

TOM GLENN A. QUITUGUA
Chairman, CDA Board of Directors

Requisition No. FY06-02



**EXHIBIT**

**K**



# Commonwealth of the Northern Mariana Islands
## MARIANAS PUBLIC LANDS AUTHORITY

REQUISITION NO. FY06-02

October 4, 2005

Ms. Amoretta Carlson
Bank of Guam, Trust Department
P.O. Box BW
Hagatna, Guam  96932

    As Trustee under that certain Indenture, dated as of December 1, 2003, by and between the Trustee and the Commonwealth Development Authority (the "Indenture"), providing for the issuance of the Commonwealth of the Northern Mariana Islands General Obligation Bonds, Series 2003A (the "Bonds"), you are hereby requested and instructed to take actions described below with respect to the MPLA Account in the Project Fund established pursuant to the Indenture.  Unless otherwise specified herein or unless the context otherwise requires, all capitalized terms used in this shall have the meanings specified in Section 1.01 of the Indenture.

    <u>Disbursement from MPLA Account</u>.  Pursuant to Section 3.02 of the Indenture, the Trustee is hereby requested to pay the itemized costs of the Project listed on, "Schedule A", attached hereto with moneys in the MPLA Account.  Each such payment is for a Project consisting of the acquisition of real property through funding the retirement of land compensation claims against the Commonwealth with respect to which a claim has been approved by the MPLA Board, is based upon procedures established by the MPLA Board , and is a proper and lawful charge against said Account.

    IN WITNESS WHEREOF, I have hereunto set my hand at my office on the date set forth above.

MARIANAS PUBLIC LANDS AUTHORITY

By: Edward M. DL. Guerrero
     Commissioner

Concurred by: Fermin Atalig
      Secretary of Finance

Schedule A
(*$40M Bond - Land Compensation Fund Account No. 76-1000-09*)

| Item No. | Payee | Amount | Purpose |
|---|---|---|---|
| FY06-02 | Catherine Rose U. Sheu | $107,101.28 | P.L. 13-17 Land Compensation |
| T O T A L   ( 1 ) | | $107,101.28 | |



**Bank of Guam**
*The Bank. The People's Bank*
*Member FDIC*

TRUST DEPARTMENT
P.O. BOX BW
AGANA, GUAM 96932

WARNING: DO NOT CASH THIS CHECK UNLESS YOU CAN VERIFY THE WORD "SAFE" IN THE BACKGROUND AND A WATERMARK ON THE BACK. HOLD AT A 45 DEGREE ANGLE TOWARDS OR AWAY FROM A LIGHT TO VERIFY. THIS DOCUMENT IS PRINTED ON A GREEN BACKGROUND

No. 009811

101-511
1214

ACCT. NO.    76100009

DATE 10/13/05

PAY    ******$107,101.2

AMOUNT $107,101.28* *

TO THE ORDER OF    Catherine Rose U. Sheu

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

⑆009811⑆ ⑆121405115⑆0101 119969⑉    ⑈00107101 28⑈

Bank of Guam
003 7 0013301280 10212005
CP San Francisco, CA
First Hawaiian Bank
Monemone Guam
0050178540 102005

WARNING
DO NOT CASH THIS CHECK WITHOUT FRONT AND BACK SECURITY FEATURES ON FRONT AND BACK.

NOTE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

Date:10-21-2005  Account:101119969  Amount:$107,101.28  Sequence:13301280  TR:121405115
Serial:9811  TranCode:0  DbCr:D