```
                                                    F I L E D
                                                       Clerk
                                                   District Court

                                                   MAY 1 0 2006

                                               For The Northern Mariana Islands
                                               By_____
                                                      (Deputy Clerk)
```

1 | **JOAQUIN C. ARRIOLA**
2 | **MARK E. COWAN**
  | **ARRIOLA, COWAN & ARRIOLA**
3 | 259 Martyr Street, Suite 201
  | P.O. Box X, Hagåtña, Guam 96932
4 | Telephone: (671) 477-9730/33
  | Telecopier: (671) 477-9734
5 |
6 | **VICTORINO D.L.G. TORRES**
  | **VINCENT D.L.G. TORRES**
7 | **TORRES BROTHERS, LLC**
  | P.O. Box 501856
8 | Saipan, NMI 96950
  | Telephone: (670) 233-5504/6
9 | Telecopier: (670) 233-5510

10  Attorneys for **BANK OF GUAM**

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROSARIO DLG KUMAGAI, ) | CIVIL ACTION NO. 05-0037 |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| PAMELA BROWN, a.k.a. PAMELA BROWN ) | |
| BLACKBURN, personally and in her official ) | |
| capacity as the Attorney General for the ) | |
| Commonwealth of the Northern Mariana Islands; ) | **NOTICE OF HEARING ON** |
| FERMIN M. ATALIG, personally and in his ) | **DEFENDANT BANK OF GUAM'S** |
| official capacity as the Secretary of Finance, ) | **MOTION FOR** |
| COMMONWEALTH OF THE NORTHERN ) | **SUMMARY JUDGMENT** |
| MARIANA ISLANDS; ) | |
| MARIA LOURDES SEMAN ADA, personally ) | |
| and in her official capacity as the Executive ) | |
| Director for the Commonwealth Development ) | |
| Authority; ) | Hearing:  JUN 1 5 2006 |
| COMMONWEALTH DEVELOPMENT ) | |
| AUTHORITY; ) | Time:  9:30 a.m. |
| BANK OF GUAM; ) | |
| and JOHN DOES ONE thru TEN, ) | Judge:  Hon. Alex R. Munson |
| ) | |
| Defendants. ) | |
| _____ ) | |

-1-

1  **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2      Please take notice that on ____JUN 1 5 2006____ at the hour of _8:30 am_ or as soon

3

4  thereafter as counsel may be heard the Court will hear the Motion for Summary Judgment filed

5  herein by Defendant Bank of Guam.

6      Dated: __5/1/06__ .

7                                 **ARRIOLA, COWAN & ARRIOLA**
                                Attorneys for Defendant **BANK OF GUAM**

8

9

10                           By:_____

11                               **MARK E. COWAN**