F I L E D
Clerk
District Court

MAY 1 2 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE ~~SUPERIOR~~ DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHEN MARIANA ISLANDS

Rosario DLG Kumagai

Plaintiff(s)

v.

Pamela Brown et al.

Defendant(s)

Civil / Criminal / FCD-____ No. 05-0037

CERTIFICATE OF SERVICE

**DECLARATION OF SERVICE**

I declare under penalty of perjury that I am over the age of 18 years, and not a party to this case; and that on the 11th day of MAY, 2006 at 10:00 a.m. / ~~p.m.~~, I personally served upon AG Civil

a true and correct copy of the following:

☐ Summons and Complaint
☐ Order dated _____
☐ Motion to _____
☒ Other (specify) ① DECLARATION OF AMORETTA L.P. CARLSON. ② MOTION OF DEFFENDANT BANK OF GUAM FOR SUMMARY JUDGMENT. ③ NOTICE OF HEARING ON DEFFENDANT BANK OF GUAM'S MOTION FOR SUMMARY JUDGMENT. ④ MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFFENDANT BANK OF GUAM'S MOTION FOR SUMMARY JUDGMENT.

in the above captioned matter.

Date: 5/12/2006

_____
JOAQUIN REYES CRISOSTOMO