FILED
Clerk
District Court

MAY 1 2 2006

For the Northern Mariana Islands
By_____
         (Deputy Clerk)

IN THE ~~SUPERIOR~~ DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHEN MARIANA ISLANDS

ROSARIO DLG. KUMAGAI

_____

Plaintiff(s)

v.

PAMELA BROWN et al

_____

Defendant(s)

Civil / Criminal / FCD-____ No. 05-0037

CERTIFICATE OF SERVICE

## DECLARATION OF SERVICE

I declare under penalty of perjury that I am over the age of 18 years, and not a party to this case; and that on the 11th day of MAY, 2006 at 10:30 a.m. / p.m., I personally served upon LAW OFFICE OF BRIEN SERS NICHOLAS

a true and correct copy of the following:

☐ Summons and Complaint
☐ Order dated _____
☐ Motion to _____
☒ Other (specify) ① DECLARATION OF AMORETTA L.P. CARLSON. ② MOTION OF DEFFENDANT BANK OF GUAM FOR SUMMARY JUDGMENT. ③ NOTICE OF HEARING ON DEFFENDANT BANK OF GUAM'S MOTION FOR SUMMARY JUDGMENT. ④ MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFFENDANT BANK OF GUAM'S MOTION FOR SUMMARY JUDGMENT.

in the above captioned matter.

Date: 5/12/2006

_____
JOAQUIN REYES CRISOSTOMO