F I L E D
Clerk
District Court

MAY 1 2 2006

for the Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE ~~SUPERIOR~~ DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

ROSARIO DLG. KUMAGAI

Plaintiff(s)

v.

PAMELA BROWN et al.

Defendant(s)

Civil / Criminal / FCD-____ No. 05-0037

CERTIFICATE OF SERVICE

## DECLARATION OF SERVICE

I declare under penalty of perjury that I am over the age of 18 years, and not a party to this case; and that on the 11th day of MAY, 2006 at 10:35 a.m. / p.m., I personally served upon
LAW OFFICE OF VICENTE T. SALAS

a true and correct copy of the following:

- ☐ Summons and Complaint
- ☐ Order dated _____
- ☐ Motion to _____
- ☒ Other (specify) (1) DECLARATION OF ANURETTA L.P. CARLSON. (2) MOTION OF DEFFENDANT BANK OF GUAM FOR SUMMARY JUDGMENT (3) NOTICE OF HEARING ON DEFFENDANT BANK OF GUAM'S MOTION FOR SUMMARY JUDGMENT. (4) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFFENDANT BANK OF GUAM'S MOTION for SUMMARY JUDGMENT.

in the above captioned matter.

Date: 5 / 12 / 2006

JOAQUIN REYES CRISOSTOMO