FILED
Clerk
District Court

MAY 1 6 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE ~~SUPERIOR~~ DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

Rosario DLG. Kumagai

Plaintiff(s)

v.

Pamela Brown et al.

Defendant(s)

Civil / Criminal / FCD No. 05-0037

**CERTIFICATE OF SERVICE**

**DECLARATION OF SERVICE**

I declare under penalty of perjury that I am over the age of 18 years, and not a party to this case; and that on the 10th day of May, 2006 at 5:27pm, I personally served upon Via-Fax Civille & Tang, Law Office.

a true and correct copy of the following:

☐ Summons and Complaint
☐ Order dated _____
☐ Motion to _____
☒ Other (Specify) (1) Declaration of Amoretta L.P. Carlson (2) MOTION OF DEFFENDANT BANK OF Guam FOR Summary Judgment. (3) NOTICE OF Hearing on Bank of Guam's motion, in the above-captioned matter. for Summary Judgment. (4) Memorandum of Points and Authorities in support of Deffendant Bank of Guam's motion for Summary Judgment.

Dated: 5/16/2006

JOAQUIN REYES CRISOSTOMO