F I L E D
Clerk
District Court

# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

MAY 1 8 2006

For The Northern Mariana Islands

By_____
(Deputy Clerk)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CV-05-0037                                           May 18, 2006
                                                     9:40 a.m.

### ROSARIO DLG. KUMAGAI -vs- PAMELA BROWN, et al

PRESENT:     Hon. Alex R. Munson, Chief Judge Presiding
             Randy Schmidt, Law Clerk
             Sanae Shmull, Court Reporter
             K. Lynn Lemieux, Courtroom Deputy
             Brien Nicholas, Attorney for Plaintiffs
             Vicente Salas, Attorney for Defendant
             Benjamin DeMoux, Attorney for CNMI
             Victorino Torres, Attorney for Defendants
             Mark Cowan, Attorney for Defendants (Bank of Guam)

PROCEEDINGS:   MOTION TO STAY

   Plaintiff was represented in court by Attorney Brien Nicholas. Attorneys Vicente Salas, Benjamin DeMoux, Victorino Torres and Mark Cowan were present on behalf of Defendants.

   Attorney Salas argued for the Defendants. Attorney Nicholas argued on behalf of the defendants.

   Court, after hearing all argument, took the matter under advisement and stated that a written order would be forthcoming.

                                   Adjourned 10:10 a.m.

                                   K. Lynn Lemieux, Courtroom Deputy