F I L E D
Clerk
District Court

MAY 1 8 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROSARIO DLG KUMAGAI, ) | Civil Action No. 05-0037 |
| ) | |
| Plaintiff ) | |
| ) | ORDER GRANTING |
| v. ) | MOTION TO DISMISS |
| ) | FILED BY FERMIN ATALIG |
| PAMELA BROWN, *et al.*, ) | IN BOTH HIS OFFICIAL AND |
| ) | PERSONAL CAPACITIES |
| Defendants ) | |
| _____ ) | |

THIS MATTER came before the court on Monday, March 6, 2006, for hearing of the motion filed by defendant Fermin Atalig, personally and in his official capacity as the Commonwealth Secretary of Finance, to dismiss the allegations of the complaint as they pertain to him. Plaintiff appeared by and through her attorney, Brien Sers Nicholas; defendant appeared by and through his attorney, Commonwealth Assistant Attorney General Benjamin L. DeMoux.

AO 72
(Rev. 08/82)

FOR THE REASONS and on the grounds stated in the court's order, entered this date, granting the motion of the Commonwealth and former Attorney General Pam Brown to dismiss the complaint, defendant Atalig's motion to dismiss is granted. Plaintiff has failed to make out a violation of federal law against defendant Atalig and the court exercises its discretion and also dismisses the common law claims without prejudice, finding that the Commonwealth courts are well-positioned to adjudicate plaintiff's common law claims.

IT IS SO ORDERED.

DATED this 18th day of May, 2006.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)