F I L E D
Clerk
District Court

MAY 25 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

BRIEN SERS NICHOLAS
Attorney at Law
UIU Bldg., 1st Floor
P.O. Box 502876
Saipan, MP 96950

Telephone Nos.:   (670) 235-7190/91
Facsimile No.:    (670) 235-7192

Attorney for Plaintiff
   Rosario DLG Kumagai

IN THE FEDERAL DISTRICT COURT
FOR
THE DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROSARIO DLG KUMAGAI,<br><br>Plaintiff,<br><br>vs.<br><br>PAMELA BROWN, a.k.a. PAMELA BROWN BLACKBURN, personally and in her official capacity as the Attorney General for the Commonwealth of the Northern Mariana Islands;<br>FERMIN M. ATALIG, personally and in his official capacity as the Secretary of Finance,<br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS;<br>MARIA LOURDES SEMAN ADA, personally and in her official capacity as the Executive Director for the Commonwealth Development Authority;<br>COMMONWEALTH DEVELOPMENT AUTHORITY;<br>BANK OF GUAM;<br>and JOHN DOES ONE thru TEN,<br><br>Defendants.<br>_____ | CIVIL ACTION NO. 05-0037<br><br><br><br><br><br>STIPULATION BETWEEN PLAINTIFF KUMAGAI AND DEFENDANT BOG RE: SUMMARY JUDGMENT MOTION BY DEFENDANT BOG |

COMES NOW Plaintiff Rosario DLG Kumagai and Defendant Bank of Guam ["BOG"], through their respective Counsels, and stipulate as follows:

1.   Plaintiff may have until June 8th, 2006 to file her opposition to the motion for summary judgment having been filed herein by Defendant BOG;

2. Defendant BOG may have until June 22nd, 2006 to file any reply to Plaintiff's opposition so filed; and

3. The hearing of said motion for summary judgment may be continued to July 20th, 2006 at 9:00 a.m.

_____
Brien Sers Nicholas, Esq.
Attorney for Plaintiff
Dated: 5/24/06

_____
Victorino DLG. Torres, Esq.
Attorney for Defendant BOG
Dated: 5/24/2006

ORDER:

BASED UPON THE FOREGOING STIPULATION and good cause appearing, it is hereby ordered as follows:

1. Plaintiff shall have until June 8th, 2006 to file her opposition to the motion for summary judgment having been filed herein by said Defendant BOG;

2. Defendant BOG shall have until June 22nd, 2006 to file any reply to Plaintiff's opposition so filed; and

3. The hearing of said motion for summary judgment is continued to July 20th, 2006 at 9:00 a.m.

SO ORDERED this the 25TH day of May, 2006.

RECEIVED
MAY 25 2006
Clerk
District Court
The Northern Mariana Islands

_____
ALEX R. MUNSON
Chief Judge

-2-