F I L E D
Clerk
District Court

JUN - 8 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  BRIEN SERS NICHOLAS
   Attorney at Law
2  UIU Bldg., 1st Floor
   P.O. Box 502876
3  Saipan, MP 96950

4  Telephone Nos.:   (670) 235-7190/91
   Facsimile No.:    (670) 235-7192
5
   Attorney for Plaintiff
6      Rosario DLG Kumagai

7
              IN THE FEDERAL DISTRICT COURT
8                          FOR
         THE DISTRICT OF THE NORTHERN MARIANA ISLANDS
9
   ROSARIO DLG KUMAGAI,              ]   CIVIL ACTION NO. 05-0037
10                                    ]
              Plaintiff,              ]
11                                    ]
       vs.                            ]
12                                    ]
                                      ]
   PAMELA BROWN, a.k.a. PAMELA        ]
13 BROWN BLACKBURN, personally        ]
   and in her official capacity as the]
14 Attorney General for the           ]   STIPULATION BETWEEN PLAINTIFF
   Commonwealth of the Northern       ]   KUMAGAI AND DEFENDANT BOG
15 Mariana Islands;                   ]   RE: SUMMARY JUDGMENT MOTION
   FERMIN M. ATALIG, personally and   ]   BY DEFENDANT BOG
16 in his official capacity as the    ]
   Secretary of Finance,              ]
17 COMMONWEALTH OF THE                ]
   NORTHERN MARIANA ISLANDS;          ]
18 MARIA LOURDES SEMAN ADA,           ]
   personally and in her official capacity]
19 as the Executive Director for the  ]
    Commonwealth                      ]
20 Development Authority;             ]
   COMMONWEALTH DEVELOPMENT           ]
21 AUTHORITY;                         ]
   BANK OF GUAM;                      ]
22 and JOHN DOES ONE thru TEN,        ]
                                      ]
23            Defendants.             ]
                                      ]
24 _____  ]

25     COMES NOW Plaintiff Rosario DLG Kumagai and Defendant Bank of Guam

26 ["BOG"], through their respective Counsels, and stipulate as follows:

27     1.   Plaintiff may have until June 12th, 2006 to file her opposition to the

28 motion for summary judgment having been filed herein by Defendant BOG;

2. Defendant BOG may have until June 26th, 2006 to file any reply to Plaintiff's opposition so filed; and

3. The hearing of said motion for summary judgment may remain on July 20th, 2006 at 9:00 a.m.

_____  
Brien Sers Nicholas, Esq.  
Attorney for Plaintiff  
Dated: 6/7/06

_____  
Victorino DLG. Torres, Esq.  
Attorney for Defendant BOG  
Dated: 6/7/06

ORDER:

BASED UPON THE FOREGOING STIPULATION and good cause appearing, it is hereby ordered as follows:

1. Plaintiff shall have until June 12th, 2006 to file her opposition to the motion for summary judgment having been filed herein by said Defendant BOG;

2. Defendant BOG shall have until June 26nd, 2006 to file any reply to Plaintiff's opposition so filed; and

3. The hearing of said motion for summary judgment shall remain on July 20th, 2006 at 9:00 a.m.

SO ORDERED this the __8 TH__ day of June, 2006.

RECEIVED  
JUN 17, 2006  
Clerk  
District Court  
The Northern Mariana Islands

_____  
ALEX R. MUNSON,  
Chief Judge

- 2 -