F I L E D
Clerk
District Court

JUN 1 2 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

BRIEN SERS NICHOLAS
Attorney at Law
UIU Bldg., 1st Floor
P.O. Box 502876
Saipan, MP 96950

Telephone Nos.:   (670) 235-7190/91
Facsimile No.:    (670) 235-7192

Attorney for Plaintiff
   Rosario DLG Kumagai

IN THE UNITED STATES DISTRICT COURT
FOR
THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROSARIO DLG KUMAGAI, <br><br> Plaintiff, <br><br> vs. <br><br> PAMELA BROWN, a.k.a. PAMELA BROWN BLACKBURN, personally and in her official capacity as the Attorney General for the Commonwealth of the Northern Mariana Islands; <br> FERMIN M. ATALIG, personally and in his official capacity as the Secretary of Finance, <br> COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS; <br> MARIA LOURDES SEMAN ADA, personally and in her official capacity as the Executive Director for the Commonwealth Development Authority; <br> COMMONWEALTH DEVELOPMENT AUTHORITY; <br> BANK OF GUAM; <br> and JOHN DOES ONE thru TEN, <br><br> Defendants. | CIVIL ACTION NO. 05-0037 <br><br><br><br><br><br> DECLARATION OF PLAINTIFF ROSARIO DLG KUMAGAI <br><br><br><br><br><br> Dated:   July 20th, 2006 <br> Time:    9:00 a.m. <br> Judge:   Hon. Alex R. Munson <br>          Chief Judge |

I, ROSARIO DLG KUMAGAI, do hereby declare under penalty of perjury that:

1.  I am the named-Plaintiff in the foregoing civil action.

2.  The matters stated herein are based on my own personal knowledge and, if called to testify, I will so testify accordingly.

3. At all times relevant herein, I was the fee-simple Owner of a real property more particularly identified as Lot E.A. 157-2-1, situated at Susupe Lake, Saipan, NMI, containing an area of 1,292 square meters, more or less.

4. At all times relevant herein, I was and still am a kidney dialysis patient at the Commonwealth Health Center ["CHC"].

5. Exhibit "D" to my complaint herein is a true and correct copy of a Land Compensation Settlement Agreement that I had entered into with the former Marianas Public Lands Authority ["MPLA"].

6. Exhibit "I" to my complaint herein is a true and correct copy of a Settlement Agreement I entered into with Defendant Commonwealth of the Northern Mariana Island ["Defendant CNMI"] to resolve a lawsuit filed against me by said Defendant in the CNMI Superior Court, captioned as <u>CNMI, DPHES v. Rosario DLG Kumagai</u>, Civil Action No. 05-149C.

7. I am the same Rosario DLG Kumagai who is named on Exhibit "O" of my complaint herein.

8. I am also the same Rosario DLG Kumagai who is named on Exhibit "R" to my complaint herein.

9. Aside from being a dialysis patient at CHC, I am also suffering from Hypertension, i.e., high blood.

10. Upon entering into my settlement agreement with MPLA, I was expecting to be receive my money without any further delay given that I had previously entered also into a settlement agreement to address my medical bills at CHC.

11. This did not happen and, for the next several months after entering into the above-mentioned settlement agreements, through the aid of family members, I continued to try and find out why my compensation was being withheld.

12. During this time and in light of what was happening to me, there were

times that I could not sleep at night as I kept thinking about what was happening to me given that others like me have received their monies. Aside from the foregoing, I also experienced loss of appetite as well, not to mention sever head aches, humiliation, and embarrassment.

13. When I finally learned that my compensation was finally released and was forwarded to Bank of Guam, I was excited. This excitement was short lived as I soon found out that it was again being withheld.

14. Suffice to say, the sleep-less nights, the severe head aches, the loss of appetite, humiliation and embarrassment continued.

Dated this the 12th day of June, 2006.

Respectfully Submitted:

Rosario DLG Kumagai