JOAQUIN C. ARRIOLA
MARK E. COWAN
ARRIOLA, COWAN & ARRIOLA
259 Martyr Street, Suite 201
P.O. Box X, Hagåtña, Guam 96932
Telephone: (671) 477-9730/33
Telecopier: (671) 477-9734

VICTORINO D.L.G. TORRES
VINCENT D.L.G. TORRES
TORRES BROTHERS, P.C.
P.O. Box 501856
Saipan, NMI 96950
Telephone: (670) 233-5504/6
Telecopier: (670) 233-5510

Attorneys for **BANK OF GUAM**

F I L E D
Clerk
District Court

JUL 2 0 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROSARIO DLG KUMAGAI, <br><br> Plaintiff, <br><br> vs. <br><br> PAMELA BROWN, a.k.a. PAMELA BROWN BLACKBURN, personally and in her official capacity as the Attorney General for the Commonwealth of the Northern Mariana Islands; FERMIN M. ATALIG, personally and in his official capacity as the Secretary of Finance, COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS; MARIA LOURDES SEMAN ADA, personally and in her official capacity as the Executive Director for the Commonwealth Development Authority; COMMONWEALTH DEVELOPMENT AUTHORITY; BANK OF GUAM; and JOHN DOES ONE thru TEN, <br><br> Defendants. | CIVIL ACTION NO. 05-0037 <br><br> **CERTIFICATE OF SERVICE** <br><br> Hearing: July 20, 2006 <br> Time: 9:00 A.M. <br> Judge: Hon. Alex R. Munson |

-1-

I, **MARK E. COWAN**, hereby certify that on June 26, 2006, I caused to be served by facsimile and by regular mail a signed copy of **DEFENDANT BANK OF GUAM'S REPLY TO PLAINTIFF KUMAGAI'S OPPOSITION TO BANK OF GUAM'S MOTION FOR SUMMARY JUDGMENT** to:

**Mr. Galo L. Perez**
**Clerk of Court**
U.S. District Court for the NMI
P.O. Box 500687
Saipan, MP 96950
Telecopier:   (670) 236-2910

**Civille & Tang**
[Attorneys for CNMI and Pamela Brown]
2nd Floor, Cabrera Center
PMB 86, P.O. Box 10003
Saipan, MP 96950-8908
Facsimile Number:   (670) 235-1726
                    (671) 477-2511

**Brien Sers Nicholas, Esq.**
[Attorney for Rosario DLG Kumagai]
UIU Building, 1st Floor
P.O. Box 502876
Saipan, MP 96950
Facsimile Number: (670) 235-7192

**Benjamin L. DeMoux**
**Assistant Attorney General**
[Attorney for Fermin Atalig personally and in his official capacity as the Secretary of Finance]
Office of the Attorney General-Civil Division
2nd Floor, Juan A. Sablan Memorial Bldg.
Caller Box 10007
Saipan, MP 96950
Facsimile Number: (670) 664-2349

**Vicente T. Salas, Esq.**
[Attorneys for CDA and Maria Lourdes Seman Ada]
2nd Floor, UIU Building
P.O. Box 501309
Saipan, MP 96950-1309
Facsimile Number: (670) 234-7256

Dated this 27th day of June, 2006.

_____
**MARK E. COWAN**
Attorneys for Defendant **BANK OF GUAM**