# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

*******************************************************************************************

CV-05-0037                                                            July 20, 2006
                                                                      9:15 a.m.

### ROSARIO KUMAGAI -vs- PAMELA BROWN, et al

PRESENT:     Hon. Alex R. Munson, Chief Judge Presiding
             Randy Schmidt, Law Clerk
             Sanae Shmull, Court Reporter
             K. Lynn Lemieux, Courtroom Deputy
             Brien Sers Nicholas, Attorney for Plaintiff
             Victorino Torres, Attorney for Defendants Bank of Guam
             Mark Cowan, Attorney for Defendants Bank of Guam

PROCEEDINGS:   Bank of Guam's MOTION FOR SUMMARY JUDGMENT

Plaintiff appeared with counsel, Brien Sers Nicholas. Defendants were represented by Attorneys Victorino Torres and Mark Cowan.

Attorney Cowan argued the motion for summary judgment. Attorney Nicholas argued on behalf of the Plaintiff.

Court, after hearing all testimony and argument, took the matter under advisement and stated that a written decision would be forthcoming.

Adjourned 9:40 a.m.

                                                     */s/* K. Lynn Lemieux, Courtroom Deputy