F I L E D
Clerk
District Court

OCT 25 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| ROSARIO DLG KUMAGAI, | ) | Civil Action No. 05-0037 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | ORDER CLOSING FILE |
| | ) | |
| PAMELA BROWN, *et al.*, | ) | |
| | ) | |
| Defendants | ) | |

There remaining nothing before the court requiring its attention,

IT IS ORDERED that this file be and hereby is closed and that any pending motions or other matters are dismissed as moot.

DATED this 25th day of October, 2007.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)